76.  By materially and adversely altering the plaintiff's employment by terminating him for asserting his rights under G.L. c. 149, §§ 148, 150, 151 the defendants are liable because they have retaliated and discriminated against Mr. Martin for making a complaint pursuant to G.L. c. 149 § 148.

77.  Mr. Martin is entitled to three times his lost wages, reasonable attorneys' fess and costs due to the retaliatory action and omissions of the Defendants.

## CLASS CLAIMS

### COUNT VI -- CLASS CLAIM FOR RELIEF VIOLATION OF THE FAIR LABOR STANDARDS ACT

78.  For paragraphs 78 through 83, "Plaintiffs" refers to Representative Plaintiffs and any class members who file individual consents to sue in this action. Plaintiffs allege and incorporate by reference the allegations in paragraphs 1 through 62 above.

79.  Plaintiffs consent in writing to be a party to this action, pursuant to 29 U.S.C. § 216(b). Plaintiffs' written consents are attached hereto and incorporated by reference.

80.  At all times relevant to this action, Plaintiffs were employed by Defendants within the meaning of the FLSA.

81.  Defendants willfully failed to pay Plaintiffs at the applicable minimum hourly rate, in violation of 29 U.S.C. § 206 (a).

82.  Defendants willfully failed to pay Plaintiffs overtime compensation at rates not less than one and one-halftimes the regular rate of pay for each hour worked in excess of forty hours in a workweek, in violation of 29 U.S.C. § 207

(a)(1).

83. Due to Defendants' FLSA violations, Plaintiffs are entitled to recover from Defendants, jointly and severally, their unpaid minimum wages, their unpaid overtime compensation, an additional equal amount as liquidated damages, additional liquidated damages for unreasonably delayed payment of wages, reasonable attorneys' fees, and costs of the action, pursuant to 29 U.S.C. § 216 (b).

### COUNT VII -- CLASS CLAIM FOR RELIEF
### VIOLATION OF M.G.L. 149 § 148

84. Plaintiffs allege and incorporate by reference the allegations in paragraphs 1 through 62 above.

85. At all times relevant to this action, Plaintiffs were employed by Defendants within the meaning of M.G.L. c. 149.

86. Defendants willfully violated Plaintiffs' rights by timely failing to pay Plaintiffs wages and commissions earned, in violation of M.G.L. c. 149.

87. Defendants' M.G.L. c. 149 violations have caused Plaintiffs irreparable harm for which there is no adequate remedy at law.

88. Due to Defendants' M.G.L. c. 149 violations, Plaintiffs are entitled to recover from Defendants, jointly and severally, three times their unpaid and untimely paid wages, reasonable attorneys' fees, and costs of the action, pursuant to M.G.L. § 20.

### COUNT VIII -- CLASS CLAIM FOR RELIEF
### VIOLATION OF M.G.L. 151 §§ 1 and 1A

89. Plaintiffs allege and incorporate by reference the allegations in

paragraphs 1 through 62 above.

90.  At all times relevant to this action, Plaintiffs were employed by Defendants within the meaning of M.G.L. c. 151.

91.  Defendants willfully violated Plaintiffs' rights by failing to pay Plaintiffs at the applicable minimum hourly wage, in violation of M.G.L. c. 151 § 1.

92.  Defendants willfully violated Plaintiffs' rights by failing to pay Plaintiffs overtime compensation at rates not less than one and one-half times the regular rate of pay for each hour worked in excess of forty hours in a workweek, in violation of M.G.L. c. 151 §1A.

93.  Defendants' M.G.L. c. 151 violations have caused Plaintiffs irreparable harm for which there is no adequate remedy at law.

94.  Due to Defendants' M.G.L. c. 151 violations, Plaintiffs are entitled to recover from Defendants, jointly and severally, three times their unpaid minimum wages, their unpaid overtime compensation, damages for unreasonably delayed payment of wages, reasonable attorneys' fees, and costs of the action, pursuant to M.G.L. c. 151 §§ 1B and 20.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court grant the following relief:

1.  Award Ms. Wise appropriate injunctive relief designed to ensure that the Defendants discontinue their discriminatory and retaliatory practices;

2.  Award Ms. Wise compensatory damages for in an amount to be determined at trial in this matter, plus statutory interest on any such award;

3.  Award Ms. Wise punitive damages in an amount to be determined

18

at trial in this matter;

4. Award Mr. Martin three times his lost wages for the Defendants' retaliatory practices

5. Certify this case as a class action pursuant to Fed. R. Civ. Proc. 23(b)(2) and (3);

6. Declare Defendants' conduct complained of herein to be in violation of the Plaintiffs' rights under the FLSA and the Massachusetts wage and hour laws set forth above;

7. Award Plaintiffs unpaid minimum wages, their unpaid overtime compensation due under the FLSA and an additional equal amount as liquidated damages because of Defendants' willful failure to pay minimum wage and overtime pay pursuant to 29 U.S.C. § 216;

8. Award Plaintiffs three times their unpaid minimum wages, their unpaid overtime compensation and unpaid and untimely paid wages because of Defendants' willful failure to pay minimum wage and overtime pay and due to untimely and nonpayment of wages and commissions earned pursuant to M.G.L. c. 149 § 150, c. 151 § 1 and 1A;

9. Award Plaintiffs prejudgment interest;

10. Award Plaintiffs the costs of this action together with reasonable attorneys' fees and such other and further relief as this Court deems necessary and proper, including, where appropriate, equitable relief.

## REQUEST FOR JURY TRIAL

PURSUNT TO FEDERAL RULE OF PROCEDURE 38(b)THE PLAINTIFFS SEEK A TRIAL BY JURY ON ALL QUESTIONS OF FACT AND ALL CLAIMS SO TRIABLE.

Dated: May 11, 2004

        PLAINTIFFS LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,
By:

_____
Their attorneys
Suzanne Garrow BBO# 636548
Joel Feldman BBO# 552963
Heisler, Feldman & McCormick, PC
1145 Main Street, Ste. 508
Springfield, MA  01103
Phone (413) 788-7988

## CONSENT TO JOIN
### Fair Labor Standards Act of 1938
### 29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

_Michael V. Massaconi_
Print Name

_P. Box 728      210 Schoolhouse Rd_
Address City State Zip      _New Lebanon N.Y. 12125_

Date signed: _May 3, 2004_

Signature: _Michael V. Massaconi_

**Please fax this form to (413) 788-7996 or mail it to the address listed below:**

Suzanne Garrow
Heisler, Feldman & McCormick, PC
1145 Main Street
Springfield, MA 01103

Case 3:04-cv-30091-MAP   Document 1-2   Filed 05/11/2004   Page 7 of 9

## CONSENT TO JOIN
## Fair Labor Standards Act of 1938
## 29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Roger Martin
Print Name

550 South Mountain Road Pittsfield MA 01201
Address City State Zip

Date signed: 5-1-04

Signature: _Roger Martin_

**Please fax this form to (413) 788-7996 or mail it to the address listed below:**

Suzanne Garrow
Heisler, Feldman & McCormick, PC
1145 Main Street
Springfield, MA 01103

CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

LaCrisha D. Wise
Print Name

109 Dunmoreland St, Spfld, MA. 01109-3261
Address City State Zip

Date signed: 4-30-04

Signature: LaCrisha D. Wise

Please fax this form to (413) 788-7996 or mail it to the address listed below:

Suzanne Garrow
Heisler, Feldman & McCormick, PC
1145 Main Street
Springfield, MA 01103

## CONSENT TO JOIN
### Fair Labor Standards Act of 1938
### 29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

PETER CORBIN
Print Name

1201 GREEN RIVER ROAD, WILLIAMSTOWN, MA. 01267
Address City State Zip

Date signed: 5/1/04

Signature: _____

**Please fax this form to (413) 788-7996 or mail it to the address listed below:**

Suzanne Garrow
Heisler, Feldman & McCormick, PC
1145 Main Street
Springfield, MA 01103