UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO. 04-30091-KPN<br><br><br>**APPEARANCE** |

　　　　NOW COMES, Skoler, Abbott & Presser, P.C. by Jay M. Presser, Esq., and herewith notices its appearance as counsel for the Defendants, Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster and James E. Lambert, in the above action.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　　　　Jay M. Presser, Esq.
　　　　　　　　　　　　　　　　　　　　　　BBO #405760
　　　　　　　　　　　　　　　　　　　　　　Counsel for the Defendants
　　　　　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts  01144
Dated:  June 15, 2004　　　　　　　　　　　Tel. (413) 737-4753/Fax (413) 787-1941

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that a true and accurate copy of the forgoing *Appearance* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically on June 15, 2004.

                                                /s/ Jay M. Presser, Esq.
                                                Jay M. Presser, Esq.