UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>              Defendants. | CIVIL ACTION NO. 04-30091-KPN<br><br><br><br>**APPEARANCE** |

NOW COMES, Skoler, Abbott & Presser, P.C. by Marylou Fabbo, Esq., and herewith notices its appearance as counsel for the Defendants, Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster and James E. Lambert, in the above action.

Respectfully Submitted,

/s/ Marylou Fabbo, Esq.
Marylou Fabbo, Esq.
BBO #566613
Counsel for the Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: June 15, 2004

## CERTIFICATE OF SERVICE

      I hereby certify that a true and accurate copy of the forgoing *Appearance* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically on June 15, 2004.

                                                  /s/ Marylou Fabbo, Esq.
                                                  Marylou Fabbo, Esq.