UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>    Defendants. | CIVIL ACTION NO. 04-30091-KPN<br><br><br><br>**ASSENTED TO MOTION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING** |

  NOW COME the Defendants in the above matter and herewith request an extension of 30 days for which to file their response to the complaint. Said response would be filed on or before July 27, 2004. Defendants need additional time to prepare a responsive pleading due to the numerous counts, plaintiffs and defendants involved in this litigation.

  Counsel for the Plaintiff has assented to this request.

                    Respectfully Submitted,

                     /s/ Marylou Fabbo, Esq.
                    Marylou Fabbo, Esq.
                    BBO #566613
                    Counsel for Defendants
                    Skoler, Abbott & Presser, P.C.
                    One Monarch Place, Suite 2000
                    Springfield, Massachusetts  01144
Dated:  June 15, 2004          Tel. (413) 737-4753/Fax (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Assented To Motion To Extend Time For Filing Responsive Pleading* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically, on June 15, 2004.

                                                                    /s/ Marylou Fabbo, Esq.
                                                                    Marylou Fabbo, Esq.