# United States District Court

_Western_ DISTRICT OF _Massachusetts_

LaCrisha Wise et al.

v.

Patriot Resorts Corp et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04-30091-KPN

TO: (Name and address of defendant)

Patriot Resorts Corp.
3015 North Ocean Blvd
Ft Lauderdale, FLA

Registered Agent
c/o Stanley E. Parese
38 Spring St.
Williamstown, MA

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Suzanne Garrow
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within _twenty (20)_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

DATE 5/28/04

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**Berkshire County Sheriff's Office • Judicial Process Division**

467 Cheshire Rd. • Pittsfield, MA 01201 • (413) 443-6841    June 8, 2004

I hereby certify and return that on 6/8/2004 at 12:33PM I served a true and attested copy of the Summons & Complaint, Consent to Join (4), in this action in the following manner: To wit, by delivering in hand to Jonathan Sabin, Attorney, for Patriot Resorts Corporation at 38 Spring Street, Williamstown, MA 01267 C/O Stanley E. Parese, Esquire. Attestation ($5.00), Conveyance ($4.50), Copies ($0.50), Postage & Handling ($1.00), Service Fee ($30.00), Travel ($24.08) Total Charges $65.08

Deputy Sheriff, Ronald P. Clark

_____
**Deputy Sheriff**

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                      Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.