Respectfully submitted,

        PLAINTIFFS LACRISHA WISE et al.
        By their Attorneys,


        _____/s/ Suzanne Garrow_____
        Suzanne Garrow BBO # 636548
        Joel Feldman, Esq. BBO#  552963
        Heisler, Feldman & McCormick, P.C.
        1145 Main Street, Suite 508
        Springfield, MA  01103
        (413) 788-7988


I hereby certify that a
true copy of the previously electronically filed
document with consents to join was served on
defendants' attorneys of record by first class
and electronic mail on August 12, 2004.

____/s/ Suzanne Garrow_____

Dated:__August 12, 2004.