UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br><br>        Defendants. | DOCKET NO. 04-cv-30091-KPN |

CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: Joel E. Hecht

Address City State Zip: 16 Springside Ave. Pittsfield, Ma. 01201

Date signed: 7/27/04

Signature: Joel E. Hecht

Respectfully submitted,

PLAINTIFFS LACRISHA WISE et al.
By their Attorneys,

_____/s/ Suzanne Garrow_____
Suzanne Garrow BBO # 636548
Joel Feldman, Esq. BBO# 552963
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

I hereby certify that a true copy of the consent to join was served on defendants' attorneys of record by first class and electronic mail on August 13, 2004.

___/s/ Suzanne Garrow_____

Dated:   August 13, 2004.