UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-KPN

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : : |
| Defendants. | : : |

**ASSENTED TO MOTION TO RESCHEDULE SCHEDULING CONFERENCE**

The plaintiffs in the above-entitled matter respectfully request that the Court reschedule the scheduling conference set for October 22, 2004, at 11:30 p.m. to sometime on November 3, 2004, November 9, 2004, or on some other day thereafter that is convenient for the Court. As grounds for this motion the plaintiffs state as follows:

(1) Counsel for the plaintiffs will be out of the country on a preplanned, prepaid vacation;

(2) No prejudice to the parties will result as a result of the change in date for the scheduling conference.

**The defendants assent to this motion.**

Dated: September 17, 2004

PLAINTIFFS LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,
By:

  /s/ Suzanne Garrow
Their attorneys
Suzanne Garrow BBO# 636548
Heisler, Feldman & McCormick, PC
1145 Main Street, Ste. 508
Springfield, MA  01103
Phone (413) 788-7988

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys of record for the defendants via electronic and by First Class Mail on September 17, 2004.

     /s/  Suzanne Garrow
Suzanne Garrow