Respectfully submitted,

PLAINTIFFS LACRISHA WISE et al.
By their Attorneys,


_____/s/ Suzanne Garrow_____
Suzanne Garrow BBO # 636548
Joel Feldman, Esq. BBO# 552963
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103
(413) 788-7988

I hereby certify that a
true copy of the consents to join was served on
defendants' attorneys of record by first class
and electronic mail on October 1, 2004.

____/s/ Suzanne Garrow_____

Dated:__October 1, 2004