UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, <br><br> Defendants. | DOCKET NO. 04-cv-30091-KPN |

I hereby enter my appearance on behalf of the Plaintiffs Lacrisha Wise, this 14th day of October, 2004.

|  |  |
|---|---|
|  | LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN <br> By their attorney, |
| I hereby certify that a true copy of the above document was served upon the defendants' counsel by electronic mail and by mail on October 14, 2004. <br><br> ___/s/ Joel Feldman_____ | ___/s/ Joel Feldman_____ <br> Joel Feldman <br> BBO # 552963 <br> Heisler, Feldman, & McCormick, P.C. <br> 1145 Main Street, Suite 508 <br> Springfield MA  01103 <br> (413)788-7988 <br> (413)788-7996 (fax) |

Dated: October 14, 2004