UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, <br><br> Plaintiffs, <br> v. <br><br> PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, <br><br> Defendants. | DOCKET NO. 04-cv-30091-KPN |

## **PLAINTIFFS' PROPOSED PRETRIAL STATEMENT**

Pursuant to Local Rule 16.1(D), the plaintiffs submit the following Plaintiffs' Proposed Pretrial Statement. Counsel for the parties conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B) but were unable to reach agreement on deadlines in the case, as the plaintiffs wished to end discovery sooner, and the defendants requested additional time.

A. Pursuant to Local Rule 16.1(D)(1), the plaintiffs' discovery plan is as follows:

1. All motions to amend the Complaint shall be filed by November 30, 2004. The parties reserve their right to further amend the pleadings pursuant to the Federal Rules of Civil Procedure.

2. The parties' initial disclosures pursuant to Fed.R.Civ.P. 26(a) shall be served on or before November 30, 2004.

3.      All written discovery, with the exception of Requests for Admissions, shall be served on or before January 15, 2005, and all responses thereto shall be due according to the Federal Rules of Civil Procedure deadlines for discovery responses.

4.      All non-expert depositions will be completed by March 15, 2005.

5.      All written Requests for Admissions shall be served by April 15, 2005, with responses due by May 15, 2005.

6.      The plaintiffs' Motion for Class Certification shall be served by June 15, 2005.

7.      The defendants' Response to the plaintiffs' Motion for Class Certification shall be served by July 15, 2005.

8.      The plaintiffs' reply to the defendants' Response to the plaintiffs' Motion for Class Certification shall be served by August 1, 2005.

Further scheduling regarding expert discovery shall be set after the Court rules on the plaintiffs' Motion for Class Certification.

B.      Scheduling of all motions for summary judgment, oppositions thereto and any replies pursuant to Local Rule 16.1(D)(2) shall be set after the Court rules on the plaintiffs' Motion for Class Certification.

    C.    Pursuant to Local Rule 16.1(D)(3), certifications signed by counsel and an authorized representative of each party will be filed with the Court.

|  |  |
|---|---|
|  | THE PLAINTIFFS |
|  | By their attorneys, |
| I hereby certify that a | /s/Joel Feldman |
| true copy of the above | Joel Feldman |
| document was served upon | BBO # 552963 |
| the defendants' attorney | Suzanne Garrow |
| by electronic filing and first class mail on | BBO#636548 |
| October 28, 2004 | Heisler, Feldman & McCormick P.C. |
|  | 1145 Main Street, Suite 508 |
| /s/Joel Feldman | Springfield MA  01103 |
|  | (ph)413-788-7988 |
| Dated: October 28, 2004 | (fax)413-788-7996 |