# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

          Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

          Defendants.

: DOCKET NO. 04-cv-30091-KPN

## PLAINTIFF PETER CORBIN'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has

conferred with counsel on the following topics:

    a)      establishing a budget for the costs of conducting the full course - and

various alternative courses - of this litigation; and

    b)      options for resolution of the litigation through the use of alternative dispute

resolution programs such as those outlined in Local Rule 16.4.

DATE: 10/16/04

PETER CORBIN

By his attorney,

I hereby certify that a
true copy of the above
document was served
upon counsel for defendant
on this date. by electronic mail
and first class mail.

Joel Feldman BBO # 552963
Suzanne Garrow BBO # 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield MA  01103
(413)788-7988
(413)788-7996 (fax)

Dated:____10/28/04____