UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

        Defendants.

DOCKET NO. 04-cv-30091-KPN

PLAINTIFF LACRISHA WISE'S CERTIFICATION
PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

    a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

    b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: Oct. 19, 2004

_____
LACRISHA WISE

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon counsel for defendant on this date. by electronic mail and first class mail<br><br>_____<br>Dated: 10/28/04 | LACRISHA WISE<br>By her attorney,<br><br>_____<br>Joel Feldman BBO # 552963<br>Suzanne Garrow BBO # 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield MA  01103<br>(413)788-7988<br>(413)788-7996 (fax) |