UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN, AND PETER CORBIN<br><br>        Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORPORATION, et al.<br><br>        Defendant. | CIVIL ACTION NO. 04-30091-MAP<br><br>**DEFENDANT'S LOCAL RULE 16.1 CERTIFICATION** |

Pursuant to Local Rule 16.1, the Defendants, Patriot Resorts Corporation, et al. (hereinafter "Defendants"), and its counsel, Skoler, Abbott & Presser, P.C., hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course of the captioned litigation through trial and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the captioned litigation through an ADR program.

Respectfully submitted,

_Marylou Fabbo_
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax: (413) 787-1941
Dated: October 25, 2004

Patriot Resorts Corporation

_Rebecca A. Foster_
Rebecca A. Foster, President
Its President
Dated: October 22, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendant's Local Rule 16.1 Certification* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid on October 25, 2004.

_Marylou Fabbo_
Marylou Fabbo, Esq.