UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>　　　　　　Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>　　　　　　Defendants. | DOCKET NO.  04-CV-30091-MAP |

## DEFENDANTS' PROPOSED PRETRIAL SCHEDULE

Pursuant to Local Rule 16.1(D), the defendants, submit the following Proposed Pretrial Schedule. Counsel for the parties conferred pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B); however, they could not come to an agreement on deadlines. Defendants believe Plaintiffs' suggested deadlines are unreasonably short considering approximately 20 people already have opted-in to this litigation, and they expect more to do so. Defendants will need to have the opportunity to conduct discovery directed at each Plaintiff, which it will not be able to do under the short deadlines proposed by Plaintiffs. Accordingly, Defendants' proposed schedule is as follows:

　　A.　　Pursuant to Local Rule 16.1(D)(1), the suggested discovery plan is as follows:

1. All motions to amend the Complaint shall be filed by November 30, 2004. The parties reserve their right to further amend the pleadings pursuant to the Federal Rules of Civil Procedure.

2. The Defendants will file the appropriate motion to sever the claims that do not arise under the FLSA or Massachusetts Wage Act from the present purported collective action by December 31, 2004. The Plaintiffs will respond to that Motion in accordance with the time limits prescribed in the Federal Rules of Civil Procedure and the Local Rules.

3. The parties' initial disclosures pursuant to Fed.R.Civ.P. 26(a) shall be served on or before December 31, 2004 for the Plaintiffs who are currently in the case. In that additional Plaintiff's opt-in, the parties will exchange additional Rule 26(a)(1) disclosures within 30 days after the date said Plaintiff(s) opt in.

4. All written discovery, with the exception of Requests for Admissions, shall be served on or before March 30, 2005, and all responses thereto shall be due according to the Federal Rules of Civil Procedure deadlines for discovery responses.

5. All non-expert depositions will be completed by June 30, 2005.

6. All written Requests for Admissions shall be served by July 31, 2005, with responses due by August 31, 2005.

7. The plaintiffs' Motion for Class Certification shall be served by September 30, 2005.

8. The defendants' Response to the plaintiffs' Motion for Class Certification shall be served by October 31, 2005.

9. Further scheduling regarding expert discovery shall be set after the Court rules on the plaintiffs' Motion for Class Certification.

10. Scheduling of all motions for summary judgment, oppositions thereto and any replies pursuant to Local Rule 16.1(D)(2) shall be set after the Court rules on the plaintiffs' Motion for Class Certification.

11. Pursuant to Local Rule 16.1(D)(3), certifications signed by counsel and an authorized representative of each party will be/have been filed with the Court separately.

                                                        Respectfully submitted,

                                                        DEFENDANTS
                                                        By their Attorneys,

                                                          /s/ Marylou Fabbo
                                                       Marylou Fabbo, Esq.
                                                       BBO#566613
                                                       Jay M. Presser, Esq.
                                                       BBO#405760
                                                       Skoler, Abbott & Presser, P.C.
                                                       One Monarch Place, Suite 2000
                                                       Springfield, Massachusetts 01144
October 28, 2004                            Tel.: (413) 737-4753 Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of *Defendant's Proposed Pretrial Schedule* was served upon the attorney of record for each other party via electronic filing and by first-class, U.S. mail, postage prepaid, on October 28, 2004.

                                                              /s/ Marylou Fabbo
                                                         Marylou Fabbo, Esq.