AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

### DISTRICT OF  MASSACHUSETTS

LACRISHA WISE, et al.

**NOTICE**

V.

PATRIOT RESORTS CORP., et al.                CASE NUMBER:   04-30091-MAP

TYPE OF CASE:

☒  **CIVIL**              **CRIMINAL**

☐  **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| 1550 Main Street | Courtroom Three |
| Springfield, Massachusetts 01103 | DATE AND TIME |

TYPE OF PROCEEDING

CASE MANAGEMENT CONFERENCE

☒  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| Courtroom Three | **11/3/04 at 10:00 a.m.** | **November 8, 2004, at 10:00 a.m.** |

WILLIAM RUANE

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

October 29, 2004                        /s/ *Bethaney A. Healy*

DATE                        (BY) DEPUTY CLERK

TO:    ALL  COUNSEL OF RECORD