UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>                    Defendants. | CIVIL ACTION NO. 04-30091-MAP |

## NOTICE OF APPEARANCE

NOW COMES, Skoler, Abbott & Presser, P.C. by Amy B. Royal, Esq., and herewith notices its appearance as counsel for the Defendants, Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster and James E. Lambert, in the above-captioned action.

Respectfully Submitted,

 /s/ Amy B. Royal
Amy B. Royal, Esq.
BBO No. 647175
Counsel for the Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated:   November 8, 2004          Tel.: (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the above document was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically, on November 8, 2004.

                                              /s/ Amy B. Royal
                                              Amy B. Royal, Esq.