UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACHRISHA WISE, MICHAEL )
MASSACONI, ROGER MARTIN and )
PETER CORBIN, on behalf of )
themselves and on behalf of others )
who are similarly situated, )
                    Plaintiffs )
                    )
      v. )    Civil Action No. 04-30091-MAP
                    )
                    )
PATRIOT RESORTS CORP., THE )
BERKLEY GROUP, INC., MARC J. )
LANDAU, J.P. OTTINO, III, REBECCA )
A. FOSTER, and JAMES E. LAMBERT, )
                    Defendants )

SCHEDULING ORDER
November 8, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. The parties shall complete their automatic disclosures by December 30, 2004.

2. Also by December 30, 2004, Defendants may file motions to sever or other appropriate motions with regard to claims which do not arise under the FLSA or Massachusetts Wage Act.

3. All written discovery, with the exception of requests for admissions, shall be served by March 1, 2005.

4. Non-expert depositions shall be completed by June 1, 2005.

5. Counsel shall appear for a case management conference on June 7, 2005, at 10:00 a.m. in Courtroom Three.

6. All requests for admissions shall be served by July 1, 2005, with answers due by August 1, 2005.

7. Plaintiffs' motion for class certification shall be served by September 1, 2005.

8. Defendants shall respond to the class certification motion by October 3, 2005, to which Plaintiffs may reply by October 14, 2005.

IT IS SO ORDERED.

DATED:   November 8, 2004

          /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge