UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: DOCKET NO.  04-cv-30091-MAP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

<u>MOTION TO AMEND COMPLAINT</u>

Pursuant the Court's scheduling order and to Fed. R. Civ. P. 15(a) the plaintiffs respectfully move the Court allow them to amend their Complaint.

When a party files a motion for leave to amend her Complaint, Federal Rule of Civil Procedure 15(a) provides "leave shall be freely given when justice so requires." Fed. R. Civ. P. 15(a); see also <u>Foman v. Davis</u>, 371 U.S. 178, 182 (1962) ; <u>see generally</u> 6 Charles Alan Wright et al., Federal Practice And Procedure §§ 1473 & 1483 (2d ed.1990).  The liberal granting of motions for leave to amend reflects the notion that pleadings should allow a claim to be heard on its merits. <u>See</u> <u>Foman</u>, 371 U.S. at 181-82.

As grounds for this motion, the plaintiffs assert that since the filing of their Complaint with this Court, other claims have accrued.   In particular, the plaintiffs allege that Mr. Martin and Mr. Massaconi have suffered retaliation as a result of filing the above-captioned civil action in federal court.  They each allege adverse treatment as a result of serving the defendants with the Complaint in this matter.  They allege

additional acts and omissions, all of which relate to the subject matter of the operative Complaint.

In particular, Mr. Martin alleges that the defendants retaliated against him, when they wrongfully and in a retaliatory manner discharged her from his employment, for asserting his rights under the state and federal wage and hour statues.  Mr. Massaconi alleges that as a result of filing this lawsuit, the defendants retaliated against him, by adversely altering the terms and conditions of his employment, for asserting his rights under the state and federal wage and hour statues.

Justice and judicial economy will be served by allowing the filing of the Second Amended Complaint as discovery and trial preparation will be parallel and many witnesses will be the same.  Moreover, the litigation is in its nascent stage and no delay will result from allowing the plaintiffs' Motion to Amend.

Respectfully submitted,
PLAINTIFFS
By their Attorney,

Dated:  November 30, 2004            /s/ Suzanne Garrow
                                     Joel Feldman BBO # 552963
                                     Suzanne Garrow BBO# 636548
                                     Heisler, Feldman & McCormick, P.C.
                                     1145 Main Street, Suite 508
                                     Springfield, MA 01103
                                     (413) 788-7988

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the above was served on the attorneys of record for the defendant via electronic and first class mail on November 30, 2004.

/s/ Suzanne Garrow