UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

        Defendants.

DOCKET NO. 04-cv-30091-KPN

### PLAINTIFF MICHAEL MASSACONI'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The undersigned hereby certify pursuant to Local Rule 16.1 (D)(3) that has conferred with counsel on the following topics:

    a)    establishing a budget for the costs of conducting the full course - and various alternative courses - of this litigation; and

    b)    options for resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

DATE: Oct 28 2004

_____
MICHAEL MASSACONI

|  |  |
|---|---|
| I hereby certify that a true copy of the above document was served upon counsel for defendant on this date.<br><br>_____<br>Dated: 12/01/04 | MICHAEL MASSACONI<br>By his attorney,<br><br>_____<br>Joel Feldman BBO # 552963<br>Suzanne Garrow BBO # 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield MA 01103<br>(413)788-7988<br>(413)788-7996 (fax) |