UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>                Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A. FOSTER and JAMES E. LAMBERT,<br>                Defendants. | DOCKET NO. 04-CV-30091-MAP |

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT

The Defendants, Patriot Resorts Corp., the Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster and James E. Lambert, hereby oppose Plaintiff's December 13, 2004 Motion to Amend Complaint. This Second Amended Complaint seeks to add claims that would be improperly joined in the present lawsuit.

The First Amended Complaint purports to be a class action arising out of the Massachusetts Wage Act and a collective action arising out of the Fair Labor Standards Act. That Complaint also includes claims particularized to the individual Defendants Wise and Martin.

The Second Amended Complaint and Demand for Trial By Jury seeks to add further individual claims that are inappropriately joined in a purported collective/class action lawsuit. The addition of these individualized claims will unnecessarily confuse the

issues in the present action and result in overly burdensome discovery. Pursuant to this Court's order, by December 31, 2004, the Defendants will file the appropriate motion to sever the claims that are not part of the purported collective or class action causes of action from the present Complaint. The Defendants' legal argument as to why those claims should be severed is equally applicable to the claims that Plaintiffs currently seek to add via the Second Amended Complaint. Accordingly, the Defendants hereby oppose the Motion to Amend.

Respectfully Submitted,

/s/ Marylou Fabbo
Marylou Fabbo, Esq.
BBO #566613
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753/Fax (413) 787-1941

Dated: December 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Opposition to Plaintiff's Motion to Amend Complaint* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically, on December 27, 2004.

/s/ Marylou Fabbo
Marylou Fabbo, Esq.