UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>　　　　　　　　Defendants. | CIVIL ACTION NO. 04-30091-MAP |

### NOTICE OF APPEARANCE

NOW COMES, Skoler, Abbott & Presser, P.C. by Kimberly A. Klimczuk, Esq., and herewith notices its appearance as counsel for the Defendants, Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster and James E. Lambert, in the above-captioned action.

Respectfully Submitted,

/s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.
BBO No. 660973
Counsel for the Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Dated: March 29, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Appearance* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically, on March 29, 2005.

                                          /s/ Kimberly A. Klimczuk
                                          Kimberly A. Klimczuk, Esq.