UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>Defendants. | CIVIL ACTION NO. 04-30091-MAP |

**CONFIDENTIALITY AGREEMENT**

      It is hereby agreed that information and documents being furnished in this case involve the release of information that, while lawfully discoverable, may be entitled to protection as "confidential." As used herein, the term "Confidential Material" refers to all documents obtained by any party through discovery in this action (including, without limitation, answers to interrogatories) and stamped by the party producing such documents "Confidential" substantially in accordance with Paragraph 1 of this Confidentiality Agreement, and all copies, excerpts, summaries or compilations of such documents that, in whole or in part, are prepared or derived from, or reveal the substance or content of, designated Confidential Material. Confidential Material shall include confidential commercial and financial information, and confidential employee information, including, but not limited to, documents contained in employees' personnel files and any medical, counseling and/or psychiatric information and records, and, after the date of this Agreement's execution, shall be kept confidential by all parties and their counsel, as follows:

      1.    The documents subject to the terms of this Agreement and considered Confidential Material shall be marked on the first page as "Confidential" by the party producing the document.

2. Neither the documents, nor any of the information contained in them, shall be disclosed prior to hearing or trial, to anyone other than to the parties and their counsel, and, subject to the terms of Paragraph 3 hereof, to any experts or consultants retained by counsel of record in connection with this action, and agents and/or employees of such experts or consultants who assist with tasks concerning this action, and additional people necessary for the proper preparation and/or presentation of the case.

3. Prior to initial disclosure of Confidential Material to an expert or consultant or agents or employees of an expert or consultant, or any additional person necessary for the proper preparation and/or presentation of the case, the expert or consultant or other person to whom confidential material is to be disclosed will sign a copy of the attached form, "Commitment to Comply with and Be Bound by Confidentiality Agreement." Execution of that form by an expert or consultant or other person will also be deemed to have also been executed on behalf of his or her agent(s) and/or employee(s).

4. In the event that "Confidential" is stamped on Confidential Material, it shall be preserved or stamped on any copies, excerpts, summaries or compilations of such documents that, in whole or in part, are prepared or derived from the substance or content of, Confidential Material.

5. When Confidential Material or the substance or content of Confidential Material is incorporated in any transcript of a deposition, hearing, trial or other proceeding herein, the reporter shall separately bind those portions of the transcript unless the parties consent to its inclusion in the transcript without separate binding. The reporter shall attach to the separately bound portions of transcript containing confidential material, a cover or cover page bearing the name and docket number of this action, and a statement that information contained therein is subject to a Confidentiality Agreement, and may be disclosed only to persons authorized to have access thereto under the terms of that Agreement.

6. This Agreement is without prejudice to the right of any party to object to production of particular documents or to seek other or further relief from the Court.

Agreed to by the Plaintiffs:                    Agreed to by the Defendants:


 /s/ Suzanne Garrow, Esq.                        /s/ Marylou Fabbo, Esq.
Suzanne Garrow, Esq.                            Marylou Fabbo, Esq.
BBO #636548                                     BBO #566613
Heisler, Feldman & McCormick, P.C.              Skoler, Abbott & Presser, P.C.
1145 Main Street, Suite 508                     One Monarch Place, Suite 2000
Springfield, Massachusetts  01103               Springfield, Massachusetts  01144
Tel. (413) 788-7988/Fax (413) 788-7996          Tel. (413) 737-4753/Fax: (413) 787-1941

Dated:  April 27, 2005                          Dated:  April 27, 2005

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that the foregoing *Confidentiality Agreement* was filed electronically and served upon the attorney of record for each other attorney by electronic filing notice on April 27, 2005.

                   /s/ Marylou Fabbo, Esq.
                   Marylou Fabbo, Esq.