UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>        Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>        Defendants. | CIVIL ACTION NO. 04-30091-MAP |

**COMMITMENT TO COMPLY WITH AND BE BOUND BY**
**CONFIDENTIALITY AGREEMENT**

The undersigned hereby certifies under oath:

1.   I have read the Confidentiality Agreement that has been entered into between the parties to the above-captioned action.

2.   I agree to be bound by all of the terms and conditions of that Confidentiality Agreement.

-1-

      3.      For the purpose of securing compliance with the terms and conditions of that Confidentiality Agreement, I irrevocably submit my person to the jurisdiction of the United States District Court, District of Massachusetts.

_____        _____
Signature                                                                                          Date