UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>     Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>     Defendants. | : <br>: <br>: <br>: <br>: <br>: DOCKET NO. 04-cv-30091-MAP<br>: <br>: <br>: <br>: <br>: <br>: <br>: <br>: |

**PLAINTIFF'S EMERGENCY MOTION FOR A PROTECTIVE ORDER**
**and**
**REQUEST FOR ORAL ARGUMENT**

  The Plaintiff respectfully moves this Court for a emergency protective order pursuant to Fed.R.Civ.P. 26(c).  In particular, the Plaintiff seeks an emergency order quashing the Deposition Subpoenas served by the Defendants upon Lori Donuts and Oak N' Spruce Resort, or limiting disclosures at any such deposition to information related solely to Lacrisha Wise's separation from employment and payroll information.   See, Exhibit 1 (Subpoena to Oak N' Spruce Resort) and Exhibit 2 (Lori Donuts)(attached).  The depositions are scheduled for this Monday, June 6, 2005.

1

As grounds for this motion, Plaintiffs rely on the reasons set forth in the Memorandum of Law submitted herewith. Additionally, the Plaintiffs note that it was Plaintiffs' understanding, based upon the Defendants' representations to the Plaintiffs, that Defendants would postpone the date for these depositions subject to a court ruling on this Motion. The Motion is now of an emergency nature, because Plaintiffs were informed on Friday, June 3, 2005 that the depositions would be going forward on Monday, June 6, 2005.

WHEREFORE, the Plaintiffs request that this court grant the Plaintiffs' request for an emergency protective order and quash the subpoenas.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs hereby request oral argument on the above motion pursuant to Local Rule 7.1(D).

Respectfully submitted,
PLAINTIFFS
By their Attorney,

Dated: June 3, 2005

/s/ Joel Feldman
Joel Feldman BBO # 552963
Suzanne Garrow BBO# 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

CERTIFICATION OF COMPLIANCE
WITH Fed.R.Civ.P. 26(c) AND LOCAL RULE 7.1

    I, Suzanne Garrow, hereby certify that I conferred with counsel for the Defendants in a good faith effort to resolve this discovery dispute without court action.

                                      /s/ Suzanne Garrow
                                      Suzanne Garrow