UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,

    Plaintiffs,

vs.

PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,

    Defendants.

CIVIL ACTION NO. 04-30091-MAP

DEPOSITION SUBPOENA: DUCES TECUM
WITH OFFICER'S RETURN OF SERVICE

To:  Oak N' Spruce Resort
190 Meadow Street
South Lee, MA 01260

**YOU ARE HEREBY COMMANDED** pursuant to Rules 30(b)(6) and 45 of the Fed. R. Civ. P. to attend and appear before SANDRA A. DESCHAINE, RPR, or before some other officer authorized by law to administer oaths, at **3:30 p.m.** on **Monday, June 6, 2005**, at the offices of Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144. The Defendants, Patriot Resorts Corporation, et al., by their attorneys, will take the deposition of Oak N' Spruce Resort by one or more of its officers or employees to be designated by Oak N' Spruce Resort pursuant to Fed. R. Civ. P. 30(b)(6), with the most knowledge concerning matters listed in the attached Exhibit A.

For failure to attend you may be deemed guilty of contempt, and liable for such penalties as are provided by law.

You are required to bring the following documents and things to your deposition: See, Exhibit B.

THE ATTENTION OF OAK N' SPRUCE RESORT IS DIRECTED TO FED. R. CIV. P. 30(b)(6), REQUIRING A CORPORATION TO DESIGNATE ONE OR MORE OFFICERS, DIRECTORS, MANAGING AGENTS OR OTHER PERSONS TO TESTIFY ON ITS BEHALF ON THE SPECIFIED MATTERS LISTED IN THE ATTACHED EXHIBIT A.

Kimberly A. Klimczuk, Esq.
BBO #660973
Counsel for Patriot Resorts Corp., et al.
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

Notary Public
My Commission Expires:

MELISSA L. THERIAQUE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES JUNE 11, 2010

Dated: May 24, 2005

cc: Patriot Resorts Corporation
    Suzanne Garrow, Esq.

## Schedule A

1. All communications, written or oral, between LaCrisha Wise and Oak N' Spruce Resort regarding alleged racial or other discrimination.

2. All communications, written or oral, referencing or otherwise pertaining to LaCrisha Wise and regarding alleged racial or other discrimination.

3. Any disciplinary action taken against LaCrisha Wise during her employment with Oak N' Spruce Resort.

4. The reason(s) LaCrisha Wise is no longer employed with Oak N' Spruce Resort.

5. LaCrisha Wise's employment with Oak N' Spruce Resort.

## Schedule B

1. The complete personnel file of LaCrisha Wise.

2. Notes, memoranda, or other documents referring or relating to LaCrisha Wise and racial or other discrimination.

3. Documents reflecting the reason(s) for LaCrisha Wise's separation from employment with Oak N' Spruce Resort.

4. Documents reflecting or referring to LaCrisha Wise's employment and performance with Oak N' Spruce Resort.