UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LACRISSA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br>　　　　　　　　Plaintiffs<br><br>　　　　v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER, and JAMES E. LAMBERT,<br>　　　　　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-30091-MAP |

<u>REVISED SCHEDULING ORDER</u>
June 6, 2005

NEIMAN, U.S.M.J.

　　　The following revised schedule was established at the case management conference this day:

　　　1.　　All motions related to discovery issues shall be filed by June 13, 2005, to which responses are due by June 20, 2005.

　　　2.　　All requests for admissions shall be served by July 15, 2005, with answers due by August 15, 2005.

　　　3.　　Plaintiffs' motion for class certification shall be served by September 1, 2005.

　　　4.　　Defendants shall respond to the class certification motion by October 3,

2005, to which Plaintiffs may reply by October 14, 2005.

IT IS SO ORDERED.

DATED: June 6, 2005

                                            /s/ Kenneth P. Neiman  
                                            KENNETH P. NEIMAN  
                                            U.S. Magistrate Judge