UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>     Defendants. | CIVIL ACTION NO. 04-30091-KPN |

### APPLICATION FOR ENFORCEMENT OF SUBPOENA

1. This is an action for enforcement of a deposition subpoena *duces tecum*, pursuant to Rules 30(b)(6) and 45 of the Fed. R. Civ. P.

2. Applicants are the Defendants in the above-captioned matter.

3. Respondent, Lori Donuts, is and/or was an employer of Plaintiff Wise and is a non-party witness to this lawsuit.

4. On May 31, 2005, Applicants issued and served a deposition subpoena *duces tecum* requiring Respondent to designate one or more of its officers or employees as an individual or individuals with the most knowledge concerning matters listed on a schedule attached thereto. The subpoena was served in person by sheriff on Store Manager, Paul Barros. (*See* attached Exhibit A) These matters concern generally the employment of Plaintiff Wise by Respondent. Further, the subpoena *duces tecum* required the Respondent's designee to produce evidence necessary for Applicants' defense of this action.

5. Although Plaintiffs filed an Emergency Motion to Quash the subpoena, the Court denied their motion, permitting the deposition to go forward.

6. Nonetheless, Respondent Lori Donuts failed to comply with the subpoena and appear for deposition on June 6, 2005.

7. WHEREFORE, Applicants pray that:

(a) This Court issue an Order forthwith directing Respondent, Lori Donuts, to comply with the subpoena and to appear for deposition at a mutually convenient time and location;

(b) Applicant be granted such further belief as may be necessary and appropriate.

Respectfully Submitted,

 /s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.
BBO No. 660973
Counsel for the Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144

Dated:  June 13, 2005                Tel.:  (413) 737-4753/Fax:  (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Application For Enforcement Of Subpoena* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, and filed electronically, on June 13, 2005.

 /s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.