UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>Defendants. | CIVIL ACTION NO. 04-30091-MAP<br><br>DEPOSITION SUBPOENA: DUCES TECUM WITH OFFICER'S RETURN OF SERVICE |

To: Lori Donuts
1918-1920 Wilbraham Road
Springfield, MA 01129

**YOU ARE HEREBY COMMANDED** pursuant to Rules 30(b)(6) and 45 of the Fed. R. Civ. P. to attend and appear before SANDRA A. DESCHAINE, RPR, or before some other officer authorized by law to administer oaths, at **1:00 p.m.** on **Monday, June 6, 2005**, at the offices of Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144. The Defendants, Patriot Resorts Corporation, et al., by their attorneys, will take the deposition of Lori Donuts by one or more of its officers or employees to be designated by Lori Donuts pursuant to Fed. R. Civ. P. 30(b)(6), with the most knowledge concerning matters listed in the attached Exhibit A.

For failure to attend you may be deemed guilty of contempt, and liable for such penalties as are provided by law.

You are required to bring the following documents and things to your deposition: See, Exhibit B.

THE ATTENTION OF LORI DONUTS IS DIRECTED TO FED. R. CIV. P. 30(b)(6), REQUIRING A CORPORATION TO DESIGNATE ONE OR MORE OFFICERS, DIRECTORS, MANAGING AGENTS OR OTHER PERSONS TO TESTIFY ON ITS BEHALF ON THE SPECIFIED MATTERS LISTED IN THE ATTACHED EXHIBIT A.

_____
Kimberly A. Klimczuk, Esq.
BBO #660973
Counsel for Patriot Resorts Corp., et al.
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel.: (413) 737-4753/Fax: (413) 787-1941

_____
Notary Public
My Commission Expires:

Dated: May 24, 2005

cc: Patriot Resorts Corporation
    Suzanne Garrow, Esq.

MELISSA L. THERIAQUE
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES JUNE 11, 2010



**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

*Hampden, ss.*

June 1, 2005

I hereby certify and return that on 5/31/2005 at 02:50 pm I served a true and attested copy of the FEDERAL DEPOSITION SUBPOENA W/NOTICE OF TAKING DEPOSITION in this action in the following manner: To wit, by delivering in hand to PAULO BARROS, MGR., , agent, person in charge at the time of service for LORI DONUTS, INC., , 1918-1920 WILBRAHAM Road, SPRINGFIELD, MA 01129.Conveyance ($1.20), NOTICE OF DEPOSITION ($10.00), Witness Fee ($44.50), Basic Service Fee ($20.00), Travel ($5.12), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $86.82

Deputy Sheriff  THOMAS J. FOLEY

_____
*Deputy Sheriff*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III,<br>REBECCA A. FOSTER and JAMES E. LAMBERT,<br><br>Defendants. | CIVIL ACTION NO. 04-cv-30091-MAP<br><br>NOTICE OF TAKING DEPOSITION |

TO:   Suzanne Garrow, Esq.
　　　Heisler, Feldman & McCormick, P.C.
　　　1145 Main Street, Suite 508
　　　Springfield, MA  01103

　　　Please take notice that commencing at **1:00 p.m.** on **Monday, June 6, 2005**, at the offices of Skoler, Abbott & Presser, P.C., One Monarch Place, Suite 2000, Springfield, MA 01144, the Defendants, Patriot Resorts Corp., The Berkley Group, Inc., Mark J. Landau, and J.P. Ottino, III, et al., in this action by their attorney(s) will take the deposition upon oral examination of **Lori Donuts**, pursuant to Rule 30 of the Federal Rules of Civil Procedure before Sandra A. Deschaine, RPR, Notary Publics in and for the Commonwealth of Massachusetts, or before some other officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Kimberly A. Klimczuk_
　　　　　　　　　　　　　　　　　　　　　　　　Kimberly A. Klimczuk, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　BBO #660973
　　　　　　　　　　　　　　　　　　　　　　　　Counsel for Defendants
　　　　　　　　　　　　　　　　　　　　　　　　Skoler, Abbott & Presser, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　One Monarch Place, Suite 2000
　　　　　　　　　　　　　　　　　　　　　　　　Springfield, Massachusetts  01144
Dated: May 24, 2005　　　　　　　　　　　　　　Tel.: (413) 737-4753/Fax (413) 787-1941

cc:  Sandra A. Deschaine, RPR

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Taking Deposition* was served upon the attorney of record for each other party by first-class, U.S. mail, postage prepaid, on May 24, 2005.

_____
Kimberly A. Klimczuk, Esq.

## Schedule A

1. All communications, written or oral, between LaCrisha Wise and Lori Donuts regarding alleged racial or other discrimination.

2. All communications, written or oral, referencing or otherwise pertaining to LaCrisha Wise and regarding alleged racial or other discrimination.

3. Any disciplinary action taken against LaCrisha Wise during her employment with Lori Donuts.

4. The reason(s) LaCrisha Wise is no longer employed with Lori Donuts.

5. LaCrisha Wise's employment with Lori Donuts.

## Schedule B

1. The complete personnel file of LaCrisha Wise.

2. Notes, memoranda, or other documents referring or relating to LaCrisha Wise and racial or other discrimination.

3. Documents reflecting the reason(s) for LaCrisha Wise's separation from employment with Lori Donuts.

4. Documents reflecting or referring to LaCrisha Wise's employment and performance with Lori Donuts.