# SKOLER, ABBOTT&PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

**Marylou Fabbo**
Mfabbo@skoler-abbott.com

*also admitted in Connecticut

March 16, 2005

Suzanne Garrow, Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

Re: Wise v. Patriot Resorts Corp.
    <u>Docket No. 04-cv-30091-MAP</u>

Dear Ms. Garrow:

I received the named plaintiffs' discovery responses today and have very briefly reviewed them.

Pursuant to Fed. R. Civ. P. 26(b)(5), provides us with a privilege log by March 23, 2005, pertaining to the information/documents withheld on privilege grounds.

Also, all I have received is a box of documents and discovery responses instructing me to "[s]ee documents produced." While I understand that you have the option of producing documents as they are kept in the usual course of business, you have not even identified which documents correspond with which Plaintiff's responses. If you do not intend to label the documents as to which specific interrogatory/document request they respond, clarify no later than March 23, 2005, which documents correspond to which Plaintiff's responses.

Your anticipated cooperation is appreciated.

Sincerely,

Marylou Fabbo

MLF:ls

cc: Patriot Resorts Corp.

SUITE 2000 • ONE MONARCH PLACE • SPRINGFIELD, MA 01144 • 413-737-4753 • FAX 413-787-1941 • *www.skoler-abbott.com*
255 PARK AVENUE • WORCESTER, MA 01605 • 508-757-5335
AFFILIATE OF WORKLAW NETWORK: THE NATIONWIDE NETWORK OF MANAGEMENT LABOR AND EMPLOYMENT LAW FIRMS.