## LouMarie Sanchez

**From:** Kimberly Klimczuk
**Sent:** Thursday, June 02, 2005 1:41 PM
**To:** 'Suzanne Garrow'
**Subject:** RE: Wise v. Patriot Resorts: discovery

Given that it has already been ten days since I sent you my letter, and how late we are into the discovery period, I cannot wait another ten days for your response. However, I will allow you until the close of business on Monday, June 6 to respond. Thank you.

*Kimberly Klimczuk*



**SKOLER, ABBOTT & PRESSER, P.C.**
**Kimberly Klimczuk**
**KKlimczuk@Skoler-Abbott.com**

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (413) 737-4753 and delete this e-mail message and any attachments from your workstation or network mail system.

> -----Original Message-----
> **From:** Suzanne Garrow [mailto:sgarrow@comcast.net]
> **Sent:** Thursday, June 02, 2005 11:53 AM
> **To:** Kimberly Klimczuk
> **Subject:** RE: Wise v. Patriot Resorts: discovery
>
> I simply have been unable to address your letter do to the press of other business including the litigation schedule in this matter. If you would allow me an additional ten days from today to respond I will do so. You are of course free to choose to seek court intervention prior to that time.
>
> Suzanne Garrow
>
> CONFIDENTIALITY NOTICE: This communication may contain privileged and confidential information. It is intended only for the use of the recipient named above. If you are not the intended recipient of this communication, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return email and discard the original message.
>
>> -----Original Message-----
>> **From:** Kimberly Klimczuk [mailto:kklimczuk@skoler-abbott.com]
>> **Sent:** Thursday, June 02, 2005 8:15 AM
>> **To:** Suzanne Garrow
>> **Subject:** Wise v. Patriot Resorts: discovery
>>
>> Dear Suzanne:

6/2/2005

I am writing in reference to my letter of May 23, 2005, in which I requested that your clients more fully respond to the Interrogatories and Document Requests previously served on Plaintiffs by Patriot Resorts corporation and referenced in that letter. In that letter I asked that you provide us with the requested supplemental information and documents no later than May 27, 2005. As of today, June 2, 2005, I have not received any response from you regarding this letter. Therefore I assume you do not intend to comply with the requests in my May 23, 2005 letter. If I do not hear otherwise by the end of business today, I will have no choice but to seek court intervention.

Sincerely,

*Kimberly Klimczuk*



**SKOLER, ABBOTT & PRESSER, P.C.**
Kimberly Klimczuk
KKlimczuk@Skoler-Abbott.com

This e-mail message is confidential, intended only for the named recipient(s) above and may contain information that is a trade secret, proprietary, privileged or attorney work product. If you have received this message in error, or are not the named or intended recipient(s), please immediately notify the sender at (413) 737-4753 and delete this e-mail message and any attachments from your workstation or network mail system.