

# SKOLER, ABBOTT & PRESSER, P.C.
*Exclusively Representing Management in Labor and Employment Law*

Kimberly A. Klimczuk, Esq.
KKlimczuk@skoler-abbott.com

June 10, 2005

**VIA FACSIMILE AND U.S. MAIL**

Suzanne Garrow, Esq.
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103

                        Re:    LaCrisha Wise, et al. v.
                                  Patriot Resorts Corporation, et al.
                                  <u>Civil Action No. 04-cv-30091-MAP</u>

Dear Attorney Garrow:

      I write in response to your June 9, 2005 letter regarding the discovery issues I raised in my letter of May 23, 2005. It appears that we are at an impasse regarding several issues. Due to the lateness of your response, and the impending deadline of Monday, June 13, 2005 for any motions related to discovery issues, I am unable to rely on the hope that the parties will come to an agreement on these issues between now and Monday. I have no choice but to file a motion to compel.

      With respect to Defendant Patriot Resorts Corporation's Requests for Production of Documents relating to Plaintiffs' tax information, your letter states, "If you seek documents other than the W-2s requested in your letter, please advise immediately so that we can provide them or formulate a response." Please be advised that my May 23, 2005 letter, as well as Defendant's Requests for Production of Documents, clearly seek documents beyond Plaintiffs' W-2 forms. Both specifically request all federal and state income tax returns and all schedules and attachments to such documents for the tax years 2000, 2001, 2002, 2003 and 2004, as well as any other documents that relate to wages, salaries, tips, commissions or any other income or earnings of Plaintiffs during the relevant time period. Please advise immediately whether you intend to provide these documents.

                                              Sincerely,

                                              Kimberly A. Klimczuk

KAK:amm
cc: Patriot Resorts Corporation

Suite 2000 • One Monarch Place • Springfield, MA 01144 • 413-737-4753 • Fax 413-787-1941 • *www.skoler-abbott.com*
255 Park Avenue • Worcester, MA 01605 • 508-757-5335
Affiliate of Worklaw Network: The nationwide network of management labor and employment law firms.