EXHIBIT

1



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512
Telephone: (617) 727-9640

**LORI DONUTS, INC.** Summary Screen

Help with this form

[ Request a Certificate ]

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | LORI DONUTS, INC. |
| Entity Type: | Domestic Profit Corporation |
| Identification Number: | 043173366 |
| Old Federal Employer Identification Number (Old FEIN): | 000410501 |
| Date of Organization in Massachusetts: | 11/04/1992 |
| Current Fiscal Month / Day: 12 / 31 | Previous Fiscal Month / Day: 00 / 00 |

**The location of its principal office in Massachusetts:**
No. and Street: 1918-1920 WILBRAHAM RD.
City or Town: SPRINGFIELD   State: MA   Zip: 01101   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:   State:   Zip:   Country:

**The name and address of the Registered Agent:**
Name: JOHN SALEMA
No. and Street: 135 ELIZABETH DR.,
City or Town: LUDLOW   State: MA   Zip: 01056   Country: USA

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration of Term |
|---|---|---|---|
| PRESIDENT | JOHN SALEMA | 135 ELIZABETH DR., LUDLOW, MA 01056 USA<br>135 ELIZABETH DR., LUDLOW, MA 01056 USA | |
| TREASURER | JOHN SALEMA | 135 ELIZABETH DR., LUDLOW, MA 01056 USA<br>135 ELIZABETH DR., LUDLOW, MA 01056 USA | |

http://corp.sec.state.ma.us/corp/corpsearch/CorpSearchSummary.asp?ReadFromDB=True...   6/16/2005

business entity stock is publicly traded: __

The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments | |  Total Issued and Outstanding |
|---|---|---|---|---|
| | | *Num of Shares* | *Total Par Value* | *Num of Shares* |
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | | |

__ Consent  __ Manufacturer  __ Confidential Data  __ Does Not Require Annual Report
__ Partnership  __ Resident Agent  __ For Profit  __ Merger Allowed

**Select a type of filing from below to view this business entity filings:**
ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

[ View Filings ]   [ New Search ]

**Comments**

© 2001 - 2005 Commonwealth of Massachusetts
All Rights Reserved

? Help