UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, <br><br> Plaintiffs, <br> v. <br><br> PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : DOCKET NO. 04-CV-30091-MAP <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## **MOTION FOR LEAVE TO FILE REPLY BRIEF**

Now come Defendants, PATROT RESORTS CORPORATION, et. al., to request that the Court grant them permission to file a Reply Brief in Support of its Motion to Permit Additional Discovery and Application to Enforce Subpoena. In support of this Motion, Defendants submit that the Reply Brief, submitted with this Motion, clarifies the issues before the Court.

Respectfully submitted,

_/s/ Kimberly Klimczuk_
Kimberly A. Klimczuk, Esq.
BBO No. 660973
Counsel for Defendant
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Tel. (413) 737-4753 Fax: (413) 787-1941

Dated: June 22, 2005

## CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion for Leave to File Reply Brief* was served upon the attorney of record for each other party via electronic filing on June 22, 2005.

                                            /s/ Kimberly Klimczuk
                                            Kimberly Klimczuk, Esq.