UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, et al. | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : CIVIL ACTION NO. 04-30091-MAP<br>: |
| PATRIOT RESORTS CORP., et al. | :<br>:<br>: |
| Defendants. | :<br>: |

## MOTION TO FILE SURREPLY AFFIDAVIT AND FOR SANCTIONS

Because of the misrepresentations of fact contained in the defendants' proposed reply brief, the plaintiffs seek permission to file the attached affidavit of Suzanne Garrow, Esq. The plaintiffs seek sanctions including attorneys' fees and costs of this motion and any other appropriate relief determined by the Court.

        PLAINTIFFS
        By their attorney,

        /s/ Suzanne Garrow
        Suzanne Garrow BBO # 636548
        Heisler, Feldman & McCormick, P.C.
        1145 Main Street, Suite 508
        Springfield MA  01103
        (413)788-7988
        (413)788-7996 (fax)

Dated: June 23, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing document was served by electronic service upon the attorneys of record for the defendants on June 23, 2005.

        /s/ Suzanne Garrow
        Suzanne Garrow