UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>    Defendants. | DOCKET NO. 04-CV-30091-MAP |

## MOTION FOR LEAVE TO FILE REPLY BRIEF

Now come Defendants, PATROT RESORTS CORPORATION, et. al. and request that the Court grant them permission to file a Reply Brief in Response to Plaintiffs' Opposition to its Motion to Compel Discovery. Defendants wish to respond to Plaintiffs' contention that income from collateral sources is not relevant and set forth for the Court relevant case law from this jurisdiction on the issue of collateral estoppel.

                 Respectfully submitted,

                 _/s/ Marylou Fabbo, Esq.
                 Marylou Fabbo, Esq., Esq.
                 BBO No. 660973
                 Counsel for Defendant
                 Skoler, Abbott & Presser, P.C.
                 One Monarch Place, Suite 2000
                 Springfield, Massachusetts 01144
Dated: June 23, 2005        Tel. (413) 737-4753Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion for Leave to File Reply Brief* was served upon the attorney of record for each other party via electronic filing on June 23, 2005.

                                             /s/ Marylou Fabbo, Esq.
                                             Marylou Fabbo, Esq.