UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

ASSENTED TO MOTION TO EXTEND DEADLINE
FOR MOTION FOR CLASS CERTIFICATION

The plaintiffs hereby move this court to extend the deadline for filing their class certification motion from September 1, 2005 to September 22, 2005, and to extend corresponding responsive deadlines by three weeks . As grounds therefore, the plaintiffs state:

1. The plaintiffs have been reviewing tens of thousands of documents, provided by the defendants in response to written discovery, for some weeks;

2. The documents are relevant to the class action issues in this case, and the plaintiffs anticipate that they will be able to complete the necessary review of the documents within a few weeks, given the volume of documents related to class issues;

3.  The plaintiffs have been preparing class certification papers to be filed with this court, but will need some additional weeks to complete their brief and any attachments they may file, due to the volume of documents to be reviewed and related work;

4.  The defendants have assented to this Motion, and will have an additional three weeks to respond to class certification filings by the plaintiffs should this Motion be granted.

WHEREFORE, the plaintiffs request that this court allow the plaintiffs to file their Motion for Class Certification by September 22, 2005, and allow corresponding responses to be filed three weeks later than the current deadline.

|  |  |
|---|---|
|  | THE PLAINTIFFS<br>By their Attorney, |
| Dated:   August 24, 2005 | /s/ Joel Feldman<br>Joel Feldman BBO # 552963<br>Suzanne Garrow BBO# 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988 |
| ASSENTED TO: | /s/Jay M. Presser<br>Jay M. Presser BBO#405760<br>Counsel for Defendants<br>Skoler Abbott & Presser, P.C.<br>One Monarch Place<br>Springfield MA  01144 |