UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISSA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br>              Plaintiffs<br><br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER, and JAMES E. LAMBERT,<br>              Defendants | Civil Action No. 04-30091-MAP |

FURTHER SCHEDULING ORDER
August 25, 2005

NEIMAN, U.S.M.J.

The court having allowed Plaintiffs' assented-to-motion to further review the schedule (Document No. 64), the following revised schedule shall take effect this day:

1. Plaintiffs' motion for class certification shall be served by September 22, 2005.

2. Defendants shall respond to the class certification motion by October 24, 2005, to which Plaintiffs may reply by November 4, 2005.

IT IS SO ORDERED.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN

U.S. Magistrate Judge