UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>    Defendants. | DOCKET NO. 04-cv-30091-MAP |

## PLAINTIFFS' MOTION FOR AUTHORIZATION TO SEND NOTICE AND FOR CLASS CERTIFICATION AND FOR ORAL ARGUMENT

  The plaintiffs move this Court for an order authorizing notice to be sent to current and former sales representatives and managers of the defendants apprising them of their opportunity to join the plaintiffs' federal collective action. Additionally, the plaintiffs request that, pursuant to Fed. R. Civ. P. 23, this court certify the plaintiffs' state law overtime and minimum wage claims as classes on behalf of all current and former sales representatives and sales managers of the defendants at Vacation Village in the Berkshires. Finally, the plaintiffs request that this court find that the named plaintiffs are similarly situated to all current and former sales representatives and managers under their state law claim of untimely payments, and allow this claim to proceed as a collective action.

  As grounds for this motion, the plaintiffs state that:

1

1. The plaintiffs are similarly situated to the current and former sales representatives and managers pursuant to their claims of:

   a. failure to pay minimum wage under federal law;

   b. failure to pay overtime under federal law; and

   c. failure to make timely payments under state law

2. Under their state law claims for failure to pay the state's minimum wage and to pay overtime, the plaintiffs' seek class certification because:

   a. the class is so numerous that joinder of all members is impracticable;

   b. there are questions of law or fact common to the class;

   c. the claims or defenses of the representative party are typical of the claims or defenses of the class and the deceptive practices of the defendants have caused similar injury to other persons similarly situated;

   d. the representative party will fairly and adequately protect the interests of the class; and

   e. a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

In support of their motion, the plaintiffs submit:

1. The plaintiffs' Memorandum of Law in Support of Motion for Authorization to Send Notice and for Class Certification,;

2. The Affidavits of plaintiffs LaCrisha Wise, Roger Martin, Michael Massaconi and Peter Corbin with Exhibits 1-2;

3. The Affidavit of Joel Feldman with Exhibits 1-12: and

4. Plaintiffs' Proposed Order on Notice and Class Certification with proposed Notice.  Additionally, the plaintiffs submit as Exhibits 1 and 2 to this Motion, the Affidavit of Suzanne Garrow and Adequacy Affidavit of Joel Feldman in support of class certification.

The plaintiffs also request oral argument on this Motion.

                                                      THE PLAINTIFFS
By their attorneys,

| | |
|---|---|
| I hereby certify that a true copy of the above was served upon the defendants by electronic mail on | __/s/ Joel Feldman_____<br>Joel Feldman<br>BBO # 552963<br>Suzanne Garrow<br>BBO# 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508 |
| __September 22, 2005 | Springfield MA  01103<br>(413)788-7988 |
| __/s/Joel Feldman_____ | (413)788-7996 (fax) |

Dated: September 22, 2005