UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

## AFFIDAVIT OF SUZANNE GARROW

I, Suzanne Garrow, being duly sworn, hereby depose and state:

1. I am co-counsel for the plaintiffs in this matter;

2. I have been a member of the bar of the Supreme Judicial Court of Massachusetts since 1997. I was also admitted to the United States District Court, District of Massachusetts in 1999.

3. I was also admitted to the Connecticut State Bar and the United States District Court, District of Connecticut in 1999.

4. I am a graduate of Smith College (A.B., 1984) and of the Northeastern University School of Law (J.D., 1997).

5. From 1999-2003 I was an employment litigation associate at the law firm of Day,

Berry & Howard LLP in Hartford, CT and handled the defense of many employment cases including wage and hour matters and several multi-plaintiff cases including an over 90 plaintiff collective action claim in the Connecticut Superior Court *Greco et al. v. Pratt & Whitney*.

6. From 2003 through the present I have been an associate concentrating on employment law at the law firm of Heisler, Feldman & McCormick, P.C. in Springfield, Massachusetts. My practice consists almost entirely of federal and state civil employment litigation and I have a number of employment-related actions pending in federal court.

7. I have litigated or am currently litigating a number of class actions as a lawyer at Heisler, Feldman & McCormick, P.C. These cases include for example:

    a. *Gregoire v. Chicopee Medical Supplies at al., Massachusetts Superior Court Department Docket No. 03-672*. Wage and hour class action alleging a failure to timely pay wages, failure to pay minimum and overtime wages, in federal court.

    b. *Vargas v. U.S. National Bank Assn. et al.*, Western Division Housing Court, 04-cv-0099. The tenant/consumer class alleges that the notice to quit used by the defendants is a violation of M.G.L. c. 93A.

8. Based upon my experience litigating class actions, my experience litigating in state court and my past and current practice in employment law, I believe that I am qualified to represent the interests of the class in this matter.

                SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: September 22, 2005                    /s/Suzanne Garrow  
                                                      Suzanne Garrow