UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, <br><br>        Plaintiffs, <br><br>v. <br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, <br><br>        Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## AFFIDAVIT OF JOEL FELDMAN REGARDING ADEQUACY OF REPRESENTATION

I, Joel Feldman, being duly sworn, hereby depose and state:

1.    I am counsel for the plaintiffs in this matter;

2.    I have been a member of the bar of the Supreme Judicial Court of Massachusetts since 1988. I was also admitted to the United States District Court, District of Massachusetts in 1990.

3.    I am a graduate of Columbia University (B.A., *cum laude*,1985) and of the Harvard Law School (J.D., *cum laude*, 1988).

4.    From 1988 until 1995, I was an attorney with various Legal Services offices across the state of Massachusetts, including the Legal Assistance Corporation of Central

Massachusetts (LACCM)(Worcester, 1988-1991, 1994); Western Massachusetts Legal Services (Holyoke, 1993); and Greater Boston Legal Services (Boston, 1991-1992). In 1994, I was a senior supervising attorney at LACCM, supervising five other attorneys and paralegals. My practice consisted of civil litigation, focussed primarily on housing cases.

5. During this period, I litigated or co-litigated at least five class action cases, including *Boston Rent Equity Board, et. al. v. Dime Savings Bank of New York*, 415 Mass. 48 (1993) and *Woods v. Executive Office of Communities and Development*, 411 Mass. 599 (1992). I also litigated or co-litigated four cases before the Massachusetts Appeals Court and Supreme Judicial Court.

6. From 1995 until 1998, I served as attorney and then Legal Director of the Housing Discrimination Project, Inc., supervising four other paralegals or attorneys. My practice consisted entirely of federal and state civil litigation of housing discrimination cases.

7. Since September, 1998, I have been a member of the law firm of Heisler, Feldman & McCormick, P.C. in Springfield, Massachusetts. My practice focuses on consumer cases, civil rights (including discrimination) cases, housing cases and employment cases.

8. I have litigated, or am currently litigating, eight class actions as a member of Heisler, Feldman & McCormick, P.C. These cases have included, for example:

   a. *Kent v. Western Massachusetts Electric Company*, Hampshire County Superior Court, 01-232 (2002). The consumer class alleged that WMECO had overcharged customers who should have had standard offer service, but received default service. WMECO refunded all customers their full overcharges, and paid out over $250,000 as part of the settlement of the case;

   b. *Lewis v. Massachusetts Electric Company*, Hampshire County Superior

Court, 01-233 (2002). The consumer class alleged that Massachusetts Electric had overcharged its customers in the same manner as in the Kent class action, above. Massachusetts Electric refunded over 10,000 customers a total of over two million dollars as part of the settlement of the case.

   c. *Chapman v. Schreiber & Associates*, U.S. District Court, Docket No. 03-30027-KPN (D. Mass. 2004). A class of persons receiving allegedly unlawful debt collection notices received a total of $40,000 (including attorney's fees), and an agreement to discontinue use of the offending letter.

   d. *Morin. et. al. v. Harmon Law Offices*, U.S District Court Docket No. 00-CV-10708-RWZ (D. Mass. 2005) Settlement papers have been filed which resolve a class action complaint filed on behalf of the recipients of an illegal collection letter. The total settlement value of the case was over $100,000, including attorney's fees, and the defendants have stopped sending the collection letter at issue in the case.

  9. Other current class actions include *Huertas, et al. v. Bercan Associates, Inc.*, Civil Action No. 01 CV 137 (Housing Court –Western Division, Mass.), a case close to settlement after class certification; *Goran's Investors, Inc. v. Luis Ortiz and Rosa Mercado*, Civil Action No. 04 CV 318 (Housing Court-Western Division, Mass.), a case in which a class of tenants has been certified, and summary judgment having been entered against the defendants on the tenants' class claims; and *Overlock and Martinez v. Morgan MHP Mass, LLC*, Civil Action No. 05 CV 0066 (Housing Court-Western Division, Mass.), in which a putative class has commenced suit against their manufactured home park owner.

  10. Based upon my experience litigating class actions, my experience litigating in

federal court and my current practice in employment law, I believe that I am qualified to represent the interests of the class in this matter.

      SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: September 21, 2005                      /s/ Joel Feldman
                                                                          JOEL FELDMAN