UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>          Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>          Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : DOCKET NO. 04-cv-30091-MAP<br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF LAWSUIT AGAINST PATRIOT RESORTS CORP., et al.

TO:   All present and past employees of Patriot Resorts Corp. at Vacation Village in the Berkshires who are, or were, employed as sales people or sales managers and who were subject to Patriot's policies of (1) not paying more than $5.25 per hour for any week in which sales personnel worked, and/or (2) not paying overtime wages for any week in which sales personnel worked more than forty hours.

The purpose of this Notice is to inform you of the existence of a lawsuit for unpaid overtime wages, unpaid minimum wage or untimely payments. You may wish to join the lawsuit as a plaintiff. An additional purpose of this Notice is to tell you of how your rights could be affected by this lawsuit and how to how to join this lawsuit if you want to join.

### INTRODUCTION

On May 11, 2004, four individuals sued Patriot Resorts Corp., the Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A Foster and James E. Lambert, to recover unpaid minimum wages and overtime pay under the Fair Labor Standards Act ("FLSA") and under state wage laws. Under the FLSA, the plaintiffs have alleged that they are owed unpaid overtime wages for any hours worked past 40 in a workweek and unpaid minimum wage for any week in which their commissions did not equal the federal minimum wage for a 40 hour work week. The defendants, Patriot Resorts Corp., the Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A Foster and James E. Lambert have answered and deny the plaintiffs' allegations that they are entitled to unpaid minimum wages and overtime pay.

Plaintiffs seek to sue on behalf of themselves and also on behalf of other individuals who were employed as sales people or sales managers at Vacation Village in the Berkshires located in the Commonwealth of Massachusetts, and who were not paid minimum wage overtime payments under federal law.

**In order to join this lawsuit, you must mail the "Consent to Join" form attached to this document that it is received by plaintiffs' counsel ninety days after this Court grants plaintiffs' motion for notice. Plaintiffs' counsel's address is:**

> Joel Feldman      -or-
> Suzanne Garrow
> Heisler, Feldman & McCormick, PC
> 1145 Main Street
> Springfield, MA 01103
> (413) 788-7988
> (413) 788-7996 (Facsimile)
> sgarrow@comcast.net

**If you fail to fill out, sign, and return the "Consent to Join" form, you will not be included in this lawsuit. You will only be included in the the claims described above as of the date the Court receives your Consent to Join form.**

## YOUR DECISION TO JOIN THIS LAWSUIT

If you choose to join the lawsuit, you will be bound by the settlement of the parties involved, or the judgment of the Court hearing the suit. That Court is the U.S. District Court for the District of Massachusetts. If there is no recovery of money for you, you will **not** have to pay an attorneys' fee. If there is a recovery, the attorneys for the class may be paid a portion of the settlement obtained, or a money judgment awarded by the jury or by the Court.

By joining this lawsuit, you will designate the four named plaintiffs identified in the caption of this case as your agents for purposes of this lawsuit. They will be authorized to make decisions on your behalf concerning all aspects of the lawsuit. The decisions and agreements made and entered into by the plaintiffs will be binding only if you join this lawsuit. In addition, by joining this lawsuit, the class attorneys will become your attorneys, and you will be entitled to communicate with, provide input, and receive advice directly from them.

## NO LEGAL EFFECT IN NOT JOINING THIS LAWSUIT

If you choose not to join this lawsuit, you will not be affected by any decisions, judgments or settlements rendered in this case, whether favorable or unfavorable to the class.

**NO RETALIATION PERMITTED**

Federal law prohibits your employer from firing you or taking any other action against you for joining this lawsuit. In addition, Patriot Resorts Corp. cannot discuss this lawsuit with you.

**FURTHER INFORMATION**

If you have questions or concerns about this case, you may contact plaintiffs' counsel by telephone call, letter, or email.

**YOUR LEGAL REPRESENTATION IF YOU JOIN**

If you choose to join this lawsuit, your interests will be represented by the named plaintiffs through their attorneys, as counsel for the class. Counsel for the class is:

Joel Feldman         -and-
Suzanne Garrow
Heisler, Feldman & McCormick, PC
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988
(413) 788-7996 (Facsimile)
sgarrow@comcast.net

Trial Counsel


**THIS COURT NOTICE AND ITS CONTENTS HAVE BEEN AUTHORIZED BY THE FEDERAL DISTRICT COURT, DISTRICT OF MASSACHUSETTS, WESTERN DIVISION. THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFFS' CLAIMS OR OF DEFENDANTS' DEFENSES.**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, <br><br> Plaintiffs, <br> v. <br><br> PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : DOCKET NO. 04-cv-30091-MAP <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**CONSENT TO JOIN**
**Fair Labor Standards Act of 1938**
**29 U.S.C. § 216(b)**

      I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

_____
Print Name

_____
Address City State Zip

Date signed:_____

Signature:_____

Telephone No.: _____

4