UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : <br> : <br> : <br> : <br> : <br> : <br> : DOCKET NO. 04-cv-30091-MAP |
| Plaintiffs, | : |
| v. | : <br> : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : <br> : <br> : <br> : <br> : |
| Defendants. | : <br> : |

ASSENTED TO MOTION TO EXCEED PAGE LIMIT
ON LEGAL MEMORANDUM

The plaintiffs respectfully move this Court for leave to file a legal Memorandum in support of Plaintiffs' Motion for Authorization to Send Notice and for Class Certification which exceeds the twenty (20) page limit specified in Local Rule 7.1(B)(4). As grounds for this motion, Plaintiffs state:

1. The plaintiffs have filed an accompanying motion to have this case proceed in part as a collective action and in part as a class action.

2. In support of this motion, the plaintiffs have filed a supporting memorandum which includes factual allegations culled from thousands of documents produced in discovery, and includes argument both for class certification and for a separate acknowledgment of plaintiffs' request to proceed with a federal "collective action".

3.     The additional pages of factual allegations and legal argument in the Memorandum are necessary in order to fully brief the issues raised in the pending motion and to adequately present both the factual and legal arguments supporting the plaintiffs' Motion.

4.     **The defendants have assented to this Motion.**

WHEREFORE, the plaintiffs request that this court allow them to file the accompanying Memorandum in support of their Motion which exceeds the twenty page limit provided for in the Local Rules.

|  | THE PLAINTIFFS<br>By their attorneys, |
|---|---|
| I hereby certify that a<br>true copy of the above<br>was served upon the<br>defendants by electronic<br>mail on | \_\_/s/ Joel Feldman_____<br>Joel Feldman<br>BBO # 552963<br>Suzanne Garrow<br>BBO# 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508 |
| \_\_September 22, 2005 | Springfield MA  01103<br>(413)788-7988 |
| \_\_/s/Joel Feldman_____ | (413)788-7996 (fax) |

Dated: September 22, 2005