UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

    Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER, and JAMES E.
LAMBERT,

    Defendants.

## AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR AUTHORIZATION TO SEND NOTICE AND FOR CLASS CERTIFICATION

1. I am counsel for the plaintiffs in this case.

2. Exhibit 1, attached to this Affidavit, is a true and accurate copy of the Defendant's Answer to Plaintiffs' First Set of Interrogatories.

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Rebecca Foster Campagna.

4. Exhibit 3, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Rodney Lewis.

5. Exhibit 4, attached to this Affidavit, is a true and accurate copy of selected portions of the

deposition transcript of William Rauer.

6. Exhibit 5, attached to this Affidavit, is a true and accurate copy of certain salesmen commission reports for the named plaintiffs, received in discovery from the defendants.

7. Exhibit 6, attached to this Affidavit, is a true and accurate copy of certain salesmen commission reports for Mary Birch, Edward Abbott, Gary Campagna and Robert Campagna, received in discovery from the defendants.

8. Exhibit 7, attached to this Affidavit, is a true and accurate copy of certain salesmen commission reports showing "charge backs" for the named plaintiffs, received in discovery from the defendants.

9. Exhibit 8, attached to this Affidavit, is a true and accurate copy of the Defendant's Responses to Plaintiffs' Request for Admissions.

10. Exhibit 9, attached to this Affidavit, is a true and accurate copy of certain pages of the earnings check register for the named plaintiffs, showing earnings for certain weeks, received in discovery from the defendants.

11. Exhibit 10, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Gordon Leete.

12. Exhibit 11, attached to this Affidavit, is a true and accurate copy of earnings check register for Seth Alden, Stephen Alibozek, Raymond Barnes, Joel Hecht, and Melissa McGovern.

13. Exhibit 12, attached to this Affidavit, is a true and accurate copy of selected morning sign-in sheets and tour sign-in/sign out sheets of the named plaintiffs.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 9/22/05

JOEL FELDMAN