UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

          Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

          Defendants.

:
:
:
:
:
:
: DOCKET NO.  04-cv-30091-MAP
:
:
:
:
:
:
:
:
:

---

### CONSENT TO JOIN
### Fair Labor Standards Act of 1938
### 29 U.S.C. § 216(b)

    I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot")
within the past three years. I want to join this lawsuit alleging that Patriot has violated the
Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit
seeks unpaid wages and/or overtime that may be owed to me, and that by joining the
lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named
in the complaint and listed above as my representatives, to the fullest extent possible
under applicable laws, to make decisions on my behalf concerning the litigation, the
method and manner of conducting and resolving the litigation, and all other matters
pertaining to this lawsuit. I understand I have the right to choose other counsel, and I
choose to be represented in this matter by Heisler, Feldman & McCormick, PC
and other attorneys with whom they may associate.

_Stephen K. Cahillane_
Print Name

_78 Bridge Street  Hatfield MA  01038_
Address City State Zip

Date signed _9-19-05_

Signature _[signature]_

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

                        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,
                        Defendants.

: DOCKET NO.  04-cv-30091-MAP

## CONSENT TO JOIN
### Fair Labor Standards Act of 1938
### 29 U.S.C. § 216(b)

      I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

FAWZI  ASERR
Print Name

27 Pollock Ave. Pittsfield, MA 01201
Address City State Zip

Date signed: 8/19/2005

Signature:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, :<br><br>                        Plaintiffs, :<br>v. :<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, :<br>                        Defendants. | : DOCKET NO.  04-cv-30091-MAP |

**CONSENT TO JOIN**
**Fair Labor Standards Act of 1938**
**29 U.S.C. § 216(b)**

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot")
within the past three years. I want to join this lawsuit alleging that Patriot has violated the
Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit
seeks unpaid wages and/or overtime that may be owed to me, and that by joining the
lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named
in the complaint and listed above as my representatives, to the fullest extent possible
under applicable laws, to make decisions on my behalf concerning the litigation, the
method and manner of conducting and resolving the litigation, and all other matters
pertaining to this lawsuit. I understand I have the right to choose other counsel, and I
choose to be represented in this matter by Heisler, Feldman & McCormick, PC
and other attorneys with whom they may associate.

*PATRIOIO QVINTERO*
Print Name

*192 SECONd St PITTSFIELd MA 01201*
Address City State Zip

Date signed: *9/20/05*

Signature: _____