UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : DOCKET NO. 04-CV-30091-MAP : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU,   J.P. OTTINO, III REBECCA A. FOSTER and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : |

**Motion for Leave to File a Memorandum in Excess of Twenty Pages**

    Now come Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster and James E. Lambert, and move for leave to file a Memorandum in Opposition to Plaintiff's Motion for Authorization to Send Notice and For Class Certification in excess of twenty pages. The Memorandum is responsive to both the Plaintiffs' Memorandum in Support of Motion for Authorization to Send Notice and for Class Certification and its Proposed Findings and Order on Notice and Class Certification and will assist the Court in deciding the issues raised in the certification procedure. Accordingly, the Defendants respectfully request that this Motion be allowed.

Respectfully submitted,

/s/ Marylou Fabbo_____
Marylou Fabbo, Esq.
BBO #566613


/s/ Kimberly Klimczuk_____
Kimberly Klimczuk, Esq.
BBO #660973
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Tel.: (413) 737-4753
Dated: October  24, 2005                           Fax: (413) 787-1941

CERTIFICATE OF SERVICE

    I hereby certify that a true and accurate copy of the foregoing *Motion for Leave to File a Memorandum in Excess of Twenty Pages* was served upon the attorney of record for each other party via electronic filing on October 24, 2005.

                                         /s/ Marylou Fabbo
                                         Marylou Fabbo, Esq.