UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

ASSENTED TO MOTION TO EXTEND DEADLINE
FOR REPLY TO DEFENDANTS' OPPOSITION
TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

The plaintiffs hereby move this court to extend the deadline for filing their class certification motion from November 4, 2005 to November 18, 2005. As grounds therefore, the plaintiffs state:

1. The defendants have assented to this Motion;

2. The defendants served a thirty-five page Memorandum in Opposition to the Plaintiffs' request for class certification in this case, raising issues which have not been addressed by the Plaintiffs to date, and which will require extensive briefing in reply;

3.       Because of scheduling conflicts between the present and November 4, 2005, including meetings which will be taking place out of state, the Plaintiffs' counsel will be unable to address adequately the Defendants' arguments in the time presently allocated.

WHEREFORE, the plaintiffs request that this court allow the plaintiffs to file their Reply to the defendants' Opposition to the plaintiffs' class certification motion by November 18, 2005.

|  |  |
|---|---|
|  | THE PLAINTIFFS<br>By their Attorney, |
| Dated:   October 27, 2005 | /s/ Joel Feldman<br>Joel Feldman BBO # 552963<br>Suzanne Garrow BBO# 636548<br>Heisler, Feldman & McCormick, P.C.<br>1145 Main Street, Suite 508<br>Springfield, MA 01103<br>(413) 788-7988 |
| ASSENTED TO:      | /s/Marylou Fabbo<br>Marylou Fabbo<br> BBO#566613<br>Counsel for Defendants<br>Skoler Abbott & Presser, P.C.<br>One Monarch Place<br>Springfield MA  01144 |