UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : <br> : <br> : <br> : <br> : <br> : |
| Plaintiffs, | : DOCKET NO. 04-cv-30091-MAP |
| v. | : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER, and JAMES E. LAMBERT, | : <br> : <br> : <br> : |
| Defendants. | : |

## PLAINTIFFS' MOTION TO EXCEED PAGE LIMIT ON LEGAL MEMORANDUM

The plaintiffs respectfully move this Court for leave to file their Reply Memorandum to Defendants' Opposition to Plaintiffs' Motion for Authorization to Send Notice and for Class Certification which exceeds the twenty (20) page limit specified in Local Rule 7.1(B)(4). As grounds for this motion, Plaintiffs state:

1.	The plaintiffs have earlier filed a Motion and Memorandum to have their complaint proceed as a collective and class action.

2.	The defendants responded with a thirty-five (35) page Opposition, including multiple issues involving the supplemental federal jurisdiction of this court, and involving class action doctrine addressing the overlap between the state and federal claims in the case.

3. The additional pages of factual allegations and legal argument in the Memorandum are necessary in order to fully brief the multiple issues raised in the Opposition.

WHEREFORE, the plaintiffs request that this court allow them to file the accompanying Reply Memorandum which exceeds the twenty page limit provided for in the Local Rules.

THE PLAINTIFFS
By their attorneys,

*/s/ Joel Feldman*
Joel Feldman
BBO # 552963
Suzanne Garrow
BBO# 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield MA 01103
(413)788-7988
(413)788-7996 (fax)

I hereby certify that a true copy of the above was served upon the defendants' counsel by hand delivery on

November 18, 2005

*/s/*

Dated: November 18, 2005