UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

           Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER, and JAMES E.
LAMBERT,
           Defendants.

## SUPPLEMENTAL AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR AUTHORIZATION TO SEND NOTICE AND FOR CLASS CERTIFICATION

1.    I am counsel for the plaintiffs in this case.

2.    Exhibit 1, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of William Rauer.

3.    Exhibit 2, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Rodney Lewis.

4.    Exhibit 3, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Rebecca Foster Campagna.

5.    Exhibit 4, attached to this Affidavit, is a true and accurate copy of selected portions of the

deposition transcript of Michael Massaconi.

6. Exhibit 5, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of LaCrisha Wise.

7. Exhibit 6, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Peter Corbin.

8. Exhibit 7, attached to this Affidavit, is a true and accurate copy of selected portions of the deposition transcript of Roger Martin.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 11/18/05

JOEL FELDMAN

I hereby certify that a true copy of the above was served upon the defendants' counsel by hand delivery on

November 18, 2005

Dated: November 18, 2005

THE PLAINTIFFS
By their attorneys,

Joel Feldman
BBO # 552963
Suzanne Garrow
BBO# 636548
Heisler, Feldman & McCormick, P.C.
1145 Main Street, Suite 508
Springfield MA 01103
(413)788-7988
(413)788-7996 (fax)