UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE

CASE NO.   04-30091 - MAP

V.

PATRIOT RESORTS CORP, ET AL

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled case has been set for a HEARING ON MOTION TO CERTIFY CLASS on 1/26/06 at 3:00 p.m. before Michael A. Ponsor, U.S. D.J   In   Courtroom #  1   on the   5th   floor.

SARAH THORNTON
CLERK OF COURT

11/28/05                                By: /s/ Elizabeth A. French
Date                                    Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)                        [kntchrgcnf.]
                                                      [ntchrgcnf.]