UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I certify that counsel have conferred and have attempted in good faith to resolve or narrow the issues raised in the motion for clarification filed on this date..

        Respectfully submitted,
        THE PLAINTIFFS
        By their attorney,


        /s/ Suzanne Garrow
        Suzanne Garrow BBO # 636548
        Joel H. Feldman BBO # 552963
        Heisler, Feldman, McCormick
          & Garrow, P.C.
        1145 Main Street, Suite 508
        Springfield MA  01103
        (413)788-7988
        (413)788-7996 (fax)