UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

         Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

         Defendants.

DOCKET NO. 04-cv-30091-MAP

## CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: _Ronald J. Ferreira & Carmel M. Shay Ferreira_

Address City State Zip: _600 Main Street Apt 4-W_

Date signed: _Feb 28, 2006_

Signature: _Ronald J. Ferreira & Carmel M. Shay Ferreira_

Telephone No.: _413-684-2318_

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

    Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

    Defendants.

DOCKET NO. 04-cv-30091-MAP

## CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: Stefanie Carson

Address City State Zip: 50 Plumb St. Pittsfield, MA 01201

Date signed: 2-24-06

Signature: Stefanie Carson

Telephone No.: 646-660-2200 c.
413 743-0014 w.

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: DOCKET NO. 04-cv-30091-MAP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CONSENT TO JOIN
### Fair Labor Standards Act of 1938
### 29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: Bruce Southard

Address City State Zip: Box 536, 144 Wyomanock Rd, Stephentown, NY 12168

Date signed: February 25, 2006

Signature: /s/ Bruce B Southard

Telephone No.: 518-733-6653

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

    Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A. FOSTER and JAMES E.
LAMBERT,

    Defendants.

DOCKET NO. 04-cv-30091-MAP

## CONSENT TO JOIN
### Fair Labor Standards Act of 1938
### 29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

David J Shufelt
Print Name

158 Brombach St Pittsfield MA 01201
Address City State Zip

Date signed: 2-28-06

Signature: [signature]

Telephone No.: 413-449-7093

4