UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

        Defendants.

DOCKET NO. 04-cv-30091-MAP

CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

    I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

ROBERT D. GORDON
Print Name

P.O. BOX 151 NO. EGREMONT, MA 01252
Address City State Zip

Date signed: 3/21/06

Signature: _(signed)_

Telephone No.: 413-3298097

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

    Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

    Defendants.

DOCKET NO. 04-cv-30091-MAP

CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

  I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: Gregory Sprague

Address City State Zip: 552 Holmes RD Pitts, MA 01201

Date signed: 3/15/06

Signature: _____

Telephone No.: (413) 446-9470

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>　　　　　Defendants. | DOCKET NO. 04-cv-30091-MAP |

CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: JAMES TRUDEN

Address City State Zip: 260 STOCKBRIDGE RD LEE MA 01238

Date signed: 3-14-06

Signature: *James Truden*

Telephone No.: 413-243-2099

4