UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

        Defendants.

DOCKET NO. 04-cv-30091-MAP

CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

    I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: Rodd M. Pedrotti

Address City State Zip: 40 French Street, Apt. 27, North Quincy, MA 02171

Date signed: April 17, 2006

Signature: Rodd M. Pedrotti

Telephone No.: 413-841-5805

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER, and JAMES E.
LAMBERT,

        Defendants.

DOCKET NO. 04-cv-30091-MAP

CONSENT TO JOIN
Fair Labor Standards Act of 1938
29 U.S.C. § 216(b)

    I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: Nadine TIFFT

Address City State Zip: 276 Arcadia dr Stamford VT 05352

Date signed: 03-17-06

Signature: Nadine L Tufft

Telephone No.: 802-694-9109

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

        Defendants.

DOCKET NO. 04-cv-30091-MAP

## CONSENT TO JOIN
### Fair Labor Standards Act of 1938
### 29 U.S.C. § 216(b)

    I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot") within the past three years. I want to join this lawsuit alleging that Patriot has violated the Fair Labor Standards Act. I understand that this lawsuit seeks unpaid wages and/or overtime that may be owed to me, and that by joining the lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named in the complaint and listed above as my representatives, to the fullest extent possible under applicable laws, to make decisions on my behalf concerning the litigation, the method and manner of conducting and resolving the litigation, and all other matters pertaining to this lawsuit. I understand I have the right to choose other counsel, and I choose to be represented in this matter by Heisler, Feldman & McCormick, PC and other attorneys with whom they may associate.

Print Name: _Fawndia Santelli_

Address City State Zip: _34 Meadow St North Adams MA 01247_

Date signed: _3-20-06_

Signature: _Fawndia Santelli_

Telephone No.: _413-664-7626_

4