UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, <br><br> Plaintiffs, <br> v. <br><br> PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : DOCKET NO. 04-cv-30091-MAP <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION FOR A STATUS CONFERENCE AND FURTHER SCHEDULING ORDER

The plaintiffs move this Court for a status conference and for a scheduling conference to set a further schedule in the above matter. As grounds therefore the plaintiffs state:

On June 6, 2005, the Court issued a revised schedule in the above matter that set a schedule through class certification. On February 15, 2006, class certification was granted on all class claims set forth in the plaintiffs' complaint and the plaintiffs have sent notice to potential opt-in class members, per the order of the Court. The plaintiffs believe that many of the claims, and particularly the class claims, will be resolved at summary judgment and now seek to have the Court set a further schedule for dispositive motions and other remaining pre-trial issues to continue to move the case forward.

Accordingly, the plaintiffs request that the Court schedule a status/scheduling conference in the above matter.

                        Respectfully submitted,
                        PLAINTIFFS
                        By their Attorney,

Dated: April 10, 2006           /s/ Suzanne Garrow
                        Joel Feldman BBO # 552963
                        Suzanne Garrow BBO# 636548
                        Heisler, Feldman, McCormick
                            & Garrow, P.C.
                        1145 Main Street, Suite 508
                        Springfield, MA 01103
                        (413) 788-7988

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

    I certify that the parties have conferred and have attempted in good faith to resolve or narrow the issues raised in this motion.

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                        /s/ Suzanne Garrow
                        Suzanne Garrow