UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LACRISHA WISE, MICHAEL                    :
MASSACONI, ROGER MARTIN and              :
PETER CORBIN, on behalf of               :
themselves and on behalf of others       :
who are similarly situated,              :
                                         : DOCKET NO.  04-cv-30091-MAP
                    Plaintiffs,          :
                                         :
v.                                       :
                                         :
PATRIOT RESORTS CORP.,                   :
THE BERKLEY GROUP, INC.,                 :
MARC J. LANDAU,  J.P. OTTINO, III        :
REBECCA A FOSTER. and JAMES E.           :
LAMBERT,                                 :
                    Defendants.          :

**CONSENT TO JOIN**
**Fair Labor Standards Act of 1938**
**29 U.S.C. § 216(b)**

I worked for Patriot Resorts Corp. and the Berkley Group (collectively "Patriot")
within the past three years. I want to join this lawsuit alleging that Patriot has violated the
Fair Labor Standards Act and state wage and hour laws. I understand that this lawsuit
seeks unpaid wages and/or overtime that may be owed to me, and that by joining the
lawsuit I will become a plaintiff. By joining this lawsuit, I designate the plaintiffs named
in the complaint and listed above as my representatives, to the fullest extent possible
under applicable laws, to make decisions on my behalf concerning the litigation, the
method and manner of conducting and resolving the litigation, and all other matters
pertaining to this lawsuit. I understand I have the right to choose other counsel, and I
choose to be represented in this matter by Heisler, Feldman & McCormick, PC
and other attorneys with whom they may associate.

_Edward Pratt, Jr_
Print Name

_19 Burt st  Adams, Ma  01220_
Address City State Zip

Date signed: _11 31 06_

Signature: _Edward Pratt Jr_