# Heisler, Feldman, McCormick & Garrow, P.C.

Attorneys at Law

Hugh D. Heisler
Joel H. Feldman
Thomas J. McCormick
Suzanne Garrow
Sarah E. Lazare
   *Access to Justice Fellow*

July 5, 2006

The Honorable Michael A. Ponsor
U.S. District Court
District of Massachusetts
Federal Building & Courthouse
1550 Main Street
Springfield MA  01103

    Re:    *Wise, et. al. v. Patriot Resorts, et. al.*
           U.S. District Court Docket No. 04-CV-30091-MAP

Dear Judge Ponsor:

    The parties have thus far been unable to resolve the above matter through mediation. We request that you please set a schedule for summary judgment briefing.  Thank you.

                                                         Very truly yours,

                                                         /s/ Suzanne Garrow

                                                         Suzanne Garrow

cc:    Marylou Fabbo, Esq. (via CM/ECF)