```
                  UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS
```

LACRISHA WISE, ET AL,          )
        Plaintiffs      )
                        )
        v.              ) C.A. NO. 04-30091-MAP
                        )
PATRIOT RESORTS CORP., ET AL, )
        Defendants      )

## SCHEDULING ORDER

July 10, 2006

PONSOR, D.J.

On July 5, 2006, the parties informed the court that they have been unable to resolve this matter through mediation. Based upon this, the court orders as follows:

   1. Any motion for summary judgment by either party will be filed no later than August 11, 2006.

   2. Opposition to any motion for summary judgment will be filed no later than September 8, 2006.

   3. Counsel will appear again before this court for argument on any motion for summary judgment on September 22, 2006 at 2:00 p.m.

   It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge