UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.  04-cv-30091-MAP

|  |  |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

**<u>JOINT MOTION TO RESCHEDULE SCHEDULING CONFERENCE</u>**

The parties in the above-entitled matter respectfully request that the Court re-set the schedule for summary judgment briefing and argument.  In addition, the parties request that the Court schedule a hearing for preliminary approval of a settlement on four of the claims in this matter, specifically on those state and federal class and collective action claims alleging a failure to minimum and overtime wages.  Currently, argument on the anticipated motions for summary judgment is scheduled for September 22, 2006.  The parties seek to have their hearing regarding preliminary approval as set forth above held on that date if such schedule is convenient for the Court.  As grounds for this motion the parties state as follows:

(1) Since reporting to the Court on the status of this case, the parties have reached a negotiated settlement with the assistance of a mediator on the state and federal collective action and class action claims alleging a failure to pay minimum and overtime wages;

(2) The parties have not reached a settlement on any of the other claims alleged in this matter;

(3) The parties anticipate that the scope of the summary judgment motions by each of the parties will be significantly altered by a settlement of those collective action and class action claims alleging a failure to pay minimum and overtime wages and therefore seek approval of the settlement prior to briefing summary judgment;

(4) The Court has already set aside a date of September 22, 2006, for argument on motions for summary judgment.

WHEREFORE, if it is convenient for the Court, the parties request that the Court allow them to submit joint papers for preliminary approval of those claims for which they have reached a settlement on the date set for submission of oppositions to summary judgment motions, or September 9, 2006. The parties further request that they be heard on September 22, 2006, regarding preliminary approval by the Court of the proposed settlement of those claims set forth above, if such date is convenient for the Court. Lastly, the parties request that the Court vacate its order regarding the current summary judgment briefing schedule and set a schedule for briefing summary judgment after and subject to the Court's

approval of the settlement of the collective action and class action claims alleging a failure to pay minimum and overtime wages.

Dated: July 24, 2006

Respectfully submitted,

PLAINTIFFS, on behalf of themselves and on behalf of others who are similarly situated,
By:


 __/s/ Suzanne Garrow_____
 Their attorney
 Suzanne Garrow BBO# 636548
 Heisler, Feldman, McCormick & Garrow, PC
 1145 Main Street, Ste. 508
 Springfield, MA  01103
 Phone (413) 788-7988


DEFENDANTS,
By:


 __/s/ Marylou Fabbo_____
 Their attorney
 Marylou Fabbo BBO# 566613
 Skoler, Abbott & Presser
 One Monarch Place
 Springfield, Massachusetts 01144
 Phone (413) 737-4753

3