UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

|  |  |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

## CLAIM FORM

The defendants' records indicate that you were a sales person or sales manager at Vacation Village in the Berkshires, Massachusetts for some time from July 2001, through September 22, 2006.

You have received a Notice setting forth your rights and the amount you will be paid. To claim this payment return this claim form, IT MUST BE POSTMARKED NO LATER THAN OCTOBER 22, 2006

Please send to:

Suzanne Garrow
Heisler, Feldman McCormick & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA  01103

YOU MUST provide your name and address here:

Name:
Address:
City:
State:
Zip Code/Country:

First 6 digits of Social Security Number:

Home Phone Number:
Work Phone Number:

**YOU MUST TIMELY COMPLETE, SIGN AND MAIL THIS FORM BY FIRST CLASS U.S. MAIL OR EQUIVALENT, POSTAGE PAID, POSTMARKED ON OR BEFORE OCTOBER 22, 2006, TO THE PLAINTIFFS' COUNSEL AT THEADDRESS ABOVE IN ORDER TO RECEIVE A MONETARY RECOVERY**

1. Please complete, sign and mail this form to share in the monetary recovery.

2. If you move, please send us your new address.

3. Please do not send any other documentation at this time. If additional documentation is necessary, a separate request will be sent to you.

I have reviewed the Class Notice and this form. I wish to receive a monetary recovery. I consent to join the FLSA portion of this action and have the Representative Plaintiff and his counsel represent me pursuant to 29U.S.C. 216(b).

Print your name here:


Sign your name here: _____    Date: