UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>Defendants. | DOCKET NO. 04-CV-30091-MAP<br><br><br>**JOINT MOTION OF THE PARTIES FOR PRELIMINARY APPROVAL OF THE PROPOSED CONSENT DECREE, AND OF THE PROPOSED CONSENT ORDER PROVIDING FOR NOTICE TO THE CLASS, OPPORTUNITY TO OBJECT OR TO OPT OUT, AND A FAIRNESS HEARING** |

Plaintiffs and defendants jointly move for preliminary approval of the accompanying proposed Consent Decree, and of the accompanying proposed Consent Order Providing for Notice to the Class, Opportunity to Object or to Opt Out, and a Fairness Hearing. The annexed Affidavit of Suzanne Garrow and the accompanying Joint Memorandum of Points and Authorities set forth the grounds for this Motion.

WHEREFORE, plaintiffs and defendants pray that their Motion be granted, that the Court grant preliminary approval to the proposed Consent Decree, and that the Court approve the proposed Consent Order Providing for Notice to the Class, Opportunity to Object or to Opt Out, and a Fairness Hearing.

Dated:  September 20, 2006


Respectfully submitted,


Suzanne Garrow BBO# 636548
Joel Feldman BBO# 552963
Heisler, Feldman, McCormick
        & Garrow, PC
1145 Main Street, Ste. 508
Springfield, MA  01103
Phone (413) 788-7988



_____/s/ Suzanne Garrow_____
Suzanne Garrow

Marylou Fabbo BBO# 566613
Skoler, Abbott & Presser
One Monarch Place
Springfield, Massachusetts 01144
Phone (413) 737-4753




_____/s/ Suzanne Garrow_____
Marylou Fabbo