UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO.  04-CV-30091-MAP

---

|  |  |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU,  J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : : |
| Defendants. | : : |

---

## AFFIDAVIT OF SUZANNE GARROW

I, Suzanne Garrow, being duly sworn, hereby depose and state:

1.  I am co-counsel for the plaintiffs in this matter;

2.  The Court previously certified a class and granted collective action status to the claims at issue in the Consent Decree.

3.  This action was filed on May 4, 2004, under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 *et seq.*, as amended ("FLSA"), and under the Massachusetts minimum wage law, M.G.L. c. 151 § 19 and overtime premium pay law, M.G.L. c. 151 § 1A and have amended this complaint.  Defendants deny the allegations of the Complaint.

4.  The parties took numerous depositions and engaged in extensive paper discovery with

respect to the class issues.

5.  Defendants produced numerous documents and made available for plaintiffs' inspection what the parties estimate to be tens of thousands of pages of hard-copy pay documents.

6.  In addition to the formal exchanges of information, both sides have exchanged a great deal of information informally.  Plaintiffs and defendants have explored, and worked to resolve issues including unintended omissions in the information, duplicate records of earnings, and problems of gaps in some records .

7.  Plaintiffs have informally consulted experts in the fields of collective actions and the state and federal wage payment statutes.

8.  Similarly, plaintiffs have come up with a means of extrapolating information for class members whose individual pay records for some periods of time were inexplicably missing from the payroll records.

9.  Similarly, plaintiffs and defendants have exchanged information on the existence of, and remedy for, instances of incorrect time recording, reporting.  The proposed Consent Decree contains provisions that should eliminate the risk of such events in the future.

10. Plaintiffs and defendants agreed to the mediation of this case, and agreed to use Peter Contuzzi.  Mr. Contuzzi was an experienced civil litigator before becoming a Mediator and Arbitrator who has mediated thousands of cases.  He has served as a referral mediator for this Court.  I personally hold him in high regard and have used him as a mediator in the mediation of a number of complex actions.

11. On June 30, 2006, the parties informed the Court of their agreement to mediate the case and engaged in an extended full day of mediation which was narrowed to attempt to mediate

those claims which are the subject of the Consent Decree.

12. The settlement reached by the parties, with the assistance of Mr. Contuzzi involves (a) a Consent Decree governing the payment of class relief and providing prospective relief, reporting, monitoring, and the retention of jurisdiction; and (b) included in the monetary relief, the payment of plaintiffs' attorneys' fees and expenses through the grant of final approval of the proposed Consent Decree relating to the minimum wage and overtime class claims as set forth in the Consent Decree.

13. Under the settlement, class members will have an opportunity to provide information to document any unpaid wages under the Consent Decree given the missing information of the defendants and the extrapolation of data by the plaintiffs.

14. The settlement is in full accord with both the letter and spirit of the Massachusetts minimum wage and overtime laws and the Fair Labor Standards Act, and fully meets the requirements of Rule 23 and of FLSA collective actions.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE:        September 21, 2006                        Suzanne Garrow
                                                       SUZANNE GARROW