UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

## AFFIDAVIT OF SUZANNE GARROW

I, Suzanne Garrow, being duly sworn, hereby depose and state:

1. I am co-lead counsel for the plaintiffs in this matter;

2. The Court previously certified a class and granted collective action status to the claims at issue in the Consent Decree.

3. On September 29, 2006, the Court entered a Consent Judgment and granted preliminary approval of the proposed Consent Decree and Ordered that the Notice attached to the Consent Decree be sent to class and collective action members.

4. I personally supervised the production and sending of the Notice to the class.

5. Notice in the same form as was attached to the Proposed Consent Decree was sent to

the class and collective members.

6. The defendants provided 256 names and last known addresses of current and former employees to the plaintiffs.

7. Plaintiffs mailed Notices in the same form as was attached to the Proposed Consent Decree to each name on the list with the amounts for each of the minimum wage and overtime shortages filled in for each of the current and former employees based on the information provided by the defendants and the means of extrapolating information for class members whose individual pay records for some periods of time were inexplicably missing from the payroll records.

8. Along with the notices, plaintiffs mailed each of the current and former employees claim forms in the same form as was attached to the Proposed Consent Decree.

9. 102 claim forms were received from the class members, 33 mailed notices were returned as undeliverable after one or more attempts at locating the missing class member.

10. The vast majority of class members with unreturned claim forms are entitled to $0 for minimum wage and overtime shortages.

11. I received one objection to the settlement which is attached to the Joint Motion as Attachment 2.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: December 1, 2006                    /s/ Suzanne Garrow
                                          SUZANNE GARROW