# AFFIDAVIT

**BE IT ACKNOWLEDGED**, that Re: Wise v Patriot Resorts. John Juliano of Lee,Massachusetts., the undersigned deponent, being of legal age, does hereby depose and say under oath as follows:

I was not paid hourly wages or overtime, while employed at Vacation Village, of the Berkshires. From Febuary 11, 2005. through June 1,2005. I make this statement under the pains and penalties, of perjury.

And I affirm that the foregoing is true except as to statements made upon information and belief, and as to those I believe them to be true.

Witness my hand under the penalties of perjury this 31st day of October.

_____
Signature of Witness

_____

_____
Signature Of Deponent
John T Juliano
Lee,Massachusetts.

STATE OF Massachusetts.
COUNTY OF Berkshire.

ZBHFZAAT

- 1 of 2 -

On October 31, 2006 before me, JOHN T. JULIANO,
personally appeared SAME, personally known to me (or
proved to me on the basis of satisfactory evidence) to be the
person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or
the entity upon behalf of which the person(s) acted, executed the
instrument.
WITNESS my hand and official seal.
Signature _Maria Cristina Shaw_____

                 Affiant ___ Known ___ Produced ID
                 JOHN T. JULIANO
                 Type of ID DRIVER'S LICENSE #S25429097
                 MASSACHUSETTS
                               (Seal)