```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS


LACRISHA WISE, ET AL,         )
          Plaintiffs          )
                              )
     v.                       ) C.A. NO. 04-30091-MAP
                              )
PATRIOT RESORTS CORP., ET AL, )
          Defendants          )
```

<u>FURTHER SCHEDULING ORDER</u>

December 7, 2006

**PONSOR, D.J.**

Counsel appeared on December 6, 2006 for a Fairness Hearing in connection with certain aspects of the class action in this case. Following the hearing, the court concluded that the settlement proposed was fair and reasonable and gave final approval to the Consent Decree. In addition, the court allowed the motion of Plaintiffs' counsel for attorney's fees. One portion of the class action aspect of this case remains for adjudication. In addition, the claims of three of the individual Plaintiffs remain. Based on counsel's representations, the court orders as follows:

1. Counsel will concentrate over the next sixty days in administering the portions of the class action that have recently been approved.

2. All discovery having been completed on the remaining claims, counsel are ordered to appear again for a final pretrial conference on February 15, 2007 at 3:30 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. <u>Please note:</u> failure to file a final pretrial

memorandum as ordered may result in default or dismissal.

3. At the final pretrial conference, the court will take up the question of dispositive motions (either for the remaining class action claim or for the individual claims), settlement, and a final schedule for trial.

It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              United States District Judge