UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, <br> Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ASSENTED TO MOTION FOR RELIEF FROM CONSENT DECREE

The plaintiff's counsel has been contacted by two class members seeking payment of settlement proceeds relating to claims of unpaid minimum wage and overtime. Plaintiffs' counsel seeks relief from portions of the Consent Decree to pay those individuals. As grounds for this Motion the plaintiff states that:

1. One class member contacted the plaintiffs' counsel and claimed that he had timely filed a Claim Form pursuant to the terms of the Consent Decree. The plaintiffs' counsel could locate no such claim form.

2. The class member was to receive $431.87 under the class action settlement. Rather than including that money in a *cy pres* award the plaintiffs' counsel seeks relief from the Consent Decree to pay the individual who claims to have timely filed a claim form.

  3. Another class member who timely filed a claim form has now provided documentation of the kind specified in the Consent Decree to contest the amount he alleges was due to him for unpaid wages and seeks an adjustment upward of his pay by over $3,000.

  4. Rather than including that money in a *cy pres* award the plaintiffs' counsel seeks relief from the terms of the Consent Decree to pay the individual who has provided documentation, albeit late, of claimed unpaid minimum wage.

  WHEREFORE, the plaintiffs seek leave of Court to make these payments outside the terms of the Consent Decree.

THE PLAINTIFFS
By their Attorneys,

/s/ Suzanne Garrow
Suzanne Garrow, Esq.
BBO# 636548
Joel Feldman, Esq.
BBO # 552963
Heisler, Feldman, McCormick
 & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

## CERTIFICATE OF SERVICE

 I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

__/s/ Suzanne Garrow_____
Suzanne Garrow
