```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

LACRISHA WISE, ET AL,         )
      Plaintiffs       )
                         )
      v.                 ) C.A. NO. 04-30091-MAP
                         )
PATRIOT RESORTS CORP., ET AL, )
      Defendants       )

### FURTHER SCHEDULING ORDER

### February 16, 2007

PONSOR, D.J.

Counsel appeared for a final pretrial conference on February 15, 2007. Based on counsel's representations, the court orders as follows:

1. Any motion for summary judgment will be filed no later than April 16, 2007 and opposed by May 18, 2007.

2. Replies may be filed by May 29, 2007.

3. Counsel will appear for argument on any motions for summary judgment on June 7, 2007 at 2:00 p.m.

It is So Ordered.

                                        /s/ Michael A. Ponsor
                                        MICHAEL A. PONSOR
                                        United States District Judge