UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR RELIEF FROM CONSENT DECREE

The plaintiff's counsel has been alerted by a class member who seeks payment of settlement proceeds relating to claims of unpaid minimum wage. Plaintiffs' counsel seeks relief from portions of the Consent Decree to pay that individual. As grounds for this Motion the plaintiff states that:

1.  A class member who timely filed a claim form has now provided documentation of the kind specified in the Consent Decree to contest the amount she alleges was due to her for unpaid wages and seeks an adjustment upward of her pay by over $3,000.

2.  Rather than including that money in a *cy pres* award the plaintiffs' counsel seeks relief from the terms of the Consent Decree to pay the individual who has provided documentation, albeit late, of claimed unpaid minimum wage.

WHEREFORE, the plaintiffs seek leave of Court to make these payments outside the terms of the Consent Decree.

        THE PLAINTIFFS
        By their Attorneys,

        /s/ Suzanne Garrow
        Suzanne Garrow, Esq.
        BBO# 636548
        Joel Feldman, Esq.
        BBO # 552963
        Heisler, Feldman, McCormick
            & Garrow, P.C.
        1145 Main Street, Suite 508
        Springfield, MA 01103
        (413) 788-7988

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

        __/s/ Suzanne Garrow_____
        Suzanne Garrow