UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

## ASSENTED TO MOTION FOR RELIEF FROM CONSENT DECREE

Plaintiffs respectfully move the Court and seek relief from portions of the Consent Decree to pay individuals that plaintiffs' counsel could not locate and may now be able to locate. As grounds for this Motion the plaintiffs state that:

1. Plaintiffs' counsel has been made aware of an on-line address search tool that is supposed to be very reliable.

2. Plaintiffs' counsel would like to attempt to find 14 class members who are owed money based on calculations under the terms of the Consent Decree that counsel could not locate through a diligent search under the terms of that Consent Decree.

3. Payment will not cause the Defendants to pay any additional monies as all monies under the Consent Decree have been paid.

4. The Defendants assent to the payment of the class members and the plaintiffs' counsel will wire the money to be paid back to them so they can calculate the proper withholding, figure out their portion owed in taxes and issue the checks properly; any unclaimed payments will revert to the plaintiffs for *cy pres*.

5. However, rather than including the money in a *cy pres* award the plaintiffs' counsel seeks relief from the terms of the Consent Decree to attempt to pay the individual class members.

WHEREFORE, the plaintiffs seek leave of Court to make these payments outside the terms of the Consent Decree.

THE PLAINTIFFS
By their Attorneys,

/s/ Suzanne Garrow
Suzanne Garrow, Esq.
BBO# 636548
Joel Feldman, Esq.
BBO # 552963
Heisler, Feldman, McCormick
    & Garrow, P.C.
1145 Main Street, Suite 508
Springfield, MA 01103
(413) 788-7988

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

  /s/ Suzanne Garrow
        Suzanne Garrow