UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBI,<br><br>               Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III, REBECCA A. FOSTER, and JAMES E. LAMBERT,<br><br>               Defendants. | CIVIL ACTION NO. 04-30091-MAP |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT V (MARTIN'S INDIVIDUAL CLAIM FOR RELIEF: RETALIATION IN VIOLATION OF G. L. Ch.149, § 148A)**

      Defendants Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster, and James E. Lambert, move for summary judgment on Count V of the Second Amended Complaint. Count V alleges that Defendants terminated Martin in violation of Mass. Gen. Laws ch. 149, § 148A, for asserting his rights under Massachusetts Wage Act, specifically, Mass. Gen. Laws ch. 149, §§ 148, 149, 150, and 151. No admissible evidence exists in the record to demonstrate: (1) that Martin satisfied statutory prerequisites to filing his individual claim in court; or (2) that he was subjected to an adverse employment action as the result of his involvement in protected activity within the meaning of the Wage Act. Therefore, summary judgment for Defendants on Count V is appropriate. Additionally, summary judgment for Defendants Landau, Ottino, Foster and Lambert is appropriate as they had no

involvement whatsoever in any of the actions of which Martin complains. Finally, Berkley is entitled to summary judgment on Count V because it is not liable for any allegedly wrongful actions of its subsidiary, Patriot.

Defendants submit their Memorandum of Law in support this Motion.

Respectfully submitted,

/s/ Marylou Fabbo
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: April 16, 2007     Tel. (413) 737-4753/Fax: (413) 787-1941

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendants' Motion for Summary Judgment on Count V (Martin's Individual Claim for Relief: Retaliation in Violation of G.L.C. 149, § 148A)* was served upon the attorney of record for each other party electronically, on April 16, 2007.

/s/ Marylou Fabbo
Marylou Fabbo, Esq.