(3)

were approached by a couple who were there when Rodges exploded. They told us that they left because of the show he threw - It was a really bad scene - If he had worked for me, he would have been fired on the spot. For the good of your organization, I encourage you to investigate this matter - and to get Rodes help and to find a place in your organization for him where he doesn't have to deal with people - His actions warrant your

immediate attention. This was a very unpleasant experience — Never in my fifty eight years of have I ever been a victim of such rage.

Respectfully,

Mehrn S. Cost[?]

I am also writing to headquarters re- Rodger Martin — 21.9% 1/1/1 was shocked

# EXHIBIT
# 9

4/5/05

I Roger Martin was fired on 5-13-03 By Rod Lewis Project Direct of Vacation Village. Parent Company is Patriot Resorts Based out of Ft Lauredale Fla. I am a Commission Base Payed Employee. if I Dont get a (Tour) People to talk to to try to have the Purchase a time Share well today 5-13-03 I was informed that me and about 25 People werent going to Receive and oppertunity to get a Tour and I informed Rod that this was not Fair, that Vacation Village Makes us come to work and sit for Hour until they Decide to Let us go. they Do Not Pay use a Single wage for Being there well I Steped up and asked Rod why he was Doing this. Not Allowing the People who Did not Receive a tour to go out to Day Rod Lewis Said. it was his Decision to Let the People with the Highest Sales to only go out and the Rest of us to go Sit until the wanted to Let us go. I again ask Rod Lewis why he would make us Come

000522

to work and he wouldn't answer me. What he said I was picking the wrong guy to mess with I then told Rob Lewis and anybody else within ear shot that the Company was Breaking Several Labor laws and Massachusetts General Labor Laws and his Response was ((I don't Really Care)) Just Like that and then He informed me I was Fired that's when I Called the Attorney Generals office and I have a 1:30 meeting with A.G.'s Office I also Informed Rod Lewis I would Expect to Receive my Pay for Deals I haven't Been Paid on But the Cancelation Period is over on the Contract's they told me I will Receive Any Back Pay in 90 Day which is A Violation of Massachuset General Labor Law and also I Opened An Unemployment Case for Wrongful Termination.

Sincerly Rogers [signature]

All of this happened in Front of Gordon Leete's Sales Line if you want witness.

000523

FIRED 5/13

5/17 - 12:45  Called Vacation Village
Spoke with Faith Lippet - HR Mgr
Asked reason for termination
Her response "There is nothing written in on the paper. I don't know. I'll have to get with him and get back to you."

9:15 AM  TALKED TO FAITH. Asked for a check for $ owed me. She said as far as she is concerned the contract I signed states I will be paid in 90 days or 3 monthly pymts.
    I informed her that the contract I supposedly signed does not supercede the Mass General laws and that they have it posted in the break room that upon termination of employment an employee must be paid all wages within 24 hrs, she STATED, again, that the contract I signed STATES I will be paid in 90 days ....
    I informed her that this was breaking the law. She told me I could talk to the company's lawyers.

000524