# EXHIBIT
# A

Faith,

I am writing to you in hopes to get a matter resolved. I value my job, the company I work for, and the people I work with too much to let this go unsaid. Please excuse the fact that this is on paper I have no desire to come forth with my name in fears of this matter exploding. Roger Martin! I have watched this man every day since I have been there be negative about this company, regardless if with good intent or not, in front of all his co-workers, including myself. I have watched this man come into work with a chip on his shoulder about Irena Rosenblyum and in front of all his co-workers call her a "bitch" ten times over in one breath. We all have chips if you will but to do it with such disrespect for everyone else including yoursef? I have watched this man use such vulgar language on a daily basis as if it was part of his regular vocabulary. Lately Roger seems to be pushing the button

of what the company looks for in a "Good" sales rep. He has walked out on Paul Stansland's meetings three times that alone I know of. If I walked out of my job anywhere I have worked ,ever, I would have been fired. More importantly, the disrespect that Roger showed to Paul's, the company, his co-workers and himself three times at least should say something. Maybe he is here because he makes a select few such pennies, but, he makes approxamately 55+ others miserable. Just yesterday he got confronted by Mark Lepine in the morning meeting for talking and again disrespecting the morning meeting when confronted he exploded by saying "I do care about the reports and Fuck you Mark I've had it with your shit in this company as well" how many more times do 55+ people have to deal with this. To me he has a chip on his shoulder as does

difference is the others keep most things to themselves, the others don't walk out three times of thier morning meetings I have to be at my morning meeting every single day and would get in trouble if said "fuck off" and left. So why does this man get the right to constantly disrespect over and over myself and anyone all else who has taken offense from Roger. He breaks the rules over and over and makes us all listen to him brag about it. Sure I sound like a tattle tale but let me tell you It doesn't make the company or you look good when you keep people like him around. He has no desire to be here or work for the company if he did he wouldn't disrespect everyday leave morning meetings tell Mark Lepine to fuck himself Come on! (Plus he smokes Pot in between his tours.) If this

is your idea a good salesrep then I want a raise! Because I and 55+ others follow the rules even if we disagree with them sometimes; we don't walk out of our meetings telling our managers where to go. And we certainly don't disrespect our co-workers daily. When we have an issue it is said in private, not outloud while tours and our co-workers are present, in private like ADULTS the way it should be. And he should leave his hands off of the younger girls.

I suggest you look into this matter it truely makes many people upset and quite frankly people like that who don't care truely shouldn't be here.