UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>               Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A. FOSTER. and JAMES E. LAMBERT,<br>               Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: DOCKET NO.  04-CV-30091-MAP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CLASS CLAIM (COUNT VIII)**

      Defendants, Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, IIII, Rebecca A. Foster and James E. Lambert, move the Court to grant Summary Judgment on Count VIII of the Plaintiffs' Second Amended Complaint.  In Count VIII of the Second Amended Complaint ("Complaint") Plaintiffs, a Rule 23 class of similarly-situated Timeshare Salespeople and Timeshares Sales Managers, allege that Defendants violated Mass. Gen. Laws ch. 149, § 148 (the "Wage Act"), by failing to pay commissions in accordance with the Wage Act's provisions.  Defendants are entitled to summary judgment as a matter of law because they did not violate the Wage Act as they promptly paid Plaintiffs when their commissions became due and payable under the express, written terms of contracts they each voluntarily entered into with their

employer. Additionally, Defendants James E. Lambert and J.P. Ottino are entitled to summary judgment because they are not liable parties under the Wage Act.

For the reasons set forth in more detail in Defendants' Memorandum of Law submitted herewith, Defendants request that the Court grant summary judgment in their favor on Count VIII of the Plaintiffs' Second Amended Complaint.

Respectfully submitted,

 /s/ Marylou Fabbo, Esq.
Marylou Fabbo, Esq.
BBO No. 566613
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts 01144
Dated: April 16, 2007    Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendants' Motion for Summary Judgment on Class Claim (Count VIII)* was served upon the attorney of record for each other party via electronic filing on April 16, 2007.

 /s/ Marylou Fabbo, Esq.
Marylou Fabbo, Esq.