UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WISE ET AL.,

                        Plaintiffs,

vs.                                                    Civil Action No.  04-30091-MAP

PATRIOT RESORTS CORP. ET AL.,

                        Defendants.

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNTS I-IV (WISE'S INDIVIDUAL CLAIMS FOR RELIEF: DISCRIMINATION AND RETALIATION IN VIOLATION OF G. L. c. 151B AND 42 U.S.C. § 2000e)

Defendants Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster, and James E. Lambert, move for summary judgment on Counts I-IV of the Second Amended Complaint.  Counts I-IV allege that Defendants terminated Wise because of her race in violation of Mass. Gen. Laws ch. §151B and 42 U.S.C. § 2000e-2(a)(1), and in retaliation for asserting her rights under Mass. Gen. Laws ch. 151B and 42 U.S.C. §2000e-3(a).  No admissible evidence exists in the record to demonstrate that Wise was subjected to an adverse employment action because of her race or as the result of her involvement in protected activity within the meaning of Chapter 151B or Title VII.  Therefore, summary judgment for Defendants on Counts I-IV is appropriate.  Additionally, summary judgment for Defendants Landau, Ottino, Foster and Lambert is appropriate, because they had no involvement whatsoever in any of the actions of which Wise complains, and federal law does not allow

individual liability for violations of Title VII.  Finally, Berkley is entitled to summary

judgment on Counts I-IV because it is not liable for any allegedly wrongful actions

of its subsidiary, Patriot.

Defendants submit their Memorandum of Law in support this Motion.

Respectfully submitted,

  /s/ Kimberly A.  Klimczuk
Kimberly A. Klimczuk, Esq.
BBO No. 660973
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated: April 16, 2007          Tel. (413) 737-4753/Fax: (413) 787-1941


CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendants'*
*Motion for Summary Judgment on Counts I-IV (Wise's Individual Claim for Relief:*
*Discrimination and Retaliation in Violation of G.L.c. 151B and 42 U.S.C.*
*§§2000e)* was served upon the attorney of record for each other party
electronically, on April 16, 2007.

  /s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.