asked her to write up a resume for them (I don't know what happened)
Amy came into office - standoffish - not mean tho.
Doesn't... Ernie was there - ma... in...
Holly told me yesterday that Ernie doesn't think I like her?? Don't know what's up with that!!

2/5 Went to Dr today all OK
2/10 We let Alicia go - horrible employee. Erica will be RETURNING on Mondays
2/13 Pen rotation bottom line... Everyone left before time out on 2/11 Amy was due to take ... - he had gone home, Tony took tour - ... also charged - he also goes to the bottom dollar line
3/15 M. Johnson took ...
3/28 Closing costs up $85.00 all but N...
1st day of new closer
3/18 Murphy operated on - pulled stitches out twice
3/28 All OK with Murphy - yeah - no cancer
Talked to Danielle about her leaving during work hours
4/1 Spoke to Erica Inhouse
4/3 Jen Carrigan called - wants to come back. Never should.
5/1 Spoke to Danielle about leaving the office early night before. Her work not complete. After I left with the closers she was late this am
5/5 D Mercurio gave his tour to Ron - B Brow said it - it was to go into Dave's name + then when comms came to Dave - they would work out how Ron was going to be paid
5/10 Alisha Spadoti - shoes low cut dress next day
Dress Code included - no that in policy. Prior to this C.W. sent home flip flops - ... sent home - inappro. dress
5/11 Dress Code

000914

5/18 L.W. Halter / Spaghetti Strap dress. Asked to go home to change. Refused. Asked her if she had a sweater or wrap. No. CW had blow cut on. As soon as she was asked she buttoned the sweater she was wearing she on town. I believe CW had [illegible] either taped over someone was on the line - she held phone was very precise about what she said - how she said it. Bob was in office with me. She said Paul said her dress was appropriate + everyday her dress was appropriate. CW put on sweater.

5/9 L was late for work. Was about ½ hr. Wasn't put out in normal place - her attire would be included - 2 write-ups in her file. Bob also told me today that the day after she signed the dress code she wore a hat. She was intent on making sure we understood that Paul okayed her apparel was OK + she listened to him because he was under the project dir - If so, why does she continue to do things Paul has asked her not to?

5/24 Andy Goodness not go. Was able to resign because of circumstances - Stole [illegible]

asked her to write up a review for them (Let her know what happened)
Amy came into office - Standoffish - not mean tho.
Best office ??? was there - ???
Holly told me yesterday that Carrie doesn't think I like her?? I don't know what's up with that!!

2/5  Went to Dr. today all OK
2/10 WE Got ??? Hope we can ??? Erica will be returning ???
2/13 Pam ??? bottom line going up. Everyone ??? time ??? on all areas ??? to take the next ??? he had done ??? Tony for ???  ??? also ??? to the bottom ??? line
3/15 M. Johnson ???
3/18 Closing Costs up $85.00 all but N? 1st day ??? house closed
3/18 Murphy operated on Bulldog - Stitches out twice
3/18 All OK with Murphy ???  ??? talked to Danielle about her ??? during work hours
4-1 Spoke to Erica - ???
4-3 Jen Carrigan called - wants to come back. Never showed.
5-1 Spoke to Danielle about leaving the office early/night before - Her work not complete - ??? left with the closers. She was late this AM
5-5 D. Mercurio gave his ??? to Ron - ??? Ron said it - it was to go into Dave's name & then when ??? came to have - they would work out how Ron was going to be paid
5-10 Laursha ??? ??? put ??? next day ??? Code included - no ??? in policy - ??? to this C.W. sent home - flip flops - ??? sent home - ??? dress
5-11 Dress Code

000915

5/18 L.W. Halter / Seagrath Shirt dress. Asked to go home to change. Refused. Asked her if she had a sweater or wrap. No. L.W. had blow out on as soon as she was asked - she buttoned the sweater she was wearing. She on Tues. I believe L.W. had was either taped or ? someone was in the line - she held a phone was very precise about what she said - how she said it. Bob was in office with me. She said Paul said her dress was appropriate + everyday her dress was appropriate. Wore girls dressing sweater

5/19 L was late for work + threats about L she wasn't put out in normal place + her attire would be included - 2 write ups in her file. Bob also told me today that the day after she signed the dress code - she wore a hat. She was beating on to making sure we understood that Paul said her apparel was OK + she listened to him because he was under the project dir - ? Pres. Why does she continue to do things Paul has asked her not to?

5/24 Andy Goodness dirt go. Was able to resign because of circumstances. Stole $

5/18 L.W. Halter / Sundress - Asked to go home to change. Refused. Asked her if she had a sweater or wrap. No. CW had own. It on - as soon as she was asked - she buttoned the sweater she was wearing over it. I believe she had either taped over ??? was in the ??? - she had ??? ??? was very precise about what she said - how she said it. Bob was in office with me. She said Paul said her dress was appropriate + everyday her dress was appropriate. Wearing girls ??? sweater

5/? L was late - her case in ??? about 15 - she wasn't put out in normal place - her ??? would be included - 2 write ups on her file. Bob also told me today that the day after she signed the dress code she wore a hat. She was ??? into making sure we understood that Paul said her apparel was OK + she listened to him because he was under the project dir - if so why does she continue to do things Paul has asked her not to?

5/? Andy Goodness out ??? was able to resign because of circumstances - ??? ??? 

090916

asked her to write up a review - Let her know what happened.

Amy came into office - standoffish - not mean tho.

Doesn't office [?] Carrie was there - max from

Holly told me yesterday that Carrie doesn't think I like her. Don't know what's up w/ that!!

2/5 Went to birthday all OK

2/6 We get Alicia as the new employee. Erica will be resuming initially.

2/13 Pen rotation bottom line going out. Everyone left before Carrie. Rest on 2/11 Carrie was due to take for next year - no had done Nana. Tony got four. Everyone else charged + he also goes to the bottom of the line

3/5 M. Johnson looked at

3/8 Closing costs up $185.00 all but NJ 1st day of new class

3/18 Murphy operated on - pulled stitches out twice

3/28 all OK with Murphy - yeah - no cancer. Talked to Danielle about her leaving during work hours

4/1 Spoke to Erica in-house

4/3 Jen Carrigan called + wants to come back. Never showed

5/4 Spoke to Dan - Lou about leaving the office early night before. Her work not complete. Others left with the closers. She was late this AM

5/5 D Meneino gave his loan to Ron - B Ron wrote it - it was to go into Dave's name + then when comms came to Dave they would work out how Ron was going to be paid

5/10 Alisha Spagnoli Sings low cut dress next day Dress Code included no tat in policy. Prior to this C.W. went home flip flops - [?] said Kona - Inappro dress

5/11 Dress Code

# EXHIBIT G

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
436 Dwight Street, Rm. 220, Springfield, MA 01103
Phone: (413) 739-2145 Fax:

6/18/2003

Vacation Village in the Berkshires
20 Williamstown Road
Lanesboro, MA 01237

RE: Lacrisha Wise vs. Vacation Village in the Berkshires
MCAD Docket Number: 03SEM01388
EEOC/HUD Number: 16CA301766

Dear Respondent Party:

Please be advised that the Massachusetts Commission Against Discrimination (MCAD) has received the above referenced complaint of discrimination which alleges that you have committed an act of discrimination. A copy of that complaint is enclosed.

State law requires the Commission to impartially review the allegations in that complaint. The Commission has assigned one of its staff, Erica Gagne, to investigate the complaint. This MCAD investigator will keep the parties informed of developments arising from that investigation.

State law requires that you submit a formal written answer to the complaint in the form of an affirmed Position Statement. This written answer should be submitted to MCAD Investigator within twenty-one (21) days of receipt of this notification. In addition, the Position Statement **must be notarized**. A copy must also be forwarded to the Complainant at the address listed on the enclosed complaint.

Please note that you must include in the Position Statement one of the following statements:

I am (or Respondent is) represented by an attorney in this matter.
-OR-
I am (or Respondent is) not represented by an attorney in this matter.

Failure to submit an accurate statement may result in adverse action being taken against you as the Respondent. Please note that if your representational situation changes, you must notify the Commission immediately.

It is our policy to determine whether the parties are willing to consider a rapid, informal and voluntary resolution of this dispute. The Commission encourages such resolutions as an alternative to the often lengthy and expensive litigation process. To discuss the possibility of settlement, please contact the Investigator named below.

If you have any questions pertaining to the Investigation, please contact Erica Gagne at (413) 739-2145 x 106.

Sincerely,

Erica Gagne
Investigator

MCAD Docket Number 03SEM01388, Serve Respondent – Without Investigative Conference

# EXHIBIT H

JAN 3, 2003...LATE ARRIVAL...LACRISHA WAS QUITE ANGRY WITH US ALTHOUGH SHE WAS LATE.

JAN 6, 2003...LATE ARRIVAL...LACRISHA WANTS US TO CHANGE THE CLOCKS. SHE FEELS OUR CLOCKS ARE WRONG...

JAN 10, 2003 LATE ARRIVAL...LACRISHA GETS VERY DEFENSIVE WITH ME EVERY TIME SHE IS LATE. SHE STATED THAT SHE FEELS WE ARE PICKING ON HER.

JAN 14, 2003...LATE ARRIVAL...THINKS THAT WE ARE PICKING ON HER, BECAUSE THE COMPANY POLICY STATES WHEN LATE YOU ARE TO GO ON OVERAGE.

JAN 21, 2003...OUT SICK

JAN 27-31, 2003...OUT SICK

FEB 1, 2003...RECEIVED DR'S NOTE FOR PREVIOUS DAYS OUT. LACRISHA STATES THAT WE ARE JUST PICKING ON HER. I STATED TO HER THAT THIS IS A COMPANY POLICY.

FEB 2-7, 2003...OUT SICK

FEB 8, 2003...RECEIVED DR'S NOTE. LACRISHA STATED THAT SHE SHOULD NOT HAVE TO PROVE TO ANYONE IF & WHEN SHE IS SICK. I SAID NOTHING.

FEB 11 & 14, 2003...LATE AND RECEIVED DR'S NOTE.

FEB 15, 2003...OUT SICK.

MAR 11, 2003...LATE, LACRISHA SAID WE ARE PICKING ON HER AND CLAIMS DISCRIMINATION. SHE JUST DOESN'T UNDERSTAND WHY WE ALWAYS HAVE AN ISSUE WITH HER.

MAR 18, 2003...OUT SICK.

MAR 28, 2003...OUT SICK

MAR 29, 2003... WE RECEIVE ANOTHER DOCTOR'S NOTE.

APRIL 6, 2003... LATE, SIGNS IN AFTER 9:03 AND STILL FEELS IT'S ONLY HER THAT WE'RE PICKING ON, ALTHOUGH IT'S STRICTLY COMPANY POLICY.

APRIL 11, 2003...LATE, SIGNS IN AFTER 9:03 AND GET UPSET WHEN SHE FINDS OUT SHE'S GOING TO THE BOTTOM OF THE WHEEL.

APRIL 15, 2003...LATE, RECEIVE A DOCTOR'S NOTE.

APRIL 27, 2003...LATE, WAS PUT ON OVERAGE AND CAUSED SUCH A SCENE THAT ROD LEWIS PUT HER IN HER REGULAR SPOT ON THE ROTATION.

MAY 3, 2003...LATE ARRIVAL.

MAY 5, 2003...LATE, CAME IN AND FOUND OUT SHE WOULD BE ON OVERAGE AND WENT HOME, ALTHOUGH THE NEXT DAY SHE CAME IN WITH A DOCTOR'S NOTE.

MAY 6, 2003...LATE, BUT CAME IN WITH A DOCTOR'S NOTE FOR THE PREVIOUS DAY THAT SHE WENT HOME BECAUSE SHE WAS UPSET WITH BEING ON OVERAGE. SHE ALSO WENT ON OVERAGE THAT DAY BECAUSE SHE WAS LATE.

MAY 12, 2003...OUT SICK.

MAY 2003...GOT SENT HOME DUE TO WHAT SHE WAS WEARING.

MAY 19, 2003...LATE, CAME IN AND CAUSED A SCENE. SHE STATED IT WAS ALL DISCRIMATION AND IF WE DON'T PUT HER IN HER REGULAR ROTATION, HER LAWYERS WILL COME IN AND DO IT FOR HER. SHE SAID THIS WAS A GREAT EXAMPLE AND WOULD ADD TO THE LAWSUIT SHE ALREADY HAS AGAINST THIS COMPANY. WE TRIED TO MAKE CONVERSATION AND MAYBE LIGHTEN HER UP AND ASKED HOW MICHAEL JOHNSON, HER SIGNIFICANT OTHER, WAS DOING. SHE SAID TERRIBLE, AND SHE'S GLAD. WE ASKED WHY AND SHE SAID SO SHE COULD SUE THIS COMPANY FOR MILLIONS, AFTER ALL, THE COMPANY IS ALREADY HER'S. SHE CONTINUED TO STATE THAT THE DESKS WE WERE WRITING ON, SHE ALREADY OWNED.

MAY 31, 2003...LATE, SIGNED IN AT 2:45 AND EXPECTED A TOUR.

JUNE 7, 2003...OUT SICK.

JUNE 8, 2003...LET GO.

# EXHIBIT
# I

| Wise, LaCrisha | Attendence 2002 |
|---|---|
| 2/15/2002 | Sick |
| 2/25/2002 | Sick |
| 3/10/2002 | Sick |
| 3/19/2002 | Sick |
| 3/26/2002 | Sick |
| 3/29/2002 | Sick |
| 4/5/2002 | Late Departure |
| 4/26/2002 | Vacation |
| 4/27/2002 | Vacation |
| 4/28/2002 | Vacation |
| 4/29/2002 | Vacation |
| 4/30/2002 | Vacation |
| 5/3/2002 | Vacation |
| 5/4/2002 | Vacation |
| 5/5/2002 | Vacation |
| 5/6/2002 | Vacation |
| 5/31/2002 | Sick |
| 6/1/2002 | Sick |
| 6/2/2002 | Sick |
| 6/4/2002 | Sick |
| 6/14/2002 | Sick |
| 6/21/2002 | Sick |
| 6/28/2002 | Sick |
| 6/29/2003 | Sick |
| 7/1/2002 | Sick |
| 7/5/2002 | Sick |
| 7/6/2002 | Sick |
| 7/16/2002 | Sick |
| 7/21/2002 | Late Arrival |
| 8/3/2002 | Sick |
| 8/9/2002 | Sick |
| 8/13/2002 | Late Arrival |
| 8/17/2002 | Sick |
| 8/18/2002 | Sick |
| 8/23/2002 | Late Arrival |
| 8/26/2002 | Sick |
| 8/27/2002 | Sick |
| 9/1/2002 | Late Arrival |
| 9/2/2002 | Sick |
| 9/3/2002 | Sick |
| 9/6/2002 | Late Arrival |
| 9/8/2002 | Late Arrival |
| 9/9/2002 | Late Arrival |
| 9/13/2002 | Late Arrival |
| 9/15/2002 | Sick |
| 9/16/2003 | Sick |
| 9/17/2002 | Late Arrival |
| 9/23/2002 | Late Arrival |
| 9/28/2002 | Late Arrival |

000909

| Date | Reason |
|---|---|
| 9/30/2002 | Late Arrival |
| 10/1/2002 | Sick |
| 10/4/2002 | Sick |
| 10/5/2002 | Vacation |
| 10/6/2002 | Vacation |
| 10/14/2002 | Sick |
| 10/22/2002 | Late Arrival |
| 10/28/2002 | Sick |
| 11/19/2002 | Death In Family |
| 11/23/2002 | Late Arrival |
| 12/2/2002 | Late Arrival |
| 12/6/2002 | Sick |
| 12/9/2002 | Late Arrival |
| 12/10/2002 | Sick |
| 12/15/2002 | Sick |
| 12/16/2002 | Sick |
| 12/28/2002 | Sick |

000910

# EXHIBIT
# J

# Patriot Resorts
## Attendance Detail Report
For LACRISHA WISE Only
Active Employees Only

**WISE, LACRISHA DENISE - 9700**
    Department          Sales
    Job Title
    Attendance Year Ending    12/31/2003

| Type | Allowed | Taken | Scheduled | Remaining |
|---|---|---|---|---|
| Vacation | 600.0000 | 0.0000 | 0.0000 | 600.0000 |
| Sick | 0.0000 | 0.0000 | 0.0000 | 0.0000 |
| Personal | 0.0000 | 0.0000 | 0.0000 | 0.0000 |

| Date | Absence Reason | Hours | Paid/Unpaid |
|---|---|---|---|
| 1/3/2003 | Late Arrival | 8.0000 | Unpaid |
| 1/6/2003 | Late Arrival | 8.0000 | Unpaid |
| 1/10/2003 | Late Arrival | 8.0000 | Unpaid |
| 1/14/2003 | Late Arrival | 8.0000 | Unpaid |
| 1/17/2003 | Sick | 8.0000 | Unpaid |
| 1/21/2003 | Late Arrival | 8.0000 | Unpaid |
| 1/27/2003 | Sick | 8.0000 | Unpaid |
| 1/28/2003 | Sick | 8.0000 | Unpaid |
| 1/31/2003 | Sick | 8.0000 | Unpaid |
| 2/2/2003 | Sick | 8.0000 | Unpaid |
| 2/3/2003 | Sick | 8.0000 | Unpaid |
| 2/4/2003 | Sick | 8.0000 | Unpaid |
| 2/7/2003 | Sick | 8.0000 | Unpaid |
| 2/10/2003 | Late Arrival | 8.0000 | Unpaid |
| 2/11/2003 | Late Arrival | 8.0000 | Unpaid |
| 2/14/2003 | Late Arrival | 8.0000 | Unpaid |
| 2/15/2003 | Sick | 8.0000 | Unpaid |
| 3/7/2003 | Sick | 8.0000 | Unpaid |
| 3/8/2003 | Vacation | 8.0000 | Unpaid |
| 3/9/2003 | Vacation | 8.0000 | Unpaid |
| 3/11/2003 | Late Arrival | 8.0000 | Unpaid |
| 3/18/2003 | Sick | 8.0000 | Unpaid |
| 3/28/2003 | Sick | 8.0000 | Unpaid |
| 4/6/2003 | Late Arrival | 8.0000 | Unpaid |
| 4/11/2003 | Late Arrival | 8.0000 | Unpaid |
| 4/15/2003 | Late Arrival | 8.0000 | Unpaid |
| 4/27/2003 | Late Arrival | 8.0000 | Unpaid |
| 5/3/2003 | Late Arrival | 8.0000 | Unpaid |
| 5/5/2003 | Late Arrival | 8.0000 | Unpaid |
| 5/6/2003 | Late Arrival | 8.0000 | Unpaid |
| 5/12/2003 | Sick | 8.0000 | Unpaid |
| 6/7/2003 | Sick | 8.0000 | Unpaid |

*[Handwritten annotation: 16-pers. / 16-Late]*

Total Number of Active Employees    1
(*) Total Number of Inactive Employees  0
Total Number of Employees    1