UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Wise et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Patriot Resorts Corp. et al., <br><br> Defendants. | Civil Action No.  04-30091-MAP |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON COUNT VI (MASSACONI'S INDIVIDUAL CLAIM FOR RELIEF: RETALIATION IN VIOLATION OF G. L. c. 149, §148A)**

Defendants Patriot Resorts Corp., The Berkley Group, Inc., Marc J. Landau, J.P. Ottino, III, Rebecca A. Foster, and James E. Lambert, move for summary judgment on Count VI of the Second Amended Complaint.  Count VI alleges that Defendants demoted and terminated Massaconi in violation of Mass. Gen. Laws ch. §148A, 149, for asserting his rights under the Massachusetts Wage Act, specifically, Mass. Gen. Laws ch. §§148, 149, 150, and 151.  No admissible evidence exists in the record to demonstrate: (1) that Massaconi satisfied statutory prerequisites to filing his individual claim in court; or (2) that he was subjected to an adverse employment action as the result of his involvement in protected activity within the meaning of the Wage Act.  Therefore, summary judgment for Defendants on Count VI is appropriate.  Additionally, summary judgment for Defendants Landau, Ottino, Foster and Lambert is appropriate as they had no involvement whatsoever in any of the actions of which Massaconi

complains.  Finally, Berkley is entitled to summary judgment on Count VI because it is not liable for any allegedly wrongful actions of its subsidiary, Patriot.

Defendants submit their Memorandum of Law in support this Motion.

Respectfully submitted,

　/s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.
BBO No. 660973
Counsel for Defendants
Skoler, Abbott & Presser, P.C.
One Monarch Place, Suite 2000
Springfield, Massachusetts  01144
Dated: April 16, 2007               Tel. (413) 737-4753/Fax: (413) 787-1941

CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Defendants' Motion for Summary Judgment on Count VI (Massaconi's Individual Claim for Relief: Retaliation in Violation of G. L. c. 149, §148A)* was served upon the attorney of record for each other party electronically, on April 16, 2007.

　/s/ Kimberly A. Klimczuk
Kimberly A. Klimczuk, Esq.