UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>    Defendants. | DOCKET NO. 04-cv-30091-MAP |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLASS CLAIM OF UNTIMELY PAYMENT OF COMMISSIONS**

Pursuant to Fed. R. Civ. P. 56, the plaintiffs and class members move this Court for summary judgment on their class claim that the defendants violated M.G.L. c. 149 § 148 by failing to pay timely the commission owed to class members, Count VIII in Plaintiffs' Second Amended Complaint.

As grounds for this motion, the plaintiffs state that the defendants failed to pay commissions to their sales persons in accordance with M.G.L. c. 149, by failing to pay commissions when due and payable, and by unlawfully taking back commissions already paid.

In support of their motion, the plaintiffs submit the plaintiffs' Statement of Material Facts in Support of Plaintiffs' Motion For Summary Judgment, plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Partial Summary Judgment on Class Claim of Untimely

Payment of Commissions, the Supplemental Affidavit of Michael Massaconi with Exhibits 1-3, the Supplemental Affidavit of Peter Corbin with Exhibits 1-3, the Affidavit of Phillip Symonds, and the Supplemental Affidavit of Joel Feldman with Exhibits 1-3, for further explanation of the grounds for this motion.

The plaintiffs also request oral argument on this Motion.

THE PLAINTIFFS
By their attorneys,

I hereby certify that a true copy of the above was served upon the defendants by electronic mail on 4/16/07

  /s/ Joel Feldman_____
Joel Feldman
BBO # 552963
Suzanne Garrow
BBO# 636548
Heisler, Feldman,
    McCormick & Garrow, P.C.
1145 Main Street, Suite 508
Springfield MA  01103
(413)788-7988
(413)788-7996 (fax)

___/s/Joel Feldman_____

Dated: April 16, 2007