UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

**SUPPLEMENTAL AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. I am counsel for the plaintiffs in this case.

2. Exhibit 1, attached to this Affidavit, is a true and accurate copy of a redacted salesman commission report of William A. Steele, received from the defendants in discovery.

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of a redacted salesman commission report of Susan McKnight, received from the defendants in discovery.

4. Exhibit 3, attached to this Affidavit, is a true and accurate copy of a redacted salesman commission report of Mark J. Lepine, received from the defendants in discovery

5. In written discovery, the plaintiffs requested from the defendants each and every reason for each individual chargeback taken from a class member in written discovery, but received no

specific information in response, other than the defendants' statement that "documents provided in response to Plaintiff's First Request for Production of Documents contain the information responsive to this Interrogatory."  The plaintiffs could not determine any individual reason for any individual charge back taken from a sales person from these documents.  Affidavit of Joel Feldman, Exhibit 1, Defendants' Answers to Plaintiffs' First Set of Interrogatories, Answer 24 previously filed and appended to Plaintiffs' Motion for Class Certification.  The Affidavit of Joel Feldman and Exhibits have been designated by this court in this case as Document 70.

        SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 4/16/07                              /s/ Joel Feldman
                                          JOEL FELDMAN