```
Le: 04-05-05                  VACATION VILLAGE IN THE BERKSHIRES                              Page 105

                              Detailed Salesman Commission Report
                                    From 11-16-04 To 11-22-04
                              Salesman STEELE: WILLIAM A.STEELE JR. 3939

              Net  NetD P   Date     Current   Comm     Comm    Comm  When Earn  Comm  When Earn  Comm   ChargBak
chase  Name   ContNum Price Price T Contract   Status   Total   % Net Earned Stat,Date Pending Stat,Date ChrgBak  Date
-----  ----   ------- ----- ----- - --------   ------   -----   ----- ------ --------- ------- --------- -------  --------
E-36           70031   8900  8900 F 09-23-01 X 11-22-04 -890.00-10.000 -890.00  11-22-04                           11-22-04
 -21           7240   11900 11900 F 04-05-02 X 11-22-04 -178.50-1.500  -178.50  11-22-04                           11-22-04
 -41           7248   13900 13205 F 04-12-02 X 11-22-04 -198.08-1.500  -198.08  11-22-04                           11-22-04
 )-36          71027   9900  9900 F 06-11-02 X 11-22-04 -792.00-8.000  -792.00  11-22-04                           11-22-04
 )-17          71539   7900  7900 F 09-01-02 X 11-16-04 -118.50-1.500  -118.50  11-16-04                           11-16-04
 )-40          71625   9900  9900 F 09-20-02 X 11-19-04 -148.50-1.500  -148.50  11-19-04                           11-19-04
 .-50          72243   3590  3410 C 02-07-03 X 11-20-04  -50.00-1.466   -50.00  11-20-04                           11-20-04
 -43           72248   7990  7990 F 02-08-03 X 11-20-04 -119.85-1.500  -119.85  11-20-04                           11-20-04
 -08           72438  10990 10440 F 03-14-03 X 11-21-04 -156.61-1.500  -156.61  11-21-04                           11-21-04
 -07           72491  12990 12990 F 03-21-03 X 11-21-04 -194.85-1.500  -194.85  11-21-04                           11-21-04
 -16           72624   3990  3990 F 04-13-03 X 11-21-04  -59.85-1.500   -59.85  11-21-04                           11-21-04

              Sales Weeks NetPrice NetDPric Deduct  Comm Tot  % Comm  Com Earn  Com Pend  ChrgBack
              ----- ----- -------- -------- ------  --------  ------  --------  --------  --------
       Total    11    11   101950   100526   1424   -2906.74  -2.892  -2906.74
       Per Sale                       9268     9139    129    -264.25  -2.892   -264.25
       Per Week                       9268     9139    129    -264.25  -2.892   -264.25

       Earned
       Per Sale
       Per Week

Warning! Chargebacks on earnings. Use earnings from [Total] line.
```

018030



CONFIDENTIAL