```
                             Detailed Salesman Commission Report
                                  From 12-14-04 To 12-20-04
                             Salesman MCKNIGHT: SUSAN MCKNIGHT 6162

              Net   NetD  F   Date       Current    Comm     Comm    Comm    When Earn    Comm    When Earn   Comm    ChrgBak
 Name ContNum Price Price T   Contract   Status     Total    % Net   Earned  Stat,Date    Pending Stat,Date  ChrgBak  Date
      ------- ----- ----- -   --------   --------   -------  ------  ------  ----------   ------- ----------  ------- --------
      70022   7500  7500  F   09-16-01 X 12-20-04   -750.00 -10.000 -750.00   12-20-04                                12-20-04

              Sales Weeks NetPrice NetDPric Deduct  Comm Tot  % Comm  Com Earn  Com Pend  ChrgBack
              ----- ----- -------- -------- ------  --------  ------  --------  --------  --------
Total           1     1     7500     7500            -750.00  -10.000  -750.00
Per Sale                    7500     7500            -750.00  -10.000  -750.00
Per Week                    7500     7500            -750.00  -10.000  -750.00

Earned
Per Sale
Per Week

Warning! Chargebacks on earnings. Use earnings from [Total] line.
```

018368

