Detailed Salesman Commission Report
From 12-14-04 To 12-20-04
Salesman LEPINE: MARK J. LEPINE 6098

| Name | ContNum | Net Price | NetD Price | P T | Date Contract | Current Status | Comm. Total | Comm. % Net | Comm. Net | When Earn Earned Stat. Date | Comm. Pending | When Earn Stat. Date | Comm. ChrgBak | ChargBak Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 7053 | 14900 | 14155 | F | 12-06-01 | X 12-20-04 | -1415.50 | -10.000 | -1415.50 | 12-20-04 | | | | 12-20-04 |
| | 7078 | 14900 | 14900 | F | 12-29-01 | X 12-20-04 | -223.50 | -1.500 | -223.50 | 12-20-04 | | | | 12-20-04 |
| | 70377 | 9900 | 9900 | F | 02-03-02 | X 12-20-04 | -792.00 | -8.000 | -792.00 | 12-20-04 | | | | 12-20-04 |
| | 70561 | 10900 | 10900 | F | 03-11-02 | X 12-20-04 | -163.50 | -1.500 | -163.50 | 12-20-04 | | | | 12-20-04 |
| | 7349 | 11900 | 11900 | F | 06-09-02 | X 12-20-04 | -89.25 | -0.750 | -89.25 | 12-20-04 | | | | 12-20-04 |
| | 77043 | 10990 | 10990 | F | 12-04-04 | C 12-17-04 | 879.20 | 8.000 | 879.20 | C 12-17-04 | | | | |
| | 77059 | 7990 | 7990 | F | 12-10-04 | C 12-17-04 | 639.20 | 8.000 | 639.20 | C 12-17-04 | | | | |

| | Sales | Weeks | NetPrice | NetDPric | Deduct | Comm Tot | % Comm | Com Earn | Com Pend | ChrgBack |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 7 | 7 | 81480 | 80735 | 745 | -1165.35 | -1.443 | -1165.35 | | |
| Per Sale | | | 11640 | 11534 | 106 | -166.48 | -1.443 | -166.48 | | |
| Per Week | | | 11640 | 11534 | 106 | -166.48 | -1.443 | -166.48 | | |
| Earned | 2 | 2 | 18980 | 18980 | | 1518.40 | 8.000 | 1518.40 | | |
| Per Sale | | | 9490 | 9490 | | 759.20 | 8.000 | 759.20 | | |
| Per Week | | | 9490 | 9490 | | 759.20 | 8.000 | 759.20 | | |

Warning! Chargebacks on earnings. Use earnings from [Total] line.

P18356