```
: 04-03-05                    VACATION VILLAGE IN THE BERKSHIRES                              Page 35

                                   Detailed Salesman Commission Report
                                       From 04-27-04 To 05-03-04
                                Salesman MASSACON: MICHAEL MASSACONI 7735
```

| chase | Name | ContNum | Net Price | NetD Price | P T | Date Contract | Current Status | Comm Total | Comm % Net | Comm Earned | When Earn Stat,Date | Comm Pending | When Earn Stat,Date | Comm ChrgBak | ChargBak Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| -36 | | 73532 | 9990 | 9990 | F | 08-30-03 | C 04-30-04 | 149.85 | 1.500 | 149.85 | C 04-30-04 | | | | |
| -08 | | 74299 | 10990 | 10440 | F | 11-21-03 | C 05-03-04 | 156.61 | 1.500 | 156.61 | C 05-03-04 | | | | |

|  | Sales | Weeks | NetPrice | NetDPric | Deduct | Comm Tot | % Comm | Com Earn | Com Pend | ChrgBack |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2 | 2 | 20980 | 20430 | 550 | 306.46 | 1.500 | 306.46 | | |
| Per Sale | | | 10490 | 10215 | 275 | 153.23 | 1.500 | 153.23 | | |
| Per Week | | | 10490 | 10215 | 275 | 153.23 | 1.500 | 153.23 | | |
| Earned | 2 | 2 | 20980 | 20430 | 550 | 306.46 | 1.500 | 306.46 | | |
| Per Sale | | | 10490 | 10215 | 275 | 153.23 | 1.500 | 153.23 | | |
| Per Week | | | 10490 | 10215 | 275 | 153.23 | 1.500 | 153.23 | | |

015341

**CONFIDENTIAL**