e: 04-03-05                            VACATION VILLAGE IN THE BERKSHIRES                                            Page 72

                                            Detailed Salesman Commission Report
                                                 From 11-16-04 To 11-22-04
                                          Salesman MASSACON: MICHAEL MASSACONI 7735

| chase | Name | ContNum | Net Price | NetD Price | P T | Date Contract | Current Status | Comm Total | Comm % Net | Comm Earned | When Earn Stat,Date | Comm Pending | When Earn Stat,Date | Comm ChrgBak | ChargBak Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| E-11 | | 70467 | 10900 | 10900 | F | 02-22-02 | X 11-22-04 | -872.00 | -8.000 | -872.00 | 11-22-04 | | | | 11-22-04 |
| O-48 | | 70657 | 7900 | 7900 | F | 03-30-02 | X 11-16-04 | -632.00 | -8.000 | -632.00 | 11-16-04 | | | | 11-16-04 |
| O-15 | | 71413 | 7900 | 7505 | F | 08-13-02 | X 11-19-04 | -112.58 | -1.500 | -112.58 | 11-19-04 | | | | 11-19-04 |
| O-44 | | 71618 | 7900 | 7900 | F | 09-17-02 | X 11-19-04 | -118.50 | -1.500 | -118.50 | 11-19-04 | | | | 11-19-04 |
| O-19 | | 71869 | 7990 | 7990 | F | 11-08-02 | X 11-19-04 | -119.85 | -1.500 | -119.85 | 11-19-04 | | | | 11-19-04 |
| O-20 | | 71896 | 7990 | 7990 | F | 11-10-02 | X 11-20-04 | -119.85 | -1.500 | -119.85 | 11-20-04 | | | | 11-20-04 |
| O-16 | | 72056 | 7990 | 7590 | F | 12-22-02 | X 11-20-04 | -607.24 | -8.000 | -607.24 | 11-20-04 | | | | 11-20-04 |
| O-51 | | 72654 | 11990 | 11990 | F | 04-19-03 | X 11-21-04 | -959.20 | -8.000 | -959.20 | 11-21-04 | | | | 11-21-04 |
| E-15 | | 73538 | 7990 | 7990 | F | 08-30-03 | X 11-21-04 | -119.85 | -1.500 | -119.85 | 11-21-04 | | | | 11-21-04 |
| E-18 | | 74528 | 7990 | 7590 | F | 12-30-03 | X 11-21-04 | -113.86 | -1.500 | -113.86 | 11-21-04 | | | | 11-21-04 |
| O-14 | | 76876 | 7990 | 7990 | F | 11-05-04 | C 11-19-04 | 639.20 | 8.000 | 639.20 | C 11-19-04 | | | | |
| O-38 | | 76909 | 9990 | 9990 | F | 11-07-04 | C 11-19-04 | 799.20 | 8.000 | 799.20 | C 11-19-04 | | | | |

|  | Sales | Weeks | NetPrice | NetDPric | Deduct | Comm Tot | % Comm | Com Earn | Com Pend | ChrgBack |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 12 | 12 | 104520 | 103326 | 1194 | -2336.53 | -2.261 | -2336.53 | | |
| Per Sale | | | 8710 | 8610 | 100 | -194.71 | -2.261 | -194.71 | | |
| Per Week | | | 8710 | 8610 | 100 | -194.71 | -2.261 | -194.71 | | |
| Earned | 2 | 2 | 17980 | 17980 | | 1438.40 | 8.000 | 1438.40 | | |
| Per Sale | | | 8990 | 8990 | | 719.20 | 8.000 | 719.20 | | |
| Per Week | | | 8990 | 8990 | | 719.20 | 8.000 | 719.20 | | |

Warning! Chargebacks on earnings. Use earnings from [Total] line.

017997

CONFIDENTIAL