PATRIOT RESORTS CORPORATION
3015 N OCEAN BLVD  STE 121
FT LAUDERDALE, FL 33308

## FIRST-CLASS MAIL
Important Tax Document Enclosed

                    100
MICHAEL MASSACONI
P.O. BOX 728
NEW LEBANON, NY 12125



Form W-2 Wage and Tax Statement 2006

Employer: PATRIOT RESORTS CORPORATION, 3015 N OCEAN BLVD STE 121, FT LAUDERDALE, FL 33308

Employee: MICHAEL MASSACONI, P.O. BOX 728, NEW LEBANON, NY 12125

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 3159.72 |
| 2 | Federal income tax withheld | 710 |
| 3 | Social security wages | 3159.72 |
| 4 | Social security tax withheld | 195 |
| 5 | Medicare wages and tips | 3159.72 |
| 6 | Medicare tax withheld | 45 |
| 15 | State / Employer's state ID number | MA 650-950-067 |
| 16 | State wages, tips, etc. | 3159.72 |
| 17 | State income tax | 154.65 |

Employee's SSN: ###-##-7735
Employer EIN: 65-0950067