1-03-05                                VACATION VILLAGE IN THE BERKSHIRES                                Page 9

Detailed Salesman Commission Report
From 12-16-03 To 12-22-03
Salesman CORBIN: PETER C. CORBIN  4462

```
                  Net  NetD P    Date    Current   Comm    Comm   Comm   When Earn  Comm    When Earn   Comm   ChargBak
 e   Name  ContNum Price Price T Contract Status   Total  % Net  Earned Stat,Date   Pending Stat,Date  ChrgBak  Date
---- ---- ------- ----- ----- - -------- --------- ------ ------ ------ ----------- ------- ----------- ------- --------
 5        72614    9990  9990 F 04-12-03 C 12-20-03 799.20  8.000  799.20 C 12-20-03
 
 3        74430    3590  3590 F 12-13-03 C 12-21-03  50.00  1.393   50.00 C 12-21-03

              Sales Weeks NetPrice NetDPric Deduct  Comm Tot  % Comm  Com Earn  Com Pend  ChrgBack
              ----- ----- -------- -------- ------  --------  ------  --------  --------  --------
     Total      2     2    13580    13580            849.20   6.253    849.20
     Per Sale               6790     6790            424.60   6.253    424.60
     Per Week               6790     6790            424.60   6.253    424.60

     Earned     2     2    13580    13580            849.20   6.253    849.20
     Per Sale               6790     6790            424.60   6.253    424.60
     Per Week               6790     6790            424.60   6.253    424.60
```



- 013983

CONFIDENTIAL