```
: 04-03-05                         VACATION VILLAGE IN THE BERKSHIRES                              Page 5

                                      Detailed Salesman Commission Report
                                           From 02-25-03 To 03-03-03
                                    Salesman CORBIN: PETER C. CORBIN  4462


                        Net   NetD  P   Date      Current    Comm   Comm  Comm   When Earn  Comm    When Earn   Comm   ChargBak
chase    Name  ContNum  Price Price T  Contract   Status     Total  % Net Earned Stat,Date  Pending Stat,Date  ChrgBak  Date
-----    ----  -------  ----- ----- -  --------   --------   -----  ----- ------ ---------  ------- ---------  -------  ------
-06            ,255     14900 14900 F  04-16-02 C 02-28-03  1192.00 8.000 1192.00 C 02-28-03


              Sales Weeks  NetPrice NetDPric  Deduct   Comm Tot  % Comm  Com Earn  Com Pend  ChrgBack
              ----- -----  -------- --------  ------   --------  ------  --------  --------  --------
      Total     1     1     14900    14900              1192.00   8.000   1192.00
      Per Sale               14900    14900              1192.00   8.000   1192.00
      Per Week               14900    14900              1192.00   8.000   1192.00

      Earned    1     1     14900    14900              1192.00   8.000   1192.00
      Per Sale               14900    14900              1192.00   8.000   1192.00
      Per Week               14900    14900              1192.00   8.000   1192.00
```

011361
CONFIDENTIAL