```
4-03-05                        VACATION VILLAGE IN THE BERKSHIRES                                    Page 22

                              Detailed Salesman Commission Report
                                    From 10-12-04 To 10-18-04
                              Salesman CORBIN: PETER C. CORBIN  4462


              Net  NetD P  Date     Current       Comm    Comm   Comm   When Earn   Comm   When Earn   Comm     ChargBak
se  Name  ContNum Price Price T Contract  Status   Total   % Net   Earned Stat,Date  Pending Stat,Date ChrgBak   Date
--- ----- ------- ----- ----- - -------- --------- ------- ------- ------ ---------- ------- ---------- -------  --------
8         .71655  10900  3000 F 09-27-02 X 10-17-04 -240.00-8.000 -240.00  10-17-04                                10-17-04
7          71780   9990  9990 F 10-18-02 X 10-17-04 -799.20-8.000 -799.20  10-17-04                                10-17-04
0          71875   7990  7990 F 11-09-02 X 10-18-04 -639.20-8.000 -639.20  10-18-04                                10-18-04
3          72197  10990 10990 F 01-25-03 X 10-18-04 -879.20-8.000 -879.20  10-18-04                                10-18-04
7           8090  13900  4000 F 03-22-03 X 10-17-04 -320.00-8.000 -320.00  10-17-04                                10-17-04
1           8097  11900  4000 F 03-23-03 X 10-17-04 -320.00-8.000 -320.00  10-17-04                                10-17-04

            Sales  Weeks  NetPrice  NetDPric   Deduct   Comm Tot   % Comm   Com Earn  Com Pend  ChrgBack
            -----  -----  --------  --------   ------   --------   ------   --------  --------  --------
   Total      6      6     65670     39970     25700    -3197.60   -8.000   -3197.60
   Per Sale                10945      6662      4283     -532.93   -8.000    -532.93
   Per Week                10945      6662      4283     -532.93   -8.000    -532.93

   Earned
   Per Sale
   Per Week

Warning! Chargebacks on earnings. Use earnings from [Total] line.
```

017372



CONFIDENTIAL