UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,

    Plaintiffs,

v.

PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,

    Defendants.

### AFFIDAVIT OF PHILLIP SYMONDS

1. My name is Phillip Symonds and I am one of the class members in this case.

2. From approximately Spring, 2003 to the end of 2004, and again for a period in 2005, I worked for the named defendants in this case (the named defendants collectively will be referred to as "Patriot Resorts Corporation").

3. While I worked for Patriot Resorts Corporation, I was employed as a sales person, selling time shares at the resort known as Vacation Village in the Berkshires ("Vacation Village").

4. During my employment at Vacation Village, Patriot Resorts has garnished my commissions during my employment, through a process they called a "charge-back".

5. A chargeback will occur when Patriot Resorts pays a commission after a deal is closed, but then, because supposedly a customer cancels or a customer cannot timely make payments, Patriot takes back the commission.

6. During my employment with Patriot Resorts, I was "charged back" some times even though I had closed a deal with a purchaser of a time-share and twenty-one (21) days had passed, and I had not been notified of a customer payment problem.

7. By way of example, I was "charged back" twice on a deal I wrote for a customer named "Biagioni", which I originally wrote in June 2003.

8. Specifically, I was charged back for the original deal and I know that the original deal did not cancel and that the customer still owned the timeshare.

9. In March 2005, I was also charged back for the upgrade made to the original deal in April 2004, which upgrade I am aware did not cancel and the customer still owned the timeshare.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 4/12/67

PHILLIP SYMONDS