UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: DOCKET NO.  04-cv-30091-MAP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF PLAINTIFF MICHAEL MASSACONI'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

1.  I am counsel for the plaintiffs in this case.

2.  Exhibit 1, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition transcript of Michael Massaconi.

3.  Exhibit 2, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition transcript of Rod Lewis.

4.  Exhibit 3, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition transcript of Gordon Leete.

5.  Exhibit 4, attached to this Affidavit, is a true and accurate copy of a fax, cover letter and Non-Payment of Wage Complaint Form sent by Michael Massaconi's counsel to the Office of the Attorney General on March 21, 2005,

6.   Exhibit 5, attached to this Affidavit is a true and accurate copy of an Authorization for the filing of a private lawsuit issued to Michael Massaconi by the Office of the Attorney General on March 22, 2005.

7.   Exhibit 6, attached to this Affidavit is a true and accurate copy of selected pages of the deposition transcript of Rebecca Foster.

8.   Exhibit 7, attached to this Affidavit is a true and accurate copy of selected pages of the deposition transcript of Faith Lippert.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/18/07                                    /s/ Joel Feldman
                                                 JOEL FELDMAN


                                                 MICHAEL MASSACONI
                                                 By his attorney,

I hereby certify that a                          /s/ Joel Feldman
true copy of the above                           Joel Feldman
document was served upon                         BBO # 552963
counsel of record                                Heisler, Feldman,
by mail                                          McCormick & Garrow, P.C.
                                                 1145 Main Street, Suite 508
_____.                          Springfield MA  01103
                                                 (413)788-7988
_____                           (413)788-7996 (fax)

Dated:_____

CERTIFICATE OF SERVICE

   I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                                 /s/ Joel Feldman
                                                 Joel Feldman

2