

Vol. II, Pgs. 137-207

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

Docket No. 04-CV-30091-MAP

---

```
                                    )
WISE, ET AL.,                       )
           Plaintiffs               )
                                    )
vs.                                 )
                                    )
PATRIOT RESORTS, CORP.,             )
ET AL.,                             )
           Defendants               )
                                    )
```
---

CONTINUED DEPOSITION OF MICHAEL MASSACONI

Monday, June 6, 2005

1:34 p.m. - 2:54 P.M.

SKOLER, ABBOTT & PRESSER, P.C.

One Monarch Place

Springfield, Massachusetts  01144

- - - - - Sandra A. Deschaine, RPR - - - - -

COURT REPORTING SERVICES

P.O. BOX 15272

Springfield, Massachusetts  01115

(413) 786-7233   FAX (413) 786-0299

52

1     Q.    Did you protest your demotion to
2 anyone at Patriot Resorts?
3     A.    At that time it was Mr. Campagna.
4 He just got promoted the last time I got --
5 when Mr. Rauer put me on probation, they just
6 made him Line Director that day.
7     Q.    You protested to him?  Is that
8 what you are saying?
9     A.    Yes.
10     Q.    What did you say to him?
11     A.    That there were other Managers in
12 the same category as I was where the numbers
13 were low.  More than ten.
14     Q.    Okay.  And what did he say?
15     A.    He would look into it.
16     Q.    And who are the other Managers?
17     A.    I would say I think there may
18 have been three or four of them.  Gary
19 Campagna, Mike Campagna, Kenny Flanders.  I am
20 trying to think who else.
21     Q.    And you're telling this to which
22 Campagna?
23     A.    Gary.
24     Q.    And you felt that he had the same

COURT REPORTING SERVICES

BOX 15272

```
1   reason to contact corporate headquarters?
2        A.    Myself?
3        Q.    Yes?
4        A.    No.
5        Q.    Did you have any concerns about
6   your compensation prior to this directive that
7   you referred to?
8        A.    I brought concerns to both Bill
9   Rauer and Ron Lewis, and I was told thank you
10  for your time.
11       Q.    Okay.  Tell me the concerns you
12  brought to Mr. Lewis' attention, and when that
13  was?
14       A.    To Mr. Lewis?
15       Q.    Yes, sir?
16       A.    It would have been '04, some
17  time.  I had some concerns about the tour
18  flow, and we were losing good people.
19       Q.    Losing good employees?
20       A.    Yes.
21       Q.    Okay.
22       A.    And I basically told them to buy
23  a book.  "You're Rights In The Work Place".
24  And then he told me after an hour of talking
```

```
 1   this document before?
 2         A.    Yes.
 3               MS. FABBO:  Could you mark that,
 4         please.
 5               (Whereupon, Defendant's Exhibit
 6               6, Second Amended Complaint and
 7               Demand for a Jury Trial, marked
 8               for identification)
 9               (BY MS. FABBO):
10         Q.    Could you please turn to
11   paragraph 67, and tell me whether that
12   statement -- I'll give you a chance to read
13   it.  Have you had a chance to read it?
14         A.    Yes.
15         Q.    Okay.  Is that statement the
16   conversation you just referred to with Mr.
17   Lewis where he called the Managers in?
18         A.    No.
19         Q.    That's some other time?
20         A.    Yes.
21         Q.    When did Mr. Lewis make the
22   statement referred to in that paragraph?
23         A.    I can't recall the time, but I
24   spoke to Mr. Lewis about reprising.  And I
```

1 told him what they were doing to me was
2 discrimination, and it was because I filed the
3 lawsuit.  And his answer to me was you're
4 correct.
5     Q.    That's not what the statement
6 says, though is it?
7     A.    No, but you're asking me when it
8 took place.
9     Q.    He said that they were
10 retaliating against you because of the
11 lawsuit?
12     A.    I had told him it was because of
13 reprisal, okay?  The way I was being treated.
14 And he looked at me right in my eyes and told
15 me yes, and that was between him and I.
16     Q.    And who was discriminating
17 against you because of the lawsuit?
18     A.    The company.
19     Q.    Who?
20     A.    It would be Bill Rauer.
21     Q.    And what was his position?
22     A.    He's above Ron Lewis.
23     Q.    Do you know what his position was
24 at the time you made this statement?

A.   No.

Q.   How do you know that Mr. Rauer knew anything about the lawsuit?

A.   Because Mr. Rauer came up within two weeks, and he had a talk with Mr. Lewis.

Q.   How do you know that?

A.   I was there when they took Mr. Lewis aside. And then I was asked by Mr. Rauer that it was up to Mr. Lewis. It had nothing to do with him. And I said well, Mr. Lewis said it was you.

Q.   What was you?

A.   About the position of a Manager. They were shoveling it back and forth from Orlando to up here.

Q.   I'm confused. I'm asking you how did you know that Mr. Rauer -- did Mr. Rauer tell you he was aware of your lawsuit?

A.   Yes.

Q.   He told you that?

A.   Yes.

Q.   And what did he say?

A.   He said he was aware of what was going on.

| | | |
|---|---|---|
| 1 | Q. | And those were his exact words? |
| 2 | A. | Yes. |
| 3 | Q. | Okay. And you took that to mean |
| 4 | that he was aware that you had participated in |
| 5 | a lawsuit? |
| 6 | A. | It was printed in the newspaper. |
| 7 | Q. | Did he tell you he had read it? |
| 8 | The newspaper article? |
| 9 | A. | They had it posted all over the |
| 10 | resort when I came to work. |
| 11 | Q. | Who had it posted? |
| 12 | A. | I don't know who. |
| 13 | Q. | Where was it posted? |
| 14 | A. | It was in the sales office and in |
| 15 | the pit. |
| 16 | Q. | And what makes you think Mr. |
| 17 | Rauer read this? |
| 18 | A. | Mr. Rauer reads everything. |
| 19 | Q. | Okay. You're just guessing. |
| 20 | | MR. FELDMAN: Objection. Go |
| 21 | | ahead. |
| 22 | | (BY MS. FABBO): |
| 23 | Q. | Do you know that for a fact that |
| 24 | he reads everything? |

```
 1      A.    It seems to be that way.
 2      Q.    Did you ever see him reading this
 3 newspaper article?
 4      A.    Not that newspaper article, no.
 5      Q.    And did he tell you I know that
 6 you are participating in a lawsuit?
 7      A.    Yes.
 8      Q.    In those words?
 9      A.    Yes.
10      Q.    So he didn't just say he knew
11 what you were up to or something to that
12 effect?
13           MR. FELDMAN: Objection.  Go
14      ahead.
15           THE WITNESS: Right.
16           (BY MS. FABBO):
17      Q.    And did he say anything other
18 than that?
19      A.    No.
20      Q.    And what did you say in response?
21      A.    I just walked away.
22      Q.    When did this happen?
23      A.    September, '04.
24      Q.    Okay.  And when was your lawsuit
```

```
1    headquarters about the fact that you were no
2    longer allowed to TO?
3         A.    Never called them in my life.
4         Q.    Can you see, if you can read it,
5    tell me what it says underneath that
6    sentence?
7         A.    It says, "Bob, Mike."
8              MS. GARROW:  When you say "that
9    sentence," what are you pointing to?
10             MS. FABBO:  He's reading the
11   right area.
12        A.    Down here?
13        Q.    Yep.
14        A.    It says, "Robert Campagna and
15   Mike Campagna was different."
16        Q.    Do you know what that refers to?
17        A.    Yes.  It means for several months
18   their numbers were thirty or forty in one,
19   and they were never put on probation.
20        Q.    And how do you know that?
21        A.    Because it's posted.
22        Q.    How do you know whether they were
23   put on probation?
24        A.    They were never put on probation,
```