# Heisler, Feldman & McCormick, P.C.

Attorneys at Law

## FACSIMILE TRANSMISSION COVER SHEET

Date: March 21, 2005

Number of Pages: 4 (including cover sheet)

TO: Jay Clark, Esq.  
OF: Assistant AG  
FAX #: 784-1142  
COPY TO:

FROM: Suzanne Garrow  
OF: Heisler, Feldman & McCormick  
FAX #: (413) 788-7996  
SPECIAL INSTRUCTIONS:

_____ Confidential

_____ Urgent

_____ Please reply

MESSAGE: Please see attached. Thank you.

Please call (413) 788-7988 if you have any problems.

### STATEMENT OF CONFIDENTIALITY

The documents included with this facsimile transmittal sheet contain information from Heisler, Feldman & McCormick, PC, which is confidential and/or privileged. This information is intended to be for the use of the addressee named on this transmittal sheet. If you are not the addressee, note that any disclosure, photocopying, distribution or sue of the contents of this faxed information is prohibited. If you received this facsimile by error, please notify us by telephone (collect, if required) immediately so that we can arrange for the retrieval of the original documents at no cost to you.

1145 Main Street, Suite 508, Springfield, MA 01103 • Phone (413) 788-7988 • Fax (413) 788-7996

# Heisler, Feldman & McCormick, P.C.

Hugh D. Heisler
Joel H. Feldman
Thomas J. McCormick
Suzanne Garrow
Sarah E. Lazare
  *Access to Justice Fellow*

Attorneys at Law

**VIA FACSIMILE AND FIRST CLASS MAIL**

March 21, 2005

Jay Clark, Esq.
Assistant Attorney General
Attorney General's Office – Fair Labor and Business Practices Division
1350 Main Street
Springfield, MA 01103
(facsimile) 784-1142

   Re:  *Massaconi v. Patriot Resorts Corp. d/b/a Vacation Village in the Berkshires and the Berkley Group*

Dear Attorney Clark:

   I am enclosing my client Michael Massaconi's complaint claiming non-payment of wages in violation of the state wage and hour statutes and retaliation.

   We understand that Mr. Massaconi will be granted a right to sue after 90 days. However, we request that he be granted the right to sue prior to that time and as soon as possible.

   Thank you very much for your assistance with my client's request. If you have any questions please contact me at 788-7988 ext. 4.

Very truly yours,

Suzanne Garrow

Enc -

Cc:  Michael Massaconi

1145 Main Street, Suite 508, Springfield, MA 01103 ♦ Phone (413) 788-7988 ♦ Fax (413) 788-7996

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
Western Massachusetts Division
1350 Main Street
Springfield, Massachusetts 01103-1629

Non-Payment of Wage Complaint Form

**EMPLOYEE INFORMATION:**

**Name:** Michael Massaconi        **Soc. Sec. #:** 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

**Address:** 210 Schoolhouse Road,

**City:** West Lebanon    **State:** NY    **Zip:** 12125

**Date of Birth:** 1/25/1947    **Work Phone:** N/A    **Home Phone:** 518-794-9039

**What type of work did you perform:** On site sales and sales manager marketing of recreational properties/ time shares

**EMPLOYER INFORMATION:**

**Company Name:** Berkley Group; Patriot Resorts Corp. d/b/a Vacation Village in the Berkshires

**Address:** 20 Williamstown Road

**City:** Lanesboro        **State:** MA        **Zip:** 01237

**Phone:** 413-236-5885    **Total no. of employees in company:** 100 plus

**President/owner:** John Paul Ottino III        **Title:** President

**Local Manager Name:** Rod Lewis and William Rauer

**Town where work was performed:** Lanesboro

**WAGE/BENEFIT INFORMATION:**

**Date of Hire:** 8/4/2001        **Were you discharged?** Yes

**Did you leave?** No  **Date:** N/A    **Reason for leaving:** Fired in retaliation for raising wage and hour issues and asserting my rights under those statutes

**If you left did you make a personal demand for this money?** Yes

If yes, what was the response of the employer: Did not pay

Rate of Pay: commission  Unpaid wages: unpaid commission and pay for 40 hours per week of each week of employment and overtime

What dates did you work for the money which you claim you are owed:

From: date of hire to present  Total amount owed: $ undetermined

Have you signed a contract as a consultant or independent contractor? No

Do you have an attorney representing you in this matter? Yes

Are you willing to fully cooperate with the Attorney General's Office, which may include appearing in court? Yes

Explain in detail the facts relating to why you were not paid or why you are filing this complaint.

I was not paid commissions owed. In addition, I and the other sales people and sales managers were not paid any wages, or overtime and were only paid commissions often untimely.

I HEREBY CERTIFY THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF THIS IS A TRUE STATEMENT OF THE FACTS RELATING TO MY COMPLAINT.

Signature _Michael Massaconi_   Date: 3/17/05

Print Name: Michael Massaconi