**Page 1**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-CV-30091-MAP

LACRISHA WISE, MICHAEL MASSACONI,
ROGER MARTIN, and PETER CORBIN, on
behalf of themselves and on behalf
of others who are similarly situated
    Plaintiffs

vs

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO III,
REBECCA A. FOSTER, and
JAMES E. LAMBERT
    Defendants

DEPOSITION OF REBECCA FOSTER CAMPAGNA

May 23, 2005, 10:10

Heisler, Feldman and McCormick, PC

1145 Main Street

Springfield, Massachusetts

Ann A. Preston
Certified Shorthand Reporter

**Page 2**

APPEARANCES

HEISLER, FELDMAN AND MCCORMICK, PC
1145 Main Street
Springfield, MA 01103
BY: SUZANNE GARROW, ESQ.
(413) 788-7988
Representing the Plaintiffs

SKOLER, ABBOTT AND PRESSER, PC
1414 Main Street
Springfield, MA 01103
BY: MARYLOU FABBO, ESQ.
    KIMBERLY A. KLIMCZUK, ESQ.
(413) 737-4753
Representing the Defendants

**Page 3**

INDEX

WITNESS: REBECCA FOSTER CAMPAGNA

Direct Examination by Ms. Garrow    5

EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| Exhibit 1, | Vacation Village Tour Times | 51 |
| Exhibit 2, | 2004 Employee Handbook | 56 |
| Exhibit 3, | 2001 Employee Handbook | 61 |
| Exhibit 4, | Employment Agreement | 68 |
| Exhibit 5, | Commission Structure Forms | 84 |
| Exhibit 6, | 5/24/03 Memo Re: Hecht Comm. | 86 |
| Exhibit 7, | Corbin Commission Report | 95 |
| Exhibit 8, | Massaconi Check Stubs | 112 |
| Exhibit 9, | 5/6/03 Memo Re: ESOP Procedures | 125 |
| Exhibit 10, | Attendance Detail Report | 126 |
| Exhibit 11, | 11/3/02 Memo Re: Attendance | 127 |
| Exhibit 12, | Attendance Detail Report | 127 |
| Exhibit 13, | Attendance Detail Report | 129 |
| Exhibit 14, | Letter to ALDA from ESA | 148 |
| Exhibit 15, | 12/22/04 Memo Re: New-Hires | 150 |
| Exhibit 16, | 11/21/01 Memo Re: Policies | 157 |
| Exhibit 17, | 12/21/01 Memo Re: Rotation | 161 |
| Exhibit 18, | 6/9/03 Memos Re: Ms. Wise | 167 |

**Page 4**

STIPULATION

It is agreed by and between the parties that all objections, except as to form of the question, are reserved until the time of trial.

It is further agreed by and between the parties that all motions to strike unresponsive answers are reserved until the time of trial.

It is further agreed by and between the parties that the sealing of the original deposition transcript is hereby waived.

It is further agreed by and between the parties that the notification to all parties of the receipt of the original deposition transcript is hereby waived.

Page 113

1  Q.  [By Ms. Garrow] I'm showing you
2  what's been marked as Exhibit Number 9. Do you
3  recognize this document?
4  A.  Yes.
5  Q.  Can you describe this document?
6  A.  Something like that a memo that
7  addresses the attendance roster. And we had had
8  some problems with people failing to sign in or
9  signing in for each other at various properties;
10 and since it was something that seemed to not be
11 clear, I put the memo out to all the properties
12 to let them know that they were to sign the
13 attendance roster; they were to sign only for
14 themselves and not for anyone else.
15 Q.  And the attendance roster, that's the
16 daily rotation sheet; is that what that is?
17 A.  Some resorts print out the rotation,
18 and they sign next to their name. Others just
19 have a sheet that is like a blank sheet with
20 columns. I'm not sure what Patriot Resorts uses.
21 Q.  What is your understanding of how it
22 relates to your ESOP program -- and when we say
23 "ESOP," do you know what that stands for?
24 A.  It stands for Employee Stock Ownership

Page 114

1  Plan.
2  Q.  How does this relate to your ESOP
3  program, the signing of attendance sheets?
4  A.  The guidelines in the ESOP require
5  that in order for an employee to be eligible for
6  participation in the plan in any calendar year,
7  they must work a thousand hours in order to
8  qualify. In the case of a salesperson, they are
9  given credit for 45 hours for any portion of a
10 week that is worked as it attributes to their
11 ESOP. So we must have them sign the roster so we
12 know when they were there, and that's why I was
13 stressing the importance of it to the ESOP,
14 because, of course, that is their retirement
15 plan.
16 Q.  When do they invest in that ESOP, if
17 at all?
18 A.  They start investing 20 percent in
19 year three, 40 percent in year four, 60 percent
20 in year five, 80 percent in year six, and 100
21 percent in year seven.
22 Q.  That's true for sales -- people on the
23 sales line as well as sales manager?
24 A.  That's correct.

Page 115

1  Q.  What about for any corporate
2  employees; is that the same, corporate employees
3  of the Berkley Group, since that is from where
4  this memo comes?
5  A.  Corporate employees, yes, everyone who
6  is an employee of the Berkley Group or any of its
7  wholly owned subsidiaries as part of the ESOP
8  plan.
9  Q.  And is there one ESOP plan?
10 A.  Yes.
11 Q.  Who administers the plan, to your
12 knowledge?
13 A.  It's administered by a company out of
14 Virginia. I believe it's called Blueridge. I
15 believe Blueridge is in the name; I'm not sure
16 exactly.
17 Q.  But it's a third-party administrator?
18 A.  Yes, it's a third-party administrator.
19 Q.  Do you have anybody outside that does
20 administration of the plan?
21 A.  The commission manager and the payroll
22 manager both submit reports from our payroll
23 service to the outside administrator, and they do
24 everything else.

Page 116

1  Q.  You testified before that for any
2  portion of a week a sales salesperson works
3  there, they get credited for 45 hours?
4  A.  That's correct, as far as ESOP is
5  concerned.
6  Q.  Isn't it true if they had only signed
7  in one day of the week, then they'll still meet
8  the ESOP requirements as you stated them?
9  A.  Yes, that's true.
10 Q.  Is it your understanding that people
11 were signing other people's names to rosters?
12 A.  Yes.
13 Q.  Did that occur at Patriot Resorts, to
14 your knowledge?
15 A.  I believe I was told that they did.
16 I'm trying to think of the specific person. I
17 don't have a recollection that clearly to say the
18 name.
19 Q.  That's okay. Other than commissions,
20 are there any additional sums paid to any
21 salespeople or sales managers?
22 A.  There is usually a bonus -- monthly
23 bonus plan.
24 Q.  How do you qualify for a monthly bonus