UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-CV-30091-MAP

LACRISHA WISE, MICHAEL MASSACONI,
ROGER MARTIN, and PETER CORBIN, on
behalf of themselves and on behalf
of others who are similarly situated
                    Plaintiffs

vs

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO III,
REBECCA A. FOSTER, and
JAMES E. LAMBERT
                    Defendants

DEPOSITION OF FAITH LIPPERT

May 17, 2005, 10:00

Heisler, Feldman and McCormick, PC

1145 Main Street

Springfield, Massachusetts


Ann A. Preston
Certified Shorthand Reporter


REAL-TIME COURT REPORTING
244 Bridge Street                       807 Main Street
Springfield, MA  01108           Worcester, MA  01610
413.732.1157                              508.612.3432

1      A.    Correct.
2      Q.    Does that Resorts in Lanesborough have any other names; does it go by any other names?
4      A.    Vacation Village in the Berkshires.
5      Q.    Do you know what the legal status of Vacation Village in the Berkshires is; in other words, is it a separate entity, to your knowledge?
9      A.    I'm not sure.
10     Q.    Have you held any other positions other than the positions you are currently holding today for Patriot Resorts?
13     A.    No.
14     Q.    Have you ever worked in any other location other than the Lanesborough location of Patriot Resorts?
17     A.    With Patriot Resorts?
18     Q.    Yes.
19     A.    No.
20     Q.    Have you -- I'm sorry, I believe I asked this, but I just want to clarify. Have you been working at Patriot Resorts since June 2001; has that been your employer?
24     A.    Yes.

```
 1        Q.   What are your responsibilities as
 2   office manager of the Lanesborough location?
 3        A.   I oversee the administration end of it
 4   as far as contracts -- sales contracting,
 5   payroll, accounts payable.  I work with the
 6   attorneys when we do fundings, and I work with
 7   escrow.
 8        Q.   What do you mean by administer sales
 9   contracting; what does that mean?
10        A.   Administration.  I oversee the staff,
11   the administration staff.
12        Q.   What are the general categories of
13   employees of the administration staff?
14        A.   The girls that type up contracts, the
15   reception area.  I oversee it, but I don't manage
16   it.  Basic secretarial work.
17        Q.   So you oversee the individuals who do
18   basic secretarial work?
19        A.   Yes.
20        Q.   How many people do you oversee?
21        A.   There's five in my office, which would
22   be doing the contracting, and there's three out
23   in the Reception Center.
24        Q.   You testified that you did not manage
```

```
 1   those three.  Who does?
 2          A.   Dennis Clavette.
 3          Q.   Where is Mr. Clavette physically
 4   located?
 5          A.   In Lanesborough in the Reception
 6   Center.
 7          Q.   Do you happen to know what his job
 8   title is?
 9          A.   He's the manager of the Reception
10   Center.
11          Q.   That is his job title?
12          A.   Yes.
13          Q.   Does he have any other titles, like
14   you have two that you testified to?
15          A.   No.
16          Q.   Any other duties -- strike that.  You
17   said that you do payroll.  What do you do -- what
18   are your payroll functions?
19          A.   I do the office staff payroll, which
20   are the contracting girls, their payroll; the
21   Reception Center payroll; and I do commissions
22   for the salespeople.
23          Q.   When you say you do it, what do you
24   mean by you do it -- what are your duties?
```

```
 1   meeting in the morning, and then from there, they
 2   go in to take their tours.
 3       Q.   Who holds a meeting?
 4       A.   One of the line directors and whoever,
 5   you know, they bring in to help them, or
 6   periodically I think maybe they let one of the
 7   managers hold a meeting.  It all depends.
 8       Q.   When you say one of the managers, you
 9   mean a sales manager?
10       A.   Yes.
11       Q.   Are all salespeople and sales managers
12   required to be at this morning meeting?
13       A.   Yes.
14               (Exhibit 5, Ten Steps to Success,
15               marked for identification)
16       Q.   (By Ms. Garrow)  Showing you what's
17   been marked as Plaintiff's Exhibit 5, Ten Steps
18   to Success.  Have you seen this before?
19       A.   Yes.
20       Q.   What is it?
21       A.   The sales representatives follow ten
22   steps.  They are trained with the ten steps, and
23   this is a basic breakdown of those ten steps.
24       Q.   So you mentioned the morning meeting.
```