UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

AFFIDAVIT OF KENNETH FLANDERS

1. My name is Kenneth Flanders and I have worked at Vacation Village in a number of different jobs over the last few years, including as a sales person and sales manager, selling time shares at the resort known as Vacation Village in the Berkshires ("Vacation Village").

2. During the time I have been a sales manager at Vacation Village, the rule has generally been that if your sales ratio is higher than 8.99, you lose your right to earn extra commissions you usually would receive as sales manager.

3. A sales ratio is the number of times you are trying to sell a time share to a customer compared to the number of actual sales you make.

4.     So, if someone sells only one time share out of ten opportunities, that person's ratio would ten opportunities divided by one sale or ten (10).

5.     If your sales ratio would reach ten (10) as a sales manager, you were not allowed to "T.O." any tables.

6.     "T.O." means "takeover", which is the term we use when a sales person is sitting with a customer after giving them a tour, and the sales person then invites a sales manager to help close the sale of the time share.

7.     Sales managers were entitled to 1.5% of the sales price as a commission if they helped close a deal when they were doing a T.O.

8.     Additionally, any time the sales people who were on the sales manager's team made a sale, the sales manager was entitled to an additional 1.5% of the sales price as a commission, called an "override".

9.     If a sales manager's sales ratio was ten (10), the rule was that the sales manager could not receive the 1.5% T.O. commission.

10.    If the ratio of ten (10) continued for more than thirty days, the sales manager was not permitted to receive the 1.5% override.

11.    Although sales managers were told that the failure to meet the ratios would result in the discipline I mentioned above, the defendants enforced the rules very selectively.

12.    On approximately ten occasions, I had sales ratios above ten (10), which meant that I should have been disciplined according to company rules.

13.    However, I was given no discipline at all, and I continued to do T.O.s and to receive my overrides.

2

14. On at least one occasion, I was disciplined and my T.O.s were taken away.

15. According to company rules, I should not have been given my T.O.s back until my ratios were below ten (10).

16. However, I was given my T.O.s back before my ratios were below ten (10).

17. Once a manager was disciplined in this way, the company rule was to allow the manager to go on tours twice a day in order to improve the ratios.

18. I was always allowed to go on my twice a day tours to get my numbers back where they were supposed to be.

19. When I was disciplined, I first had T.O. commissions taken away, but I kept my overrides until thirty days later, if my numbers had not gotten better.

20. My observations from my work experience at Vacation Village was that the rules were enforced very selectively, depending on whether a sales manager complained about issues to upper level management.

21. From my observations, Michael Massaconi received discipline for his high ratios, when I had not received discipline for high ratios.

22. From my observations, Michael Massaconi was not permitted to T.O. his tables until his ratios were lowered, but I was able to do so without lowering my ratios.

23. From my observations, Michael Massaconi lost both his T.O. commissions and his override commissions right away when his ratios were too high, even though the rule was that override commissions continued to be paid for another thirty days after ratios became too high.

24. I observed Michael Massaconi complaining to Rod Lewis about what he thought were violations of the laws in Massachusetts about the payment of his commissions.

24. From all of my observations, I believe that Mr. Massaconi was disciplined more severely than I was disciplined, at least in part because of his complaints about his commissions

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/10/07                    /s/Kenneth Flanders
                                 KENNETH FLANDERS

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

/s/ Joel Feldman
Joel Feldman

4