UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

SECOND SUPPLEMENTAL AFFIDAVIT OF MICHAEL MASSACONI

1. My name is Michael Massaconi and I am one of the plaintiffs in this case.

2. From August, 2001 to February 28, 2005, I worked for the named defendants in this case (the named defendants collectively will be referred to as "Patriot Resorts Corporation") as a salesman and a sales manager at the time share resort known as Vacation Village.

3. While I was a sales manager, I was entitled to a 1.5% commission when I "T.O.d" a table, meaning I helped close a deal for a salesman.

4. For every deal the salesmen on my team made, I received an additional 1.5% commission called an override.

5. Under Vacation Village rules, when a sales managers' sales ratios go above a certain number (8.99 meaning out of every nine sales or so, a manager closes only one deal), the manager loses his T.O. commission for thirty days.

6. If the ratios continue to be too high, the manager loses his override commission after the thirty days are over.

7. The defendants applied these rules to me differently than others, as I lost both my overrides and my T.O. commission within the first thirty days, even though that was not the rule.

8. The defendants also gave managers two tours a day to try and get their sales ratios back into acceptable ranges.

9. Although this was the rule of Vacation Village, I was not permitted to take two tours a day to get my numbers back up.

10. I was treated this way after I made complaints about my compensation to Bill Rauer, the head of operations at Vacation Village and to Rod Lewis, project director of Vacation Village.

11. I told Mr. Rauer and Mr. Lewis that the defendants were not complying with the Massachusetts law about compensation to employees.

12. It was only after that, and after Mr. Rauer and Mr. Lewis were aware of this lawsuit and my role in it, that I was put on probation, demoted and terminated.

3

13. I was supposedly disciplined for my sales ratios, even though others were not, such as Kenneth Flanders, Michael Campagna and Bobby Campagna, among other sales managers who had ratios above the numbers allowed by the defendants.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/17/07                                /s/ Michael Massaconi
                                             MICHAEL MASSACONI