UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : |

AFFIDAVIT OF WILL STEELE

1. My name is Will Steele and I worked at Vacation Village from September, 2002 until January, 2005, in a number of different jobs, including as a sales person and sales manager, selling time shares at the resort known as Vacation Village in the Berkshires ("Vacation Village").

2. At some point while I was working as a sales manager, the defendants demoted Michael Massaconi, so that he was no longer a sales manager.

3. During this period after Michael Massaconi was demoted, but while he was still working at Vacation Village, I was sitting at a manager's table one day with a number of managers at Vacation Village, including Rod Lewis, the project director, Paul Stensland, a line director, and Dave Mercurio.

4. During the conversation, someone talked about the lawsuit filed by Michael Massaconi and a few other sales persons at Vacation Village, which concerned the defendants' failure to pay minimum wage and overtime pay, and the failure to pay commissions on time.

5. After the lawsuit was brought up, Rod Lewis said that anyone who takes money from the lawsuit would be terminated, because they would not be considered company people.

6. Dave and Paul said that Mr. Lewis should not worry about them.

7. After this was said, I reported the conversation right away to Michael Massaconi, who was on site that day.

8. Some time soon after that, the company terminated Michael Massaconi.


SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY


DATE: 5/15/07                                              /s/ Will Steele
                                                           WILL STEELE

2