```
ate: 04-08-07                        VACATION VILLAGE IN THE BERKSHIRES                                           Page   1

                                              Salesman Ledger Report
                                                  Contracts All
                                              From 08-01-03 To 04-07-07

alesman: TORRA [BETH TORRA   7732]

 Date     Current                          Sta-           Ocp NetD  Down  DownP DownPay
ontract   Status    Purchaser     ContNum  tus Unit/Week  Yr  Price Paymt Due   DueDate  CustNum SalesMgr Closer  Program SubProg
-------   --------- ---------     -------  --- ---------  --  ----- ----- ----- -------  ------- -------- ------  ------- -------
8-01-03 C 08-13-03 LOLLIS         73296    $   804A-43    04  3990  399                  017970  ABBOTT   CHURCH  DMAIL   OVNSY
8-03-03 C 08-13-03 WALSH          73311    P   804A-46    04  3990  399                  017926  ABBOTT   REDMON  MINIVAC OVNGR
8-05-03 C 08-13-03 DAVIDOFF       73333    $   704A-09    04  6990  699                  018132  ABBOTT   KEOUGH  MINIVAC OVNGR
8-09-03 C 01-09-04 MADISON        73368        804A-47    04  3990  399                  018367  ABBOTT   CHURCH  MINIVAC SDVGR
8-10-03 C 08-20-03 BICKFORD       73376        704A-37    04  5990  2995                 018388  ABBOTT   CHURCH  DMAIL   DAYDK
8-17-03 C 01-17-04 SCHIERHOLZ     73434    $   604A-37    04  5990  599                  018733  ABBOTT   CHURCH  REFER   OTHER
8-18-03 C 08-28-03 BASILE         73442    $   803A-20    04  3990  399                  018807  ABBOTT   CHURCH  DMAIL   OVNSY
8-19-03 C 08-23-03 BLAKE          73461    $   805A-15    04  3990  399                  018892  ABBOTT   REDMON  CERT    ATWU
8-31-03 C 03-21-04 BROWN          73541    P   805A-43    04  3990  399                  019321  ABBOTT   REDMON  CERT    CBOX
8-31-03 C 04-13-04 GODWIN         73552        803A-43    04  3790  399                  019386  ABBOTT   REDMON  MINIVAC OVNGR
9-01-03 X 04-03-06 RADZEWICZ      73569    X   408A-43    04  3790  399                  019458  ABBOTT   REDMON  MINIVAC SDVGR
9-12-03 C 09-17-03 ONDEVILLA      73623        304A-17    04  3990  399                  019854  ABBOTT   REDMON  CERT    CBOX
9-14-03 C 09-18-03 FORTE          73651    $   107A-15    04  3990  1995                 019985  ABBOTT   KEOUGH  CERT    CBOX
9-15-03 C 09-19-03 LOMBARD        73657        805A-45    04  3990  399                  020028  ABBOTT   TINTER  DMAIL   OVNSY
9-19-03 C 09-24-03 VANNESS        73673    $   805A-17    04  3990  399                  020180  ABBOTT   CHURCH  DMAIL   DAYDK
9-20-03 R 09-20-03 MARINARO       73688        605A-44    04  3990  399                  020232  ABBOTT   CHURCH  DMAIL   OVNSY
9-20-03 C 02-20-04 WAITE          73699        805A-46    04  3990  399                  020280  ABBOTT   KEOUGH  DMAIL   OVNSY
9-21-03 X 08-12-06 AHMED          73700    PXU 408A-47    04  3990  399                  020296  ABBOTT   TINTER  MINIVAC OVNGR
                                           Q
9-21-03 C 02-21-04 PEDERSEN       73720        604A-44    04  3990  399                  020349  ABBOTT   KEOUGH  DMAIL   DAYDK
9-22-03 C 10-02-03 DUFFY          73725        604A-48    04  3790  399                  020380  ABBOTT   CHURCH  CERT    CBOX
9-23-03 C 10-03-03 BRODY          73743    $   803A-17    04  3990  399                  020464  ABBOTT   KEOUGH  CERT    CBOX
9-29-03 X 10-03-03 KENNEDY        73794    P   307A-18    04  3990  399                  020696  ABBOTT   CHURCH  MINIVAC OVNGR
0-05-03 C 10-15-03 FERGUSON       73856    P   605A-14    04  3990  399                  020979  ABBOTT   KEOUGH  DMAIL   OVNSY
0-10-03 C 10-16-03 BATTILOCCHI    73893        307A-18    04  3990  399                  021166  ABBOTT   REDMON  DMAIL   OVNSC
0-11-03 C 10-17-03 KAUFMAN        73905        705A-46    04  3790  399                  021218  ABBOTT   KEOUGH  REFER   OWN
0-12-03 X 01-26-04 STEPANEK       73917    PDM 502A-18    04  3990  443   1000  10-27-03 021327  ABBOTT                   DMAIL   OVNSC
                                           I
0-14-03 C 05-14-04 SAWYER         73951        107A-44    04  3990  399                  021463  ABBOTT   REDMON  DMAIL   OVNSY
0-17-03 C 10-29-03 MILLER         73981        602A-18    04  3990  399                  021558  ABBOTT   KEOUGH  MINIVAC OVNGR
0-18-03 C 02-20-04 SISSON         73988    $   905A-48    04  3990  399                  021585  ABBOTT   KEOUGH  REFER   OTHER
0-20-03 C 10-24-03 LAMOUREAUX     74007    $   801A-15    04  3790  399                  021730  ABBOTT   REDMON  DMAIL   OVNSM
0-20-03 C 06-22-04 KIERNAN        74012        801A-43    04  3990  399                  021722  ABBOTT   REDMON  DMAIL   OVNSY
0-20-03 C 10-24-03 MACLEAN        74016    $   905A-47    04  3990  399                  021754  ABBOTT   KEOUGH  CERT    CBOX
0-25-03 C 04-25-04 GAMBLE         74049        102A-44    04  3990  399                  021949  ABBOTT   CHURCH  REFER   ORD
0-31-03 C 11-13-03 NOWAK          74106    $   702A-19    04  3990  399                  022227  ABBOTT   CHURCH  DMAIL   OVNSY
0-31-03 X 11-11-03 MURAL          74110    P   902A-43    04  3990  399                  022214  ABBOTT   REDMON  DMAIL   OVNSY
1-01-03 X 11-07-03 GALPERIN       74120    P   903A-21    04  3990  399                  022275  ABBOTT   CHURCH  REFER   OTHER
1-02-03 C 11-13-03 COONRADT       74129        901A-47    04  3990  399                  022357  ABBOTT   KEOUGH  DMAIL   DAYDK
1-04-03 C 06-04-04 CARPENTIERI    74148    PXU 906A-47    04  3586  399                  022462  ABBOTT   KEOUGH  DMAIL   OVNSY
                                           Q
1-04-03 X 01-26-04 IPPOLITI       74153    PIM 905A-21    04  3990  399                  022476  ABBOTT                   DMAIL   DAYDK
1-08-03 C 01-09-04 DENZE          74172    P   903A-21    04  3990  399                  022582  ABBOTT   REDMON  DMAIL   OVNSC
1-10-03 C 05-21-04 TAYLOR         74201        904A-47    04  3990  399                  022754  ABBOTT   KEOUGH  DMAIL   FSTV
1-11-03 X 11-17-03 ZHANG          74211        906A-43    04  3990  1995                 022797  ABBOTT   REDMON  DMAIL   OVNSY
1-15-03 C 07-16-04 MEACHAM        74232        405A-46    04  3990  399                  022891  ABBOTT   CHURCH  CERT    CBOX
1-16-03 R 11-16-03 WATTERSON      74256    P   402A-46    04  3990  399   756   04-16-04 023007  ABBOTT   REDMON  DMAIL   DAYDK
1-18-03 C 09-18-04 PIKOR          74287    P   906A-48    04  3990  399                  023130  ABBOTT   KEOUGH  DMAIL   FSTV
```

ate: 04-08-07                          VACATION VILLAGE IN THE BERKSHIRES                                              Page  2

                                              Salesman Ledger Report
                                                  Contracts All
                                              From 08-01-03 To 04-07-07

alesman: TORRA [BETH TORRA  7732]

| Date Contract | Current Status | Purchaser | ContNum | Status | Ocp Unit/Week | Yr | NetD Price | Down Paymt | DownP Due | DownPay DueDate | CustNum | SalesMgr | Closer | Program | SubProg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-30-03 | C 02-21-04 | KLIMOWICZ | 74372 | P | 905A-20 | 04 | 3790 | 399 | | | 023589 | ABBOTT | KEOUGH | CERT | CBOX |
| 2-01-03 | C 07-02-04 | OLIER | 74384 | | 1001A-47 | 04 | 3990 | 399 | | | 023647 | ABBOTT | REDMON | DMAIL | FSTV |
| 2-12-03 | C 12-18-03 | PENNELL | 74417 | $ | 801A-20 | 04 | 3990 | 399 | | | 023814 | ABBOTT | KEOUGH | CERT | CBOX |
| 2-13-03 | X 12-19-03 | CROWDER | 74436 | P | 903A-20 | 04 | 3990 | 399 | | | 023886 | ABBOTT | CHURCH | DMAIL | DAYDK |
| 2-14-03 | X 07-31-06 | BELL | 74443 | XUQ | 907A-21 | 04 | 3990 | 399 | | | 023928 | ABBOTT | REDMON | DMAIL | DAYDK |
| 2-30-03 | X 09-25-05 | FARRELL | 74521 | XUQ | 903A-20 | 04 | 3790 | 399 | | | 024466 | ABBOTT | REDMON | DMAIL | FSTV |
| 1-03-04 | X 01-09-04 | HRESKO | 75501 | | 202B-17 | 05 | 3990 | 399 | | | 024625 | ABBOTT | REDMON | DMAIL | OVNSY |
| 1-11-04 | C 01-15-04 | MINER | 74604 | | 701B-16 | 05 | 3990 | 399 | | | 024882 | ABBOTT | CHURCH | DMAIL | FSTV |
| 1-12-04 | X 05-29-04 | LARSEN | 74615 | | 305B-14 | 05 | 3990 | 399 | 378 | 07-12-04 | 024910 | ABBOTT | CHURCH | DMAIL | FSTV |
| 1-18-04 | X 08-07-04 | AREVALO | 74653 | P | 107B-16 | 05 | 3990 | 399 | 378 | 09-18-04 | 025087 | ABBOTT | KEOUGH | MINIVAC | OVNGR |
| 1-20-04 | C 01-24-04 | MISEVICIUS | 74669 | $ | 702B-19 | 05 | 3990 | 399 | | | 025169 | ABBOTT | KEOUGH | CERT | CBOX |
| 1-23-04 | X 02-10-04 | BURNETTHAMILT | 74678 | P | 704B-09 | 05 | 6990 | 699 | 1070 | 07-23-04 | 025204 | ABBOTT | REDMON | DMAIL | OVNSY |
| 1-24-04 | C 02-28-04 | MILLER | 74690 | | 303A-46 | 04 | 3990 | 399 | | | 025277 | ABBOTT | KEOUGH | DMAIL | DAYDK |
| 2-01-04 | C 08-01-04 | HEATH | 74721 | | 208B-21 | 05 | 3990 | 399 | | | 025472 | ABBOTT | REDMON | CERT | CBOX |
| 2-13-04 | X 02-16-04 | ROBERTS | 74790 | | 701B-21 | 05 | 3990 | 399 | 756 | 06-13-04 | 025885 | ABBOTT | CHURCH | MINIVAC | OVNGR |
| 2-17-04 | C 04-17-04 | LYNCH | 74850 | | 505B-23 | 05 | 5990 | 599 | | | 026060 | ABBOTT | CHURCH | DMAIL | OVNSY |
| 2-24-04 | X 03-05-04 | GIBSON | 74911 | | 905B-21 | 05 | 3990 | 399 | 756 | 12-24-04 | 026546 | ABBOTT | REDMON | DMAIL | FSTV |
| 2-27-04 | C 07-27-04 | BATES | 74925 | P | 507A-50 | 04 | 3590 | 359 | | | 026618 | ABBOTT | REDMON | DMAIL | FSTV |
| 2-29-04 | X 03-20-04 | POLAND | 74945 | P | 107B-21 | 05 | 3990 | 399 | | | 026710 | ABBOTT | CHURCH | MINIVAC | OVNGR |
| 3-05-04 | C 03-20-04 | POLAND | 74970 | U$ | 303B-25 | 05 | 5990 | 599 | | | 026900 | ABBOTT | TINTER | INHOUSE | MAIL |
| 3-06-04 | C 03-12-04 | SEVIGNY | 74983 | | 105B-21 | 05 | 3790 | 399 | | | 026956 | ABBOTT | REDMON | REFER | OTHER |
| 3-07-04 | X 03-19-04 | SCHULMAN | 74998 | P | 104B-21 | 05 | 3990 | 399 | | | 027042 | ABBOTT | REDMON | DMAIL | DAYDK |
| 3-13-04 | C 03-26-04 | REDMOND | 75039 | | 708B-17 | 05 | 3990 | 399 | | | 027221 | ABBOTT | CHURCH | DMAIL | OVNSY |
| 3-15-04 | C 03-26-04 | PICHE | 75065 | $ | 503B-14 | 05 | 3990 | 399 | | | 027277 | ABBOTT | REDMON | MINIVAC | OVNGR |
| 3-15-04 | C 07-16-04 | PIN | 75071 | | 901A-50 | 04 | 3590 | 359 | | | 027364 | ABBOTT | CHURCH | CERT | CBOX |
| 3-20-04 | C 04-02-04 | BIANCO | 75094 | $ | 204A-44 | 04 | 3990 | 399 | | | 027525 | ABBOTT | KEOUGH | DMAIL | OVNSY |
| 3-21-04 | X 04-03-04 | COOPER | 75117 | P | 402A-46 | 04 | 3990 | 399 | | | 027631 | ABBOTT | REDMON | DMAIL | DAYDK |
| 3-23-04 | C 08-03-04 | ASHBY | 75129 | P | 902A-50 | 04 | 3590 | 359 | | | 027701 | ABBOTT | KEOUGH | DMAIL | FSTV |
| 3-27-04 | C 04-02-04 | MCLAREN | 75141 | $ | 704B-10 | 05 | 6990 | 699 | | | 027754 | ABBOTT | TINTER | CERT | CBOX |
| 4-02-04 | X 04-09-04 | FRENCH | 75177 | P | 704B-09 | 05 | 6990 | 699 | | | 027970 | ABBOTT | REDMON | DMAIL | OVNSY |
| 4-04-04 | X 01-22-06 | KENNEDY | 75195 | PX | 402B-20 | 05 | 3990 | 399 | | | 028075 | ABBOTT | CHURCH | MINIVAC | OVNGR |
| 4-10-04 | X 04-21-04 | VINOKUROV | 75246 | PI | 704B-09 | 05 | 6990 | 699 | | | 028367 | ABBOTT | CHURCH | CERT | CBOX |
| 4-17-04 | X 04-24-04 | KENNEALLY | 75295 | P | 906B-20 | 05 | 3990 | 399 | | | 028655 | ABBOTT | KEOUGH | CERT | CBOX |
| 4-17-04 | C 04-23-04 | CAPOZZOLI | 75298 | P | 906B-48 | 05 | 3990 | 1995 | | | 028675 | ABBOTT | CHURCH | MINIVAC | OVNGR |
| 4-17-04 | X 09-18-06 | JACKSON | 75303 | PX | 906B-16 | 05 | 3990 | 399 | | | 028685 | ABBOTT | REDMON | REFER | OTHER |
| 4-18-04 | C 09-24-04 | COSTELLO | 75314 | | 905B-20 | 05 | 3990 | 3990 | | | 028704 | ABBOTT | REDMON | CERT | CBOX |
| 4-20-04 | C 04-24-04 | GREENWOOD | 75334 | $ | 905B-43 | 05 | 3990 | 399 | | | 028857 | ABBOTT | REDMON | CERT | CBOX |
| 4-23-04 | C 10-23-04 | CAMP | 75353 | | 905B-16 | 05 | 3990 | 399 | | | 028936 | ABBOTT | KEOUGH | CERT | CBOX |
| 4-23-04 | C 08-23-04 | ELISEO | 75355 | $XUQ | 403B-43 | 05 | 3790 | 399 | | | 028954 | ABBOTT | KEOUGH | DMAIL | DAYDK |
| 4-26-04 | C 05-07-04 | FOY | 75378 | P | 906B-20 | 05 | 3990 | 1995 | | | 029116 | ABBOTT | REDMON | DMAIL | OVNSY |
| 5-09-04 | C 11-09-04 | LARSON | 75443 | | 108B-20 | 05 | 3990 | 399 | | | 029541 | ABBOTT | KEOUGH | MINIVAC | OVNGR |
| 5-15-04 | C 05-28-04 | DONG | 75481 | | 605B-15 | 05 | 3990 | 399 | | | 029721 | ABBOTT | REDMON | MINIVAC | OVNGR |
| 5-18-04 | X 05-23-04 | BAUER | 75509 | | 705B-45 | 05 | 3790 | 399 | 557 | 10-18-04 | 029893 | ABBOTT | KEOUGH | DMAIL | DAYDK |
| 5-21-04 | C 11-08-04 | ALLICK | 75516 | | 408B-47 | 05 | 3990 | 399 | | | 029173 | ABBOTT | REDMON | DMAIL | OVNSC |
| 5-24-04 | X 06-12-04 | YAGOVANE | 75532 | P | 304B-20 | 05 | 3990 | 399 | 756 | 12-24-04 | 030091 | ABBOTT | CHURCH | DMAIL | OVNSC |
| 5-28-04 | C 03-28-05 | KITCHENHACK | 75546 | | 505B-50 | 05 | 3590 | 359 | | | 030165 | ABBOTT | TINTER | CERT | CBOX |
| 6-04-04 | C 06-11-04 | ERBTER | 75594 | | 206B-20 | 05 | 3990 | 399 | | | 030526 | ABBOTT | KEOUGH | CERT | CBOX |

```
ate: 04-08-07                          VACATION VILLAGE IN THE BERKSHIRES                                              Page   3

                                                Salesman Ledger Report
                                                   Contracts All
                                              From 08-01-03 To 04-07-07

alesman: TORRA [BETH TORRA  7732]


  Date      Current                              Sta-         Ocp NetD  Down  DownP DownPay
ontract    Status    Purchaser      ContNum      tus Unit/Week Yr Price Paymt  Due  DueDate   CustNum SalesMgr Closer   Program  SubProg
-------    ---------- -----------   --------    --- ---------- -- ----- -----  ----  -------   ------- -------- ------  -------  -------
6-05-04 C 10-12-04 JENSEN           75607       A$   505B-15  05  3990   399                   030597  ABBOTT   REDMON   CERT    CBOX
6-05-04 X 06-06-04 ABRAMOV          75612       P    107B-20  05  3990   399                   030612  ABBOTT   KEOUGH   CERT    CBOX
6-08-04 X 08-27-05 BRANTLEY         75639       PAN  107B-20  05  3790   399                   030788  ABBOTT   CHURCH   DMAIL   DAYDK
                                                X
6-11-04 X 06-19-04 TREXLER          75644       P    405B-43  05  3990   399   756 03-11-05    030817  ABBOTT   CHURCH   DMAIL   OVNSY
6-11-04 C 06-18-04 HEALEY           76648            605B-19  05  3990  3990                   030842  ABBOTT   KEOUGH   CERT    CBOX
6-13-04 C 06-25-04 ARMSTRONG        75659            406B-19  05  3990   399                   030900  ABBOTT   REDMON   CERT    CBOX
6-14-04 C 07-13-04 BERKERY          75667       $    605B-17  05  3790   399                   031017  ABBOTT   KEOUGH   DMAIL   DAYDK
6-20-04 C 06-28-04 HOWELL           75708            205B-47  05  3990   399                   031209  ABBOTT   CHURCH   CERT    CBOX
6-28-04 C 07-09-04 LEVINE           75774       $    604B-17  05  3990   399                   031664  ABBOTT   CHURCH   CERT    CBOX
6-29-04 R 06-29-04 LEWIS            75790       PXU  606B-14  05  3990   399                   031733  ABBOTT   REDMON   CERT    CBOX
                                                Q
7-05-04 C 07-16-04 TSAI             75837            11070-40 05  9490   999                   032073  MASSACON REDMON   CERT    CBOX
7-11-04 C 07-19-04 CAREY            75910            2040-12  05 10440  1099                   032375  MASSACON CHURCH   MINIVAC OVNGR
7-13-04 C 07-23-04 TRIPP            75945            1060-16  05  7990   799                   032560  MASSACON REDMON   CERT    CBOX
7-16-04 X 07-23-04 MASLER           75962       P    3020-13  05 10990  5495                   032671  MASSACON CHURCH   CERT    CBOX
7-24-04 C 07-30-04 KIRSCHNER        76016            10120-37 05  9490  4995                   033089  MASSACON KEOUGH   CERT    CBOX
7-30-04 C 08-13-04 GRAY             76067            9010-13  05  9990   999                   033406  MASSACON CHURCH   CERT    CBOX
8-09-04 X 08-14-04 HU               76171       P    8070-12  05  9990   999                   034116  MASSACON CHURCH   DMAIL   OVNSY
8-20-04 C 08-27-04 TAVARES          76255       S    10110-12 05  9990   999                   034771  MASSACON REDMON   CERT    CBOX
8-23-04 C 08-27-04 MAYER            76297            1008B-47 05  3990   399                   035063  ABBOTT   REDMON   CERT    CBOX
9-07-04 C 02-15-05 FERNANDEZ        76433       PN   10010-45 05  7990   799                   035974  MASSACON KEOUGH   MINIVAC OVNGR
9-11-04 C 09-19-04 SCHOENER         76451            9080-17  05  7990   799                   036126  MASSACON KEOUGH   MINIVAC SDVGR
9-17-04 C 09-25-04 ROWE             76485            12010-11 05 10990  1099                   036369  MASSACON CHURCH   CERT    CBOX
9-24-04 C 11-13-04 DELNEGRO         9292             1206-38  05 15990  1599                   036699  MERCURIO KEOUGH   DMAIL   DAYDK
0-02-04 C 03-26-05 CHIODO           76595       P    10060-45 05  7990   799                   037134  MERCURIO KEOUGH   REFER   OWN
0-03-04 C 10-15-04 BERTONE          76605            7080-21  05  7990   799                   037206  MASSACON REDMON   MINIVAC OVNGR
0-11-04 C 10-22-04 CORONA           76688       $    4030-12  05 10990  1099                   037697  MASSACON REDMON   DMAIL   OVNSY
0-23-04 C 01-23-05 MIRANDA          76778       %ZN  2010-43  05  7590   799                   038331  MASSACON CHURCH   MINIVAC OVNGR
0-24-04 C 11-03-04 BIDNICK          76788            6010-21  05  7990   799                   038409  MASSACON KEOUGH   MINIVAC OVNGR
0-29-04 X 11-06-04 COHEN            76813       P    8060-18  05  7990   799                   038590  MASSACON KEOUGH   DMAIL   OVNSC
1-13-04 C 11-21-04 FREY             76942       $    6080-36  05  9990   999                   039170  MERCURIO KEOUGH   MINIVAC OVNGR
1-19-04 X 02-20-05 DOWNS            76965       PX   603E-46  06  7990   799  1174 05-19-05    039310  MERCURIO REDMON   MINIVAC SDVGR
1-21-04 C 12-03-04 SCHILD           76999       $    4010-13  05  9990   999                   039432  MERCURIO KEOUGH   DMAIL   DAYDK
1-26-04 X 12-10-04 FELDBEIN         77016            5040-46  05  7990   799                   039567  MERCURIO REDMON   MINIVAC OVNGR
1-27-04 C 12-10-04 GLUCKFIORE       77024            3010-45  05  7990   799                   039596  MERCURIO TINTER   CERT    CBOX
1-15-05 X 12-18-05 JACKSON          77190       X    10090-50 05  7590   759   384 07-15-05    040728  MERCURIO GRAF     MINIVAC OVNGR
1-16-05 R 01-16-05 BASBAGILL        77195       XUQ  13020-42 05  9990   999                   040772  MERCURIO KEOUGH   DMAIL   OVNSC
1-28-05 C 02-11-05 CARDEN           77238            8080-46  05  7990   799                   041056  MERCURIO MCGOVERN DMAIL   DAYDK
2-09-05 C 02-13-05 GONZALEZ         1446        U$   1212-06  06  6000  7327                   041380  ASERR    TINTER   INHOUSE OWN
2-12-05 X 02-18-05 MOORE            10240       UQX  3020-42  05  6040  1200                   041474  ASERR    TINTER   INHOUSE AOP
2-19-05 X 02-26-05 MOORE            10247       X    1101E-01 06  7040  1248  1248 02-28-05    041474  ASERR             INHOUSE AOP
2-20-05 C 02-25-05 BLAIS            1451        UQ   1212-34  05  8000  2413                   041803  ASERR    TINTER   INHOUSE AOP
2-20-05 C 02-25-05 MOSHER           10249       UQ$  306E-24  06  6000  3990                   041814  ASERR    TINTER   INHOUSE AOP
2-23-05 C 03-03-05 STAPLETON        1454        UQ   605-30   05 12000  1899                   041991  ASERR    TINTER   INHOUSE OWN
2-27-05 C 03-10-05 CHAMBROVICH      10255       UQ$  3050-52  05  8000  1599                   042169  ASERR    TINTER   INHOUSE AOP
3-06-05 C 03-18-05 ROGERS           10259       UQ$  403E-26  06  7000  8190                   042429  ASERR    TINTER   INHOUSE AOP
3-12-05 C 03-18-05 HILKE            1466        UQ   1206-02  06  7090  9900                   042601  ASERR    TINTER   INHOUSE AOP
```

```
te: 04-08-07                       VACATION VILLAGE IN THE BERKSHIRES                                Page  4

                                        Salesman Ledger Report
                                            Contracts All
                                       From 08-01-03 To 04-07-07

alesman: TORRA [BETH TORRA  7732]


 Date      Current                            Sta-            Ocp NetD   Down  DownP DownPay
ontract    Status   Purchaser       ContNum   tus Unit/Week   Yr  Price  Paymt Due   DueDate   CustNum SalesMgr  Closer    Program   SubProg
-------   ----------  -------------  --------  --- ------------ -- -----  ----- ----- ---------  -------  --------  --------  --------  --------
3-16-05 C 03-26-05 JACKSON           1471     UQ   1301-11     06  6000   1699                   042716  ASERR     TINTER    INHOUSE   OWN
3-20-05 C 04-01-05 IAMS             10262     U    1105E-26    06  9000   3990                   042773  ASERR     TINTER    INHOUSE   AOP
3-30-05 C 04-09-05 JEMISON           1487     UQ   1303-26     06  8000  10990                   043196  ASERR     TINTER    INHOUSE   OWN
4-03-05 C 04-15-05 MOORE            10270     %XU  303C-30     06  6640    699                   043367  ABBOTT    TINTER    INHOUSE   AOP
                                              Q
4-09-05 X 04-12-05 EDWARDS           1492     XUQ  1305-07     06  8000   3206                   043477  ASERR     TINTER    INHOUSE   AOP
5-07-05 C 05-13-05 JOHNSON           1504     UQ$  402-28      06  8000  22990                   044400  ASERR     TINTER    INHOUSE   AOP
5-17-05 C 05-21-05 WATSON            1512     $UQ  1309-35     06  8090   7900                   044727  ASERR     TINTER    INHOUSE   OWN
5-21-05 C 05-28-05 DELUCIA           1516     U    1306-52     05  6000   2199                   044837  ASERR     TINTER    INHOUSE   MAIL
5-29-05 C 07-01-05 PIASECKI         10308     UQN  201E-27     06  6000  10990                   045073  ASERR     TINTER    INHOUSE   AOP
5-30-05 C 06-04-05 JANELLE          10310     Z$   801C-19     06  3990   1995                   045173  ABBOTT    TINTER    INHOUSE   EXCH
6-07-05 C 06-17-05 PAWLAK           10317     UQ   1106E-28    06  7000   9990                   045433  ASERR     TINTER    INHOUSE   OWN
6-29-05 C 07-25-05 PUENTE            1545     UQ   1312-26     06  6000   1984                   046241  ASERR     TINTER    INHOUSE   OWN
8-09-05 C 08-23-05 GORMLEY           1578     UQ$  103-31      06  6000   2210                   048215  NONE      TINTER    INHOUSE   OWN
8-09-05 C 08-23-05 KINLAN            1579     UQ$  1307-32     06  6000   2178                   048260  NONE      TINTER    INHOUSE   OWN
8-17-05 C 08-30-05 SYMINGTON         1585     UQZ  1402-31     06  6000  12449                   048718  NONE      TINTER    INHOUSE   OWN
                                              $
8-21-05 C 09-04-05 SCHARF            1586     UQP  1401-05     06  6000  10990                   048911  NONE      TINTER    INHOUSE   OWN
                                              R$
8-22-05 C 09-05-05 AHMAD             1587     UQZ  608-32      06  9000  12990                   048965  NONE      TINTER    INHOUSE   OWN
                                              $
8-29-05 C 09-12-05 LEW               1592     UQ   1403-41     06  6000   2236                   049411  ALEXANDE  TINTER    INHOUSE   OWN
8-31-05 C 09-13-05 LEWIS            10342     UQ$  1207E-12    06  6000   3990                   049521  ALEXANDE  TINTER    INHOUSE   OWN
9-07-05 C 09-20-05 FRACE             1604     UQ$  1309-30     06  8090  22990                   049825  ALEXANDE  TINTER    INHOUSE   OWN
9-07-05 X 09-13-05 STITH             1605     UQX  1403-51     06  7000   1832   528 10-07-05    049832  ALEXANDE  TINTER    INHOUSE   OWN
9-14-05 C 09-27-05 MORIGI            1610     UQ$  1308-32     06  6000  16990                   050099  ALEXANDE  TINTER    INHOUSE   OWN
9-27-05 X 09-30-05 MOORE             1621     %X   1102-40     06 15190   1599                   050576  ALEXANDE  MCGOVERN  INHOUSE   EXCH
0-09-05 C 10-23-05 SHAUNFIELD       10354     $    108C-47     06  3990   3990                   051032  ABBOTT    MCGOVERN  INHOUSE   EXCH
0-11-05 C 10-25-05 BLOOD            10376     UQ$  202E-33     06  7000  12990                   051199  ALEXANDE  MCGOVERN  INHOUSE   OWN
0-16-05 X 11-27-06 CAVALIERE        10413     ZXU  407E-33     06 12990   1299                   051401  ALEXANDE  MCGOVERN  INHOUSE   EXCH
                                              Q
1-01-05 C 11-15-05 WIEDENHEFT        1671     UQ$  1405-34     06  6000  12990                   052064  ALEXANDE  MCGOVERN  INHOUSE   OWN
1-02-05 C 11-15-05 PARKINSON         1673     UQ   1406-33     06  9090   9900                   052004  ALEXANDE  ECKLUND   INHOUSE   OWN
1-11-05 C 01-27-06 WILLIAMS         10528     N%   1407E-36    06  9490    999                   052299  ALEXANDE  ECKLUND   INHOUSE   EXCH
1-20-05 C 12-05-05 CHERRY           10583     UQZ  1408E-23    06  6000   4995                   052504  ALEXANDE  MCGOVERN  INHOUSE   OWN
                                              $
1-27-05 C 12-11-05 EKSTROM          10611     %    1408E-36    06  9490    999                   052869  ALEXANDE  MCGOVERN  INHOUSE   EXCH
2-17-05 C 12-31-05 PICKFORD         10653     UQ$  7050-09     07  7000   1099                   053128  ALEXANDE  MCGOVERN  INHOUSE   AOP
2-18-05 C 01-02-06 DIAZ             10664          1101E-34    06 12990   1299                   053181  ALEXANDE  MCGOVERN  INHOUSE   EXCH
2-19-05 C 01-21-06 OWENS             1720     UQ   1408-31     06  8000   3838                   053200  ALEXANDE  MCGOVERN  INHOUSE   MAIL
2-28-05 C 01-09-06 PARI              1723     UQ   1403-11     07  6000   1984                   053303  ALEXANDE  MCGOVERN  INHOUSE   OWN
1-08-06 C 01-22-06 ARGEL             1730     UQ   803-04      07  6000   5903                   053522  ALEXANDE  MCGOVERN  INHOUSE   AOP
1-15-06 C 01-29-06 BLOMBERG          1748     UQ   1403-04     07  7000   1699                   053708  ALEXANDE  MCGOVERN  REFERRAL  AOPAR
1-16-06 C 01-30-06 GIANFRANCESCO     1752     $UQ  1403-09     07  7000  16990                   053737  ALEXANDE  MCGOVERN  REFERRAL  AOPAR
1-21-06 C 02-04-06 KALVIN           10762     UQ   5010-10     07  7000   3990                   053841  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
1-21-06 X 12-23-06 EUBANKS           1764     UQX  1409-03     07  7000   9990                   053863  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
1-29-06 C 02-12-06 GOMELSKY          1780     Z%   1409-02     07 16140   8495                   054131  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
1-30-06 C 02-13-06 BEATRICE          1785     $    1308-09     07 16990   1699                   054169  ALEXANDE  KEOUGH    INHOUSE   OTHER
```

```
ate: 04-08-07                          VACATION VILLAGE IN THE BERKSHIRES                                Page   5

                                             Salesman Ledger Report
                                                  Contracts All
                                             From 08-01-03 To 04-07-07

alesman: TORRA [BETH TORRA  7732]

 Date     Current                             Sta-           Ocp NetD  Down  DownP DownPay
ontract   Status    Purchaser    ContNum      tus Unit/Week  Yr  Price Paymt Due   DueDate  CustNum  SalesMgr  Closer    Program   SubProg
-------   --------- ------------ -------      --- ---------- --  ----- ----- ----- --------  -------  --------  --------  --------  --------
1-31-06 C 02-13-06 FRITCH        1786         UQ  1403-30    06   6000  3065                  054200  ALEXANDE  MCGOVERN  INHOUSE   OWN
2-05-06 C 02-19-06 WALEWSKI      1794         UQ$ 1312-09    07   6000 16990                  054305  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
2-11-06 C 02-25-06 DAY           1810         UQ   401-31    06  11090  5569                  054479  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
2-12-06 C 02-26-06 MILES         1812         UQ$  104-10    07   6000 16990                  054447  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
2-12-06 C 02-26-06 COLLIER       1813         UQ  1409-31    06   6000 16990                  054540  ALEXANDE  MCGOVERN  INHOUSE   OWN
2-22-06 C 03-06-06 GRAZIANI      1833         UQ  1410-31    06   6000 16990                  054926  ALEXANDE  KEOUGH    INHOUSE   OWN
2-25-06 X 03-07-06 GORDON        1838         UPX 1408-30    06   8000 14990                  055032  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
2-26-06 X 03-06-06 VARGAS        1841         UQX 1411-01    07   6000  1699                  055114  ALEXANDE  MCGOVERN  INHOUSE   OWN
3-04-06 C 03-18-06 CHIARENZA     10970        UQ  12110-25   07   7000  3990                  055253  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
3-10-06 C 03-24-06 GLEN          1862         U   1411-09    07   7090  3871                  055484  ALEXANDE  ECKLUND   OTHER     WALKIN
3-12-06 C 03-26-06 HUZAR         1869         UQ$ 1207-27    07  12000 22990                  055570  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
3-19-06 C 04-02-06 GOLAS         1885         U$  1303-31    06  11000  2935                  055815  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
3-25-06 C 04-08-06 GLAVES        1891         UQ  1411-24    07   7000 17065                  055987  ALEXANDE  MCGOVERN  INHOUSE   OWN
3-27-06 C 04-10-06 RUSSELL       11080        UQZ 9040-26    07   7000  9990                  056106  ALEXANDE  MCGOVERN  INHOUSE   OWN
4-02-06 C 04-16-06 KILPATRICK    1898         UQ$ 1411-01    07  16090  7900                  056227  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
4-02-06 X 04-08-06 JORGE         11105        UQP 2010-28    07   7000  9990                  056264  ALEXANDE  MCGOVERN  INHOUSE   OWN
                                              X
4-08-06 C 04-22-06 FUSCO         11131        Z   1110C-47   06   4990   499                  056437  ABBOTT    MCGOVERN  INHOUSE   OWN
4-09-06 C 04-23-06 PINETTE       11142             402C-35   06   5990   599                  056454  ABBOTT    MCGOVERN  INHOUSE   AOPAR
4-19-06 C 05-01-06 HERNANDEZ     11209        UQ  14120-01   07   6000  1399                  056965  ALEXANDE  MCGOVERN  INHOUSE   OWN
4-23-06 C 05-07-06 BURNS         11238        UQZ 4040-34    07  10000  3990                  057158  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
5-08-06 C 05-22-06 MAMEDYAROV    11302        UZ  4030-35    07  10000  3990                  057565  ALEXANDE  MCGOVERN  INHOUSE   OWN
5-13-06 C 05-27-06 GOULD         1945         UQ  1101-32    07  14000  4662                  057658  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
5-14-06 C 06-19-06 HATFIELD      1948         UQN 1407-32    07  14000  3720                  057716  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
5-15-06 C 05-29-06 BUCKLEY       11329             303C-39   06   5990   599                  057753  ABBOTT    MCGOVERN  INHOUSE   EXCH
5-27-06 C 06-10-06 PLISKIN       1964         UQ   208-32    07  12000 11495                  058051  ALEXANDE  APKIN     INHOUSE   AOPAR
5-29-06 C 06-12-06 BRADLEY       11408        UQP 13100-38   07  10000  3829                  058222  ALEXANDE  MCGOVERN  INHOUSE   OWN
                                              R
6-17-06 C 07-01-06 WESTGATE      11490        U   12070-09   07  10000  3990                  058784  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
6-20-06 C 07-03-06 GRIMES        11518             906C-47   06   4990   499                  058933  ABBOTT    MCGOVERN  INHOUSE   EXCH
6-21-06 C 07-03-06 MATIAS        1995         UQZ 1405-32    07   7000 14158                  058953  ALEXANDE  MCGOVERN  INHOUSE   OWN
6-24-06 C 07-08-06 TAYLOR        1999         US  2003-37    07   6000  9990                  059033  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
6-24-06 C 07-08-06 MCCOY         2008         U   2003-38    07   9000  1699                  059042  ALEXANDE  APKIN     INHOUSE   AOPAR
7-02-06 C 07-16-06 DAIGLE        2019         U   1407-06    07   6000  1699                  059408  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
7-09-06 C 07-23-06 MCMENEMON     11625        U   14080-38   07   6000  1399                  059770  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
7-09-06 C 07-23-06 CAVALIERE     2035         UZ  2003-33    07   6000 10825                  059802  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
7-16-06 C 07-30-06 FURMAN        2043         U   2003-06    07   8000  2399                  060162  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
7-18-06 X 07-28-06 LICHT         11713       %ZX  5080-28    07  16140  8495                  060273  ALEXANDE  MCGOVERN  INHOUSE   EXCH
7-23-06 C 08-06-06 WRIGHT        2051         U   2004-39    07   6000  1599                  060486  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
7-24-06 C 08-07-06 FAFARD        11756        %   13110-39   07  13290  1399                  060576  ALEXANDE  MCGOVERN  INHOUSE   EXCH
7-26-06 C 08-07-06 MONCUR        2059         Z   2005-37    07   7000 16990                  060683  ALEXANDE  MCGOVERN  INHOUSE   OWN
7-30-06 C 08-13-06 SPEECKAERT    2061         UZR 2005-38    07   6000 10990                  060843  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
7-31-06 C 08-14-06 POWERS        11810            1008A-47   07   4990   499                  060943  ABBOTT    MCGOVERN  INHOUSE   EXCH
8-03-06 C 08-14-06 MAHONEY       11826        U   12080-28   07   7000  7990                  061058  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
8-07-06 C 08-21-06 DOWLING       2077         U   1409-26    07   7000 15324                  061334  ALEXANDE  APKIN     INHOUSE   OWN
8-21-06 C 09-04-06 ALEJO         2104         U    103-28    07  10000 12990                  062160  ALEXANDE  MCGOVERN  INHOUSE   OWN
8-29-06 C 09-11-06 MARGISON      2113         UZ  1412-31    07   6000 10532                  062630  ALEXANDE  MCGOVERN  INHOUSE   OWN
9-10-06 C 09-24-06 LESHCHISHIN   12126        UZ  14010-37   07   6000  7990                  063272  ALEXANDE  MCGOVERN  INHOUSE   AOPAR
```

```
ate: 04-08-07                        VACATION VILLAGE IN THE BERKSHIRES                                    Page   6

                                            Salesman Ledger Report
                                                 Contracts All
                                           From 08-01-03 To 04-07-07

alesman: TORRA [BETH TORRA  7732]

 Date      Current                          Sta-         Ocp NetD  Down  DownP DownPay
ontract    Status    Purchaser    ContNum   tus Unit/Week Yr Price Paymt Due   DueDate   CustNum  SalesMgr Closer   Program  SubProg
-------    --------- ---------    --------  --- --------- -- ----- ----- ----- --------  -------  -------- -------- -------- --------
0-01-06 C 10-15-06 FORCE         12261          101A-16   07  4990   499                  064220  ABBOTT   ECKLUND  INHOUSE  AOPAR
0-03-06 C 10-16-06 LAWRENCE       2165      U   2006-30   07 11000  3212                  064345  ALEXANDE MCGOVERN INHOUSE  OWN
0-07-06 C 10-21-06 DWYER         12306      U   14100-51  07  7000  1939                  064491  ALEXANDE MCGOVERN INHOUSE  AOPAR
0-10-06 C 10-23-06 BRINK         12348      S   2005A-46  07  4990  4990                  064717  ABBOTT   MCGOVERN INHOUSE  EXCH
0-21-06 C 11-17-06 DIXON         12421      UZ  12070-30  07  6000 10990                  065200  BRADYC   MCGOVERN INHOUSE  AOPAR
0-22-06 C 11-05-06 NIX           12430      U   12100-30  07  6000 10990                  065259  BRADYC   MCGOVERN INHOUSE  AOPAR
0-22-06 C 11-05-06 RUSSELL       12436      UP  13030-30  07  7000  2782                  065303  BRADYC   MCGOVERN INHOUSE  AOPAR
0-23-06 C 11-06-06 SKINNEY        2193      UZ  2007-28   07 14090 13495                  065315  BRADYC   MCGOVERN INHOUSE  OWN
0-28-06 C 11-11-06 THONE         12465      U   20020-30  07  7000  2834                  065537  BRADYC   MCGOVERN INHOUSE  AOPAR
0-29-06 C 11-12-06 BARTOLOZZI    12476      U   603E-01   08 10000  3990                  065577  BRADYC   MCGOVERN INHOUSE  AOPAR
0-31-06 C 11-13-06 MCGRATH       12495          2007A-16  07  4990   499                  065674  ABBOTT   MCGOVERN INHOUSE  EXCH
1-01-06 C 11-13-06 BROWN          2210      U$  2006-10   08 10495 16990                  065680  BRADYC   MCGOVERN INHOUSE  OWN
1-01-06 C 11-13-06 BROWN          2211      %$  1406-43   07 12340 12990                  065680  BRADYC   MCGOVERN INHOUSE  OWN
1-04-06 C 11-18-06 MASCHI        12513      Z   2007A-47  07  4990  2495                  065775  ABBOTT   MCGOVERN INHOUSE  AOPAR
1-11-06 C 11-25-06 CYMERMAN       2226      U   2102-08   08  7000  3219                  066010  BRADYC   MCGOVERN INHOUSE  AOPAR
1-12-06 C 11-26-06 JOHNSON       12577          2007A-15  07  4990   499                  066143  ABBOTT   MCGOVERN INHOUSE  AOPAR
1-18-06 C 12-02-06 DIOMEDE       12595      U$  20070-25  07  7000 16990                  066270  BRADYC   MCGOVERN INHOUSE  AOPAR
2-16-06 X 12-22-06 RUIZ         163257G     GUQ PK15708-34 07  7000  8990                  067095  BRADYC   MCGOVERN INHOUSE  CRPW
                                             X
2-27-06 C 01-08-07 MORRIS         2268      U   805-01    08 13000 10990                  067270  BRADYC   MCGOVERN INHOUSE  AOPAR
1-08-07 C 01-22-07 ANTONACCI      2287      UZY 2102-07   08 12000 16990                  067733  BRADYC   TINTER   INHOUSE  OWN
1-09-07 X 01-12-07 LORENZO        2288      PX  2103-07   08 28990  2899                  067740  BRADYC   MCGOVERN INHOUSE  OTHER
1-13-07 C 01-22-07 ZGODA        163264G     GUQ PK15708-21 08  6500  9490                  067836  BRADYC   MCGOVERN INHOUSE  CRPW
                                             ZY
1-15-07 C 01-26-07 THARRINGTON  580211G     GCY GPNWE01-11 08  2995   599                  067917  BRADYC   MCGOVERN INHOUSE  CRPW
1-21-07 C 01-29-07 SHEEHAN      163268G     GUQ PK15708-17 08  7000  1899                  068137  BRADYC   GURLEY   INHOUSE  CRPW
                                             Y
1-27-07 C 02-05-07 MORIN        163271G     UQG PK15708-28 08  9000  2574                  068316  BRADYC   MCGOVERN INHOUSE  CRPW
                                             Y
1-29-07 C 02-08-07 LANCASTER    163275G     GYZ PK15708-20 08 15990  1599                  068447  BRADYC   GURLEY   INHOUSE  EXCH
2-04-07 C 02-18-07 KIM            2309      UY  2103-02   08 13000 10990                  068610  BRADYC   ECKLUND  INHOUSE  AOPAR
2-10-07 C 02-24-07 FENWICK       12981      UY  21080-33  07 10000  1399                  068761  BRADYC   ECKLUND  INHOUSE  AOPAR
2-11-07 C 02-25-07 RAMIREZ       13001      UY  2002E-24  08 10000  3990                  068868  BRADYC   ECKLUND  INHOUSE  AOPAR
2-24-07 C 03-05-07 DESAUTELS    163281G     GUQ PK15708E-35 08  6000  1099                068/366  BRADYC   GURLEY   INHOUSE  CRPO
                                             Y
2-25-07 C 03-11-07 HAVEY         13081      UY  21070-41  07  6000  1593                  069422  BRADYC   ECKLUND  INHOUSE  AOPAR
2-26-07 C 03-12-07 KOEMM          2332      UZY 102-27    07 12000 16990                  069466  BRADYC   FOISY    INHOUSE  OWN
3-12-07 C 03-23-07 OLIVER       163288G     YGU PK15706-07 08  8000 10990                  069982  BRADYC   MCGOVERN INHOUSE  CRPWSDV
                                             QZ
4-01-07 S 04-01-07 DOYON         13293      UZY 2108E-24  08  6000  7990                  070646  BRADYC   ECKLUND  INHOUSE  AOPAR
4-07-07 S 04-07-07 BLANK         13335      YU  1209E-28  08  6000  2047                  070900  BRADYC   GURLEY   INHOUSE  AOPAR
```

Date: 04-08-07                         VACATION VILLAGE IN THE BERKSHIRES                              Page 7

Salesman Ledger Report
Contracts All
From 08-01-03 To 04-07-07

Salesman: TORRA [BETH TORRA  7732]

| Date Contract | Current Status | Purchaser | ContNum | Sta-tus | Unit/Week | Ocp Yr | NetD Price | Down Paymt | DownP Due | DownPay DueDate | CustNum | SalesMgr | Closer | Program | SubProg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

|  | Sales | Weeks | NetDPrice | Down Pay | DP Due | % Price | % Sales |
|---|---|---|---|---|---|---|---|
| Total   | 261 | 261 | 1751308 | 974741 | 10498 |    |    |
| Sale    | 2   | 2   | 12000   | 10037  |       | 1  | 1  |
| Close   | 206 | 206 | 1400515 | 870912 |       | 80 | 79 |
| Cancel  | 49  | 49  | 316833  | 91596  | 9742  | 18 | 19 |
| Rewrite | 4   | 4   | 21960   | 2196   | 756   | 1  | 2  |

| Tours | 1039 |
|---|---|
| Sales Total | 261 | Efficiency | 25.1% | 6710/Sale | 1686/Tour |
| Sales Net   | 212 | Efficiency | 20.4% | 6766/Sale | 1381/Tour |