# Registry of Deeds

William Francis Galvin, Secretary of the Commonwealth
Berkshire North - Frances T. Brooks, Register

Home | Search | Index | Feedback | Contact

Registry Home | Select Another Registry | Registry of Deeds Search | Contact Us | Help | F.A.Q

← Back

| Town: HANCOCK | | | | | |
|---|---|---|---|---|---|
| Number | File Date | Type Desc. | # Pgs. | Book/Page | Consideration |
| 9097 | 08/12/2004 | TIMESHARE DEED | 1 | 01170/260 | 3,990.00 |

| Street# | Street Name | Description |
|---|---|---|
| | BRODIE MOUNTAIN ROAD | |

| Grantor | PATRIOT RESORTS CORP |
|---|---|
| Grantee | BROWN JOSEPH V  BROWN JULIA I |

- Quick Document Viewer  Click here for Printing Instructions.
- High Quality Viewer  (Requires TIFF Plug-In) Click here for Instructions.
- Download the Document Pages  (Requires TIFF Viewer) Click Here for Instructions.

For best results use Internet Explorer 5 and above or Netscape 6 and above.

Home | Search | Index | Feedback | Contact

©1996-2003 Secretary of the Commonwealth of Massachusetts. The documents provided in this web site are for informational purposes only. To obtain an official copy of any free document or publication, please contact the Secretary of the Commonwealth of Massachusetts, District Registry of Deeds.

CONTRACT # 73541

3990