Date: APR 8 07
Salesrep: BETH TORRA
Owner Name: JOSEPH + JULIA BROWN
Contract Number: 73541

Please circle the subject matter, and describe your question in detail on the lines provided, and the appropriate individual will return this sheet with a follow up.

Commissions:

50% Down   /   3 Timely Monthly Payments   /   Insurance Deductions   /   Misc

1. REFUSED PAC - BOUGHT 8/31/03
   CLOSED 3/21/04

***************************************************************************

FOLLOW UP / PERSON: Faith

finding out from Marci - These people are bad pays - No timely pymts. Please contact me in a wk to follow up if you don't hear from me by then :)
— Thanks