Date: APR 8 07
Salesrep: BETH TONRA
Owner Name: VINCENT BRANTLEY
Contract Number: 75639

Please circle the subject matter, and describe your question in detail on the lines provided, and the appropriate individual will return this sheet with a follow up.

Commissions:

50% Down  /  3 Timely Monthly Payments  /  Insurance Deductions  /  Misc

1. WRITTEN 06/08/04    CLOSED 10/15/04

***************************************************************

FOLLOW UP / PERSON: Faith

CXL'd - 8-27-05