Date _Apr 8, 07_

Salesrep _Beth Torra_

Owner Name _Starlette Bates_

Contract Number _74925_

Please circle the subject matter, and describe your question in detail on the lines provided, and the appropriate individual will return this sheet with a follow up.

Commissions:

50% Down   /   3 Timely Monthly Payments   /   Insurance Deductions   /   Misc

1. REFUSED PAC - BOUGHT 2/27/04
   CLOSED 7/27/04

_____

_____

_____

_____

**************************************************

FOLLOW UP / PERSON _Faith_

Finding out from Marci -
These people are bad pays - 50 days
late - No timely pymts. Please contact
me in a wk to follow up if you
don't hear from me by then :)
                    Thanks