Date: Apr 8, 07
Salesrep: BETH TORRA
Owner Name: LORRAINE JACKSON
Contract Number: 75303

Please circle the subject matter, and describe your question in detail on the lines provided, and the appropriate individual will return this sheet with a follow up.

Commissions:

50% Down  /  3 Timely Monthly Payments  /  Insurance Deductions  /  Misc

1. WRITTEN 04/17/04    CLOSED 12/18/04

***********************************************************************

FOLLOW UP / PERSON: Faith

CXLD - 9-18-06