UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-CV-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : |
| v. | : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : |

AFFIDAVIT OF JOHN JULIANO

1. My name is John Juliano and I worked at Vacation Village from February 11, 2005 until May, 2006 as a sales person.

2. During my employment at Vacation Village, I was paid commissions for sales that I made, according to the payment policies of Vacation village.

3. According to my contract with Vacation Village, I earned my commission upon the closing of a sale.

4. A "closing" occurred in the case of financed sales, when a customer had made her/his deposit, the rescission periods had passed, and the company began to have access to the customer's funds and interest.

5. Patriot Resorts had an exception to payment of commissions after a financed sale "closing" occurred—a commission for a salesperson was not considered "earned" until the customer had made three consecutive and timely payments after the closing.

6. This meant that if I made a sale, and the purchaser made late payments for many months, I would not be paid my commission even though Vacation Village was receiving its money.

7 I still have not been paid on thirty six deals in which I sold a timeshare to a customer.

8. I spoke with Rod Lewis about the first few deals on which I was not getting paid, some time in 2005.

9. Mr. Lewis told me that he would look into it, and he would have to call Florida.

10. After two weeks passed with no response, I went to Faith Lippert, and filled out a group of forms, like status sheets, describing all of the deals.

11. Faith would tell me things like the customer had not made three timely payments, or had not submitted a preauthorized check.

12. This went on and on a few times, and I was then moved from the exit department to the front line department, and then I had ten or fifteen sales on the front line, and got paid on about seven of those.

13. I was asked to volunteer for "in house", which I agreed to but only under pressure.

14. I then started selling very successfully, but then not getting paid on my deals.

15. I was then told again that the reason for the non-payment of my commissions was the failure to make three timely payments.

16. I then went to my department manager, Clifford Alexander, about my not getting paid commissions, and he told me to calm down and not look a gift horse in the mouth, and to be thankful I had a job

17. After a few days, I went back to Rod Lewis again and said that I was not getting paid on my deals.

18. Mr. Lewis again said he would look into it.

19. I also went to the assistant line director, Paul Stensland, again complaining about my lack of commission payments, and he said to take it up with Faith.

20. On my salesmen ledger report, I have highlighted all of the deals on which I never received any commission payment.  The salesmen ledger sheet is attached to this Affidavit as Exhibit 1.

21. Exhibit 1 shows that many of the deal on which I never received payment, were not canceled, as they are noted with a "C" (meaning closed) in the second column, rather then an "X" which means canceled, and therefore must still be good business.

22. This means that Vacation Village has been receiving its payments on those deals, yet I never received my commission

23. As to the nineteen canceled deals, eleven are still listed at the local Registry of Deeds as being unsold, and not foreclosed upon, meaning they are still in the hands of the owners.

3

24. On some of these thirty-six deals, I have never received any information from the defendants about why I did not receive commissions.

25. On others, I have just been told that they did not get a PAC check, or they did not make timely payments.

26. Had I received the commissions to which I was entitled, I believe I would have received something like $30,000-$40,000.

27. I sent a list of deals to Faith Lippert on September 12, 2006 and asked to be paid on the deals, but I never received any response.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/17/07                                              /s/John Juliano
                                                           JOHN JULIANO

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

                                                           /s/ Joel Feldman
                                                           Joel Feldman