```
ate: 05-29-06                    VACATION VILLAGE IN THE BERKSHIRES                              Page 40
                                        Salesman Ledger Report
                                            Contracts All
                                        From 05-01-05 To 05-29-06

alesman: JULIANO [JOHN JULIANO  1536]

 Date        Current                              Sta-       Ocp NetD  Down  DownP DownPay
ontract      Status    Purchaser      ContNum     tus Unit/Week Yr Price Paymt  Due   DueDate  CostNum SalesMgr Closer   Program  SubProg
--------- --------- ------------- ---------- ------ ------------ -- ----- ----- ----- --------- ------- -------- -------- -------- --------
05-01-05 X 05-02-05 SPRING         77794      PN$ 107C-15  06  3790  399   557 11-01-05 044298  ABBOTT   MCGOVERN CERT     CBOX
                                               X
05-08-05 X 05-13-05 CLARK          77808      PNX 101C-18  06  3990  399   756 08-07-05 044404  ABBOTT   KEOUGH   MINIVAC  OVNGR
05-13-05 C 05-20-05 ANDERSON       77829          905C-20  06  3990 1131               044535  ABBOTT   MCGOVERN DMAIL    OVNSC
05-14-05 C 11-28-05 RUIZ           77841      N   803C-20  06  3990  399                044581  ABBOTT   KEOUGH   REFER    ORD
05-21-05 X 03-14-06 BERBERABE      77879      NX  804C-19  06  3990  399   252 11-21-05 044834  ABBOTT   MCGOVERN MINIVAC  SDVGR
05-27-05 C 06-10-05 PAPPAS         77903          803C-19  06  3990  399                044975  ABBOTT   GRAF     DMAIL    OVNSY
05-28-05 X 04-25-06 MARRYSHOW      77928      PNX 105C-15  06  3990  399   117 11-29-05 045037  ABBOTT   GRAF     REFER    OTHER
05-29-05 C 12-16-05 FALCON         77935      PN  101C-18  06  3990  399                045109  ABBOTT   GRAF     MINIVAC  OVNGR
05-30-05 X 07-26-05 THOMAS         77941      PIM 307C-19  06  3990  399   456 08-30-05 043074  ABBOTT            MINIVAC  OVNGR
                                               X
06-04-05 C 07-04-05 KRUPPENBACHER  77967      PNR 206C-17  06  3990  399                045310  ABBOTT   MCGOVERN CERT     CBOX
06-04-05 X 06-11-05 POULOSE        77968      $X  901B-50  05  3590 3590                045331  ABBOTT   KEOUGH   MINIVAC  OVNGR
06-05-05 X 09-04-05 JAMALI         77974      NX  108C-19  06  3990  399   756 12-05-05 045379  ABBOTT   KEOUGH   MINIVAC  SDVGR
06-07-05 C 08-04-05 KENNEDY        77978      PN$ 105C-19  06  3990  399                045431  ABBOTT   KEOUGH   CERT     CBOX
06-10-05 C 06-17-05 ODOM           77985      R   203C-19  06  3990  399                045477  ABBOTT   GRAF     DMAIL    OVNSC
06-12-05 X 06-17-05 MCCARTNEY      78010      PX  103C-19  06  3990  399                045595  ABBOTT   GRAF     MINIVAC  SDVGR
06-14-05 X 12-10-05 MASTELLONE     78016      NXU 104C-19  06  3990  399                045643  ABBOTT   MCGOVERN MINIVAC  OVNGR
06-21-05 C 01-06-06 DEGLIANGELI    78055      N   103C-16  06  3990  399                045688  ABBOTT   NONE     MINIVAC  SDVGR
06-25-05 C 12-18-05 MENDES         78079      RPN 204C-18  06  3990  399                045972  ABBOTT   KEOUGH   REFER    BAF
06-27-05 C 07-08-05 VERNON         78099      %P  803C-16  06  3790  399                046122  ABBOTT   GRAF     CERT     CBOX
07-03-05 C 01-16-06 BAEZ           78155      NP  1101C-15 06  3990  399                046422  ABBOTT   KEOUGH   MINIVAC  OVNGR
07-08-05 C 07-15-05 CANRA          78191      $   1111C-21 06  3990 3990                046596  ABBOTT   MCGOVERN DMAIL    OVNSC
07-29-05 C 08-14-05 NOBEL          78327      P%  1006E-47 06  7590  799                047648  RCAMPGN  ECKLUND  CERT     CBOX
08-12-05 X 08-20-05 HEINZELMAN     78424      NX  806E-47  06  7990  799   974 08-27-05 048329  RCAMPGN  MCGOVERN CERT     CBOX
08-13-05 C 08-27-05 TROIANO        78442      Z   402E-48  06  7990  799                048425  RCAMPGN  ECKLUND  MINIVAC  SDVGR
08-14-05 C 08-28-05 SINCLAIR       78450      S   1005E-16 06  7990 7990                048467  RCAMPGN           CERT     ABOX
08-15-05 X 08-20-05 COURTIER       78468      PX  1206E-10 06 10990 1099                048583  RCAMPGN  MCGOVERN MINIVAC  OVNGR
09-05-05 C 02-11-06 MANDARANO      78666      N   703E-49  06  7210  759                049903  RCAMPGN  ECKLUND  OTHER    EXCH
09-12-05 C 09-26-05 LESTER         78716      %   505E-12  06  9490  999                050048  RCAMPGN  ECKLUND  OTHER    EXCH
10-10-05 R 10-10-05 CLARK          10370      NXD 6010-02  07 10990 1099                051150  RCAMPGN  MCGOVERN CERT     CBOX
11-01-05 C 12-05-05 MASTELLONE     10492      U   1312E-10 06  7000 1099                052069  ALEXANDE MCGOVERN INHOUSE  MAIL
11-06-05 C 11-20-05 VELEZ          10515      %   402E-49  06  6640  699                052230  RCAMPGN  TINTER   MINIVAC  OVNGR
11-07-05 C 11-21-05 LHEUREUX       10522      P   1002E-44 06  7990  799                052264  RCAMPGN  TINTER   CERT     CBOX
12-18-05 C 01-02-06 GREENE         1719       UQ  807-41   06  8090 7900                053179  ALEXANDE MCGOVERN INHOUSE  AOP
12-29-05 S 12-29-05 SAFRAN         1724       UX  1408-52  06  7000 2547                053309  ALEXANDE MCGOVERN INHOUSE  OWN
12-29-05 X 01-11-06 SCHINDLER      1725       X   307-41   06  6000 9990  9990 01-16-06 053317  ALEXANDE          INHOUSE  OWN
02-11-06 C 02-25-06 SIMPSON        1809       UQ  1409-13  07  6000 3657                054478  ALEXANDE MCGOVERN INHOUSE  AOPAR
02-12-06 C 02-26-06 PARKER         10866      S   1209E-44 06  6495  650                054507  ALEXANDE MCGOVERN INHOUSE  EXCH
02-21-06 C 03-06-06 TZOU           1825       U   1405-30  06  6000 16990               054912  ALEXANDE ECKLUND  INHOUSE  OWN
02-21-06 C 03-06-06 GALLARDE       1826       U   1402-10  07  9000 7990                054835  ALEXANDE ECKLUND  INHOUSE  OWN
02-22-06 C 03-06-06 SHULDHANWAIDE  1830       UQ  1410-26  06  8000 1899                054923  ALEXANDE KEOUGH   INHOUSE  ARP
03-07-06 C 03-20-06 RINALDI        1860       UQ  1411-37  06  6000 1599                055425  ALEXANDE ECKLUND  INHOUSE  OWN
03-12-06 C 03-26-06 ELLITHORPE     1867       UQ  1411-34  06  8000 2219                055573  ALEXANDE MCGOVERN INHOUSE  ARP
04-16-06 C 04-30-06 CARTER         1910       UQ  1412-35  06 14000 3251                056793  ALEXANDE MCGOVERN INHOUSE  AOPAR
04-17-06 C 05-01-06 ALVAREZ        1915       UQ  1204-15  07  6000 1399                056864  ALEXANDE MCGOVERN INHOUSE  OWN
04-19-06 C 05-01-06 JIMENEZ        11210         708A-02  07  5990  599                056969  ABBOTT   MCGOVERN INHOUSE  EXCH
04-20-06 C 05-06-06 BUSHART        1920       UQ  1412-35  06 14000 9990                057040  ALEXANDE MCGOVERN INHOUSE  AOPAR
```



not Paid / Paid

```
Date: 05-29-06                    VACATION VILLAGE IN THE BERKSHIRES                              Page 41
                                         Salesman Ledger Report                        not Paid
                                              Contracts All
                                       From 05-01-05 To 05-29-06                        Paid

Salesman: JULIANO [JOHN JULIANO 1538]

   Date    Current                                 Sta-        Ocp NetD  Down  DownP DownPay
 Contract  Status   Purchaser       ContNum   tus Unit/Week    Yr Price Paymt  Due   DueDate  CustNum SalesMgr Closer   Program SubProg
 --------  -------- --------------- --------  --- ---------    -- ----- -----  ----- -------  ------- -------- -------- ------- -------
 04-22-06 C 05-05-06 GRUNENWALD      1926      UQ  1412-05     07 14000  2459                 057098  ALEXANDE MCGOVERN INHOUSE  ARP
 04-29-06 C 05-13-06 LEE             1930      UQ  2001-52     06 10000  4700                 057302  ALEXANDE MCGOVERN INHOUSE  AOPAR
 04-30-06 C 05-14-06 MCKENZIEWATSO   1931      UQ  2001-38     06 14000  2399                 057330  ALEXANDE MCGOVERN INHOUSE  AOPAR
 05-07-06 C 05-21-06 BAKEWELL        11292     U   708E-52     06  9000  9990                 057501  ALEXANDE MCGOVERN INHOUSE  AOPAR


           Sales  Weeks NetDPrice  Down Pay   DP Due   % Price  % Sales
           -----  ----- ---------  --------   ------   -------  -------
 Total      50     50     332438    123060    13859
 Sale        1      1       7000      2547                2         2
 Close      36     36     254158    100744               76        72
 Cancel     12     12      60291     18670    13859      18        24
 Rewrite     1      1      10990      1099                3         2

 Tours      217
 Sales Total 50    Efficiency 23.0%   6649/Sale   1532/Tour
 Sales Net   38    Efficiency 17.5%   7162/Sale   1254/Tour
```