UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : |
| Plaintiffs, | : : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : : |

**AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT ON CLASS CLAIM**

1. I am counsel for the plaintiffs in this case.

2. Exhibit 1, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition of Bill Rauer.

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition of Rebecca Foster Campagna.

4.      Exhibit 3, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition of Rod Lewis.

5.      Exhibit 4, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition of Michael Massaconi.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/18/07

/s/ Joel Feldman
JOEL FELDMAN

THE PLAINTIFFS
By their attorney,

I hereby certify that a
true copy of the above
document was served upon
counsel of record
by mail

/s/ Joel Feldman
Joel Feldman
BBO # 552963
Heisler, Feldman,
McCormick & Garrow, P.C.
1145 Main Street, Suite 508
Springfield MA  01103
(413)788-7988
(413)788-7996 (fax)

_____.

 _____

Dated:_____

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

/s/ Joel Feldman
Joel Feldman