1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-CV-30091-MAP

LACRISHA WISE, MICHAEL MASSACONI,
ROGER MARTIN, and PETER CORBIN, on
behalf of themselves and on behalf
of others who are similarly situated
        Plaintiffs

vs

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO III,
REBECCA A. FOSTER, and
JAMES E. LAMBERT
        Defendants

DEPOSITION OF WILLIAM RAUER

June 3, 2005, 9:50

Heisler, Feldman and McCormick, PC

1145 Main Street

Springfield, Massachusetts

Ann A. Preston
Certified Shorthand Reporter

---

2

APPEARANCES

HEISLER, FELDMAN AND MCCORMICK, PC
1145 Main Street
Springfield, MA  01103
BY:  JOEL FELDMAN, ESQ.
(413) 788-7988
Representing the Plaintiffs

SKOLER, ABBOTT AND PRESSER, PC
1414 Main Street
Springfield, MA  01103
BY:  MARYLOU FABBO, ESQ.
(413) 737-4753
Representing the Defendants

---

3

I N D E X

WITNESS:  WILLIAM RAUER

Direct Examination by Mr. Feldman          5

Cross Examination by Ms. Fabbo            95

EXHIBITS

Exhibit 1,  Uniform Policy for Sales

Managers' Sales Performance       75

---

4

STIPULATION

3    It is agreed by and between the parties

4    that all objections, except as to form of the

5    question, are reserved until the time of trial.

7    It is further agreed by and between the

8    parties that all motions to strike unresponsive

9    answers are reserved until the time of trial.

11    It is further agreed by and between the

12    parties that the sealing of the original

13    deposition transcript is hereby waived.

15    It is further agreed by and between the

16    parties that the notification to all parties of

17    the receipt of the original deposition

18    transcript is hereby waived.

Wise v Patriot - William Bauer - 6/3/05

29

1    the three timely payments are received or before?

2        A.    After, without the PAC check.

3        Q.    So let's just talk about the situation

4    where there's no PAC check for a second.

5        A.    Okay.

6        Q.    If the customer makes two timely

7    payments and then makes one untimely payment,

8    does the clock then start again, so you need

9    three more consecutive timely payments for the

10   salesperson to get paid?

11       A.    Yes.

12       Q.    So in that situation, Vacation Village

13   is actually getting paid, but the salesperson is

14   not getting paid their commission, is that right?

15       A.    They're not getting paid on a timely

16   basis.

17       Q.    And if that continued for a year, they

18   still wouldn't get paid, is that right?

19             MS. FABBO:  Objection.

20       Q.    (By Mr. Feldman)  In other words, the

21   situation is someone makes two timely payments

22   and an untimely payment; then two more timely

23   payments and an untimely payment.  In that

24   situation, the salesperson doesn't get paid until

30

1    there's three consecutive timely payments, is

2    that right?

3        A.    I believe that's true.

4        Q.    Why is that the policy, if you know?

5        A.    I don't.

6        Q.    Now, in what instance would there be

7    what's called a chargeback to the salesperson?

8        A.    When that would happen, in the

9    scenario that you just mentioned where someone,

10   for example, did get a PAC check and got their

11   commission, and within the course of that first

12   year, for example, there was NSF payment on a

13   fairly consistent basis, there would be a

14   chargeback.

15       Q.    What is a chargeback?

16       A.    The chargeback would mean that the

17   commission you were paid would be charged back --

18   you wouldn't get it; you would lose it.

19       Q.    So in other words, for the

20   salesperson's next paycheck, a deduction would be

21   made for the a amount that was already paid, is

22   that right?

23       A.    Not normally the entire amount.

24   Typically when that happens, and it rarely

31

1    happens, but occasionally; they get charged

2    proportionately.  They don't take the whole thing

3    out.  I believe they do it in portions.

4        Q.    What's the exact policy, just so I

5    understand it, about when a chargeback would be

6    made.  In other words, you said if there's

7    inconsistent payments -- what is the exact policy

8    so that a salesperson would understand when a

9    chargeback might occur to them?

10       A.    You're asking the question with regard

11   to PAC?

12       Q.    I'm just asking generally about

13   chargebacks.  When would a salesperson get a

14   chargeback?  That was the original question.

15       A.    A person would get a chargeback if

16   they got paid for business that was no longer

17   good business.

18       Q.    I'm asking in what circumstances does

19   the company consider it not good business?

20       A.    If they're not getting paid their

21   mortgage payments, then it's no longer good

22   business.

23       Q.    I'm asking what the exact parameters

24   of that policy are.

32

1        A.    I don't have the answers to that.

2        Q.    Do you know who would have the answer

3    to that?

4        A.    No.

5        Q.    But you said occasionally a

6    salesperson would get a chargeback?

7        A.    Yes, I did.

8        Q.    That's presumably pursuant to a

9    policy, is that right?

10             MS. FABBO:  Objection.

11       Q.    (By Mr. Feldman)  You wouldn't do it

12   just as a matter of discretion; no manager would

13   say, I'm taking that money back because I feel

14   like it, right?

15       A.    When it is determined that that sale

16   was no longer a good sale, that commission would

17   then be charged back.

18       Q.    I understand that.  I'm trying to

19   figure out how the company determines whether

20   it's a good sale or not.

21       A.    You'll have to ask someone else that,

22   because I don't have the answer.

23       Q.    Do you know who would have the answer

24   to that?

93

```
 1   salespeople could go to find out what the policy
 2   was with regard to payments, is that right?
 3        A.   I'm pretty sure that's true.
 4        Q.   Is there any other place they could go
 5   to?
 6        A.   No, but if it's not in the handbook --
 7   and I believe it is -- there would be something
 8   they would be given at hire that would tell them
 9   that.
10        Q.   Would a chargeback ever be implemented
11   with regard to a salesperson if there either was
12   a PAC check or three timely payments were made?
13        A.   What was the question?
14        Q.   Here's the question:  Would Vacation
15   Village ever implement a chargeback to a
16   salesperson in any instance where there was a PAC
17   check or three timely payments were, in fact,
18   made?
19        A.   Only -- I don't believe that that has
20   happened; but if three timely payments are made,
21   for example, and then the next eight payments are
22   not timely within that first year, I believe
23   that's a possible chargeback situation.
24        Q.   What's the basis of your belief?
```

94

```
 1        A.   Pardon?
 2        Q.   What's the basis of your belief?
 3        A.   Oh, I think that has happened.  It's
 4   so rare that I'm not even certain, but I think
 5   within that first year if there is consistently
 6   not good payments made, then I believe that
 7   there's a chargeback.  Now, when that happens,
 8   most of the time there's a re-pay as well,
 9   because they get it fixed and people get paid
10   back their commission.  It doesn't happen that
11   often, though.
12        Q.   I understand.  Where would a
13   salesperson go to find out that that was the
14   policy of Vacation Village?
15        A.   Oh, I really don't know how to answer
16   that honestly because I'm not sure; but I'm sure
17   there is a policy in place somewhere.
18        Q.   Has a sales person ever complained to
19   you about a chargeback?
20        A.   I don't really remember at that
21   resort.  At other resorts yes, but I don't know
22   specifically at that resort that that question
23   has come up.  It might have; I'm just not sure.
24        Q.   Has any salesperson at Vacation
```

95

```
 1   Village ever been paid overtime?
 2        A.   They've gotten paid bonuses.
 3        Q.   I understand that; but overtime, time
 4   and a half?
 5        A.   No, they don't get paid by the hour.
 6             MS. FABBO:  I just have one or
 7        two questions.
 8
 9        CROSS EXAMINATION BY MS. FABBO:
10        Q.   Since you -- when did you leave the
11   position as project director at Vacation Village?
12        A.   I think August of '02.
13        Q.   And since that time, how frequently do
14   you visit Vacation Village in the Berkshires?
15        A.   About once a month.
16             MS. FABBO:  That's all my
17        questions.
18             Mr. Feldman:  Nothing further.
19        Thank you.
20
21             (Deposition concluded at 11:40)
22
23   COMMONWEALTH OF MASSACHUSETTS
24   HAMPDEN, SS.
```

96

```
 1
 2        I, Ann A. Preston, a Notary Public in
 3   and for the Commonwealth of Massachusetts, do
 4   certify that there came before me on June 3,
 5   2005, at the offices of Heisler, Feldman and
 6   McCormick, PC, 1145 Main Street, Springfield,
 7   Massachusetts, the following named person, to
 8   wit:  WILLIAM RAUER, who was by me duly sworn to
 9   testify to the truth and nothing but the truth as
10   to his knowledge concerning the matters in this
11   case; that he was examined upon his oath and that
12   examination reduced to writing by me; and that
13   the statement is a true record of the testimony
14   given by the witness, to the best of my knowledge
15   and ability.
16        I further certify that I am not a relative
17   or employee of counsel or attorney for any of the
18   parties, or a relative or employee of such
19   counsel or attorney, nor am I financially or
20   otherwise interested in the outcome of the
21   action.
22        WITNESS MY HAND this 27th day of June 2005.
23
24
```

```
     _____
     Ann A. Preston

     My commission expires:
     December 22, 2011
```