```
                                      Vol. I, 136 Pgs.

              UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

                      DOCKET NO. 04-CV-30091-MAP


------------------------------------------
LACRISHA WISE, MICHAEL MASSACONI,        )
ROGER MARTIN and PETER CORBIN, on        )
behalf of themselves and on behalf       )
of others who are similarly situated.    )
              Plaintiffs                 )
vs.                                      )
                                         )
PATRIOT RESORTS CORP., THE BERKLEY       )
GROUP, INC., MARC J. LANDAU, J.P.        )
OTTINO, III; REBECCA A. FOSTER, and      )
JAMES E. LAMBERT                         )
              Defendants                 )
------------------------------------------


         DEPOSITION OF MICHAEL V. MASSACONI

                Friday, May 20, 2005

                      1:30 p.m.

           SKOLER, ABBOTT & PRESSER, P.C.

                 One Monarch Place

          Springfield, Massachusetts   01144

 - - - Denise D. Harper-Forde, RPR, LCR - - -

             COURT REPORTING SERVICES

                  P.O. Box 15272

          Springfield, Massachusetts   01115

       (413) 786-7233   FAX (413) 786-0299
```

COPY

1  and less sales people.  Because the people
2  that were there -- we were up 48 to 50 sales
3  people, and we weren't getting 20 tours a day
4  in the door.
5          So the way it worked was that if
6  I sold today and I went out, I would go out
7  tomorrow.  And if you two were there waiting,
8  you wouldn't go out.
9      Q.    So the person who made the sale?
10     A.    Would go out the next day ahead
11 of everybody else who did not go out.  And I
12 thought that was unfair to the people who they
13 signed up to make this work.  It didn't give
14 everyone a fair opportunity to make money.
15     Q.    Okay. Anything else you
16 mentioned to him?
17     A.    That was part of it.  And them
18 not giving us letters of cancellation.  When
19 customers would cancel, we weren't given
20 letters.  We were in the beginning for a year
21 and a half, and then that stopped.
22          So you would expect your paycheck
23 and to see your name on the pay sheet, and
24 your name wouldn't be there.  You would have