UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : : | DOCKET NO. 04-cv-30091-MAP |
| Plaintiffs, | : : |  |
| v. | : : : | PLAINTIFF WISE'S MEMORANDUM IN OPPOSITION TO DEFEDANTS' MOTION FOR SUMMARY JUDGMENT |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |  |
| Defendants. | : : |  |

## ASSENTED TO MOTION TO EXCEED PAGE LIMIT
## ON LEGAL MEMORANDUM

The Plaintiff respectfully moves this Court for leave to file a legal Memorandum in opposition to the Defendant's Motion for Summary Judgment which exceeds the twenty (20) page limit specified in Local Rule 7.1(B)(4). As grounds for this motion, Plaintiff states:

1.      The Defendant has filed a motion for summary judgment on all of the Plaintiff's individual claims raised in the plaintiff's complaint.

2.      The additional pages of legal argument in the Memorandum portion of the Plaintiff's Opposition is necessary in order to fully respond to the issues raised in the pending motion and adequately present both the factual and legal arguments supporting the Plaintiff's opposition to the pending summary judgment motion.

Dated: May 18, 2007                              Respectfully submitted,
                                                 PLAINTIFF LACRISHA WISE
                                                 By her Attorneys,

                                                 /s/ Suzanne Garrow
                                                 Suzanne Garrow, Esq.
                                                 BBO#  636548
                                                 Heisler, Feldman, McCormick &
                                                      Garrow, P.C.
                                                 1145 Main Street, Suite 508
                                                 Springfield, MA 01103
                                                 (413) 788-7988


CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).


                              /s/ Suzanne Garrow
                              Suzanne Garrow