UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER, and JAMES E. LAMBERT,<br>　　　　　Defendants. | DOCKET NO. 04-CV-30091-MAP |

### AFFIDAVIT OF SUZANNE GARROW

I, Suzanne Garrow, being of full age, hereby depose and state:

1.　I am counsel for plaintiffs in the above matter.

2.　Exhibit 1 to this Affidavit is a true and correct copy of an Affidavit of Roger Martin.

3.　Exhibit 2 to this Affidavit is a true and correct copy of a deposition transcript of Faith Lippert dated November 20, 2003.

4.　Exhibit 3 to this Affidavit is a true and correct copy of a deposition transcript of Faith Lippert dated May 15, 2005.

5.　Exhibit 4 to this Affidavit is a true and correct copy of a deposition transcript of Rebecca Foster.

6.　Exhibit 5 to this Affidavit is a true and correct copy of a deposition

transcript of William Rauer.

7.  Exhibit 6 to this Affidavit is a true and correct copy of a deposition transcript Rodney Lewis dated November 20, 2003.

8.  Exhibit 7 to this Affidavit is a true and correct copy of a deposition transcript of Roger Martin.

9.  Exhibit 8 to this Affidavit is a true and correct copy of an Affidavit of Michael Massaconi.

10.  Exhibit 9 to this Affidavit is a true and correct copy of portions of the Patriot Resorts Corporation Employee Handbook for June 2004 that was produced by defendants in discovery.

11.  Exhibit 10 to this Affidavit is a true and correct copy of the Ten Steps to Success created by Rebecca Foster that was produced by defendants in discovery.

12.  Exhibit 11 to this Affidavit is a true and correct copy of a holiday schedule dated November 19, 2001 that was produced by defendants in discovery.

13.  Exhibit 12 to this Affidavit is a true and correct copy of a memorandum from Rebecca Foster to office personnel dated December 22, 2004 that was produced by defendants in discovery.

14.  Exhibit 13 to this Affidavit is a true and correct copy of the summary plan description of the Berkley Group's Employee Stock Ownership Plan that was produced by defendants in discovery.

15.  Exhibit 14 to this Affidavit is a true and correct copy of a deposition transcript of Rodney Lewis dated November 20, 2003.

16.  Exhibit 15 to this Affidavit is a true and correct copy of a statement from

the defendants office in Fort Lauderdale, Florida signed by plaintiff Wise acknowledging receipt of a "Million Dollar Ring" from Ms. Wise's personnel file.

17. Exhibit 16 to this Affidavit is a true and correct copy of plaintiff Wise's Beneficiary Designation for the Berkley Group's Employee Stock Ownership Plan that was produced by defendants in discovery.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY

_____
SUZANNE GARROW

Dated: May 18, 2007

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was hand delivered on May 18, 2007 to the Court by the Attorneys of Record.

_____
Suzanne Garrow

3