UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : | DOCKET NO.  04-cv-30091-MAP |
| Plaintiffs, | : : | |
| v. | : : : | PLAINTIFF WISE'S STATEMENT OF DISPUTED FACTS PURSUANT TO LOCAL RULE 56.1 |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : | |
| Defendants. | : : | |

## AFFIDAVIT OF SUZANNE GARROW,ESQ. IN OPPOSITION TO SUMMARY JUDGMENT ON COUNTS I-IV

I am over the age of 18 and believe in the oath and hereby say and depose:

1.    I am counsel for Plaintiff LaCrisha Wise in this matter.

2.    Attached to this Affidavit at Exhibit 1 is a true and accurate copy of the

Deposition of Faith Lippert dated November 20, 2003.

3.    Attached to this Affidavit at Exhibit 2 is a true and accurate copy of the

Deposition of Paul Stensland dated November 20, 2003

4.    Attached to this Affidavit at Exhibit 3 is a true and accurate copy of the

Deposition of Deposition of William Rauer dated June 3, 2005.

5.    Attached to this Affidavit at Exhibit 4 is a true and accurate copy of the

Deposition of Deposition of LaCrisha Wise dated April 26, 2005.

6.    Attached to this Affidavit at Exhibit 5 is a true and accurate copy of the

Deposition of Deposition of LaCrisha Wise dated June 5, 2005.

7.      Attached to this Affidavit at Exhibit 6 is a true and accurate copy of the Deposition of Rodney Lewis dated November 20, 2003.

8.      Attached to this Affidavit at Exhibit 7 is a true and accurate copy of the Affidavit of Michael Massaconi.

9.      Attached to this Affidavit at Exhibit 8 is a true and accurate copy of the Patriot Resorts Attendance Detail Reports, produced by the Defendants in discovery.

10.     Attached to this Affidavit at Exhibit 9 is a true and accurate copy of the May 11, 2003, Dress Code Policy, produced by the Defendants in discovery.

11.     Attached to this Affidavit at Exhibit 10 is a true and accurate copy of the May 18, 2003, reprimand to LaCrisha Wise from the official personnel file with defendants.

12.     Attached to this Affidavit at Exhibit 11 is a true and accurate copy of the Affidavit of Lisa Ferreira.

13.     Attached to this Affidavit at Exhibit 12 is a true and accurate copy of the Deposition of Faith Lippert dated May 17, 2005.

14.     Attached to this Affidavit at Exhibit 13 is the MCAD Charge filed by LaCrisha Wise on December 1, 2003, sworn before a Notary under the pains and penalties of perjury.

15.     Attached to this Affidavit at Exhibit 14 is a true and accurate copy of the Deposition of Gordon Leete dated November 20, 2003.

16.     Attached to this Affidavit at Exhibit 15 is a true and accurate copy of the absence excuse notes from the official personnel file of LaCrisha Wise with defendants.

17.     Attached to this Affidavit at Exhibit 16 is a true and accurate copy of the Company Attendance policy dated November 3, 2002, produced by the Defendants in discovery.

18.     Attached to this Affidavit at Exhibit 17 is a true and accurate copy of an email dated June 8, 2007, from Faith Lippert to Rebecca Foster and her Response, produced by the Defendants in discovery.

2

19.    Attached to this Affidavit at Exhibit 18 is a true and accurate copy of the Deposition of Rebecca Foster Campagna dated May 23, 2005.

20.    Attached to this Affidavit at Exhibit 19 is a true and accurate copy of the "Ten Steps to Success" produced by the Defendants in discovery.

21.    Attached to this Affidavit at Exhibit 20 is a true and accurate copy of the Car Policy Memorandum of the Berkley Group, produced by the Defendants in discovery.

22.    Attached to this Affidavit at Exhibit 21 is a true and accurate copy of the Beneficiary Designation and Employee Stock Option Plan of the Berkley Group, produced by the Defendants in discovery.

23.    Attached to this Affidavit at Exhibit 22 is a true and accurate copy of a portion of the Patriot Employee Handbook, produced by the Defendants in discovery.

24.    Attached to this Affidavit at Exhibit 23 is a true and accurate copy of the Million Dollar Ring Request from the official personnel file of LaCrisha Wise with defendants.

Sworn under the pains and penalties of perjury.

Dated: May 18, 2007

Suzanne Garrow

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorneys for the defendants by hand on this day May 18, 2007 .

Suzanne Garrow

3