# EXHIBIT 5

1   payment of salespeople?
2       A.   That would -- that came from Bruce
3   Polansky, so I don't know where it came from
4   beyond him.
5       Q.   How long have you been in this job,
6   the one you currently hold?
7       A.   The one I currently hold,
8   approximately four years.
9       Q.   Before that, you were project director
10  at Vacation Village in the Berkshires?
11      A.   Well, I've been employed for around
12  fourteen years, if that's your question.
13      Q.   Guess I'm asking the immediate job
14  prior to the one you currently hold.
15      A.   Prior to the one I currently hold, I
16  was the project director at Vacation Village in
17  the Berkshires.  Basically I had -- if this will
18  clarify -- basically I had Rod's job.
19      Q.   That was your full-time job?
20      A.   No, I did other things, but my
21  position was that Rod had as it relates to
22  the Vacation Village in the Berkshires.
23      Q.   But when I asked you if that was your
24  full-time job, you said you do other things.

```
 1      A.   A specific incident -- what I recall
 2 is that Mr. Martin at one time abruptly left the
 3 manager -- the sales meeting and caused a raucous
 4 there.  I also recall Mr. Martin didn't show up
 5 for a tour.  I recall Mr. Martin refused a tour.
 6 I recall Mr. Martin had several times displayed
 7 what I would consider improper behavior.  He was
 8 occasionally disruptive.
 9      Q.   Do you recall the moment of
10 termination with Mr. Martin?
11      A.   No.
12      Q.   Do you recall who terminated him?
13      A.   I don't.  Not to say that it perhaps
14 wasn't -- was me; I just don't recall.
15      Q.   Do you recall Mr. Martin ever
16 complaining about his wages?
17      A.   Yes.
18      Q.   What do you recall about that?
19      A.   I recall when Mr. Martin had quit, I
20 was up for a visit and he happened to come in
21 asking about his commissions that were due him;
22 and I recall going over with him our policies.
23 At that time, he was very cordial and receptive
24 to what I had to say and understood our policies.
```

1  and it was a good little meeting that we had.
2      Q.   Do you recall Mr. Martin specifically
3  complaining about not being paid minimum wage?
4      A.   No.
5      Q.   Were you aware that Mr. Martin had
6  complained to anyone about not being paid minimum
7  wage?
8           MS. FABBO:  Objection.
9           THE WITNESS:  No.  I think I
10          answered that question more generally
11          before.
12     Q.   (By Mr. Feldman)  You might have.
13  Were you aware of before the termination of
14  Mr. Massaconi that he had gone to the Attorney
15  General complaining about not being paid wages?
16          MS. FABBO:  Objection.
17          THE WITNESS:  Did he?  I didn't
18          know that.
19     Q.   (by Mr. Feldman)  I'm asking whether
20  you're aware.
21     A.   No, I'm not aware.
22     Q.   I'd like you to describe all the
23  reasons why Mr. Martin was terminated from
24  employment.

```
 1        A.   As I mentioned to you, he was
 2   disruptive, he had a very short temper, and he
 3   did cause issues with other salespeople because
 4   of his behavior.  He refused tours.  Other than
 5   that, I really can't be more specific because I
 6   would have to look at his record, look at his
 7   numbers.  I still don't recall whether it was me
 8   personally that terminated him or I was aware of
 9   it.  I really don't remember.
10        Q.   Were you aware that he was terminated
11   twice?
12        A.   No, I was aware that he quit and then
13   he was rehired.  I allowed him to be rehired.
14   After, again, a successful conversation with him
15   and he came a month or two after that and asked
16   for a job again, I thought, well, he's calmed
17   down.  As a matter of fact, he even said that he
18   was taking the wrong medication and he's fine now
19   and he really wants to work.  And I gave him the
20   benefit of the doubt and I said okay because I
21   did allow him to come back to work.
22        Q.   Why did he quit the first time?
23        A.   His attitude was that he wasn't making
24   enough money.
```

# EXHIBIT 6

```
 1        A.   Bill Rauer.
 2        Q.   Where is he based?
 3        A.   Based in Florida.
 4        Q.   Is there anyone else you consult with
 5   in management on-site for issues that arise with
 6   sales representatives?
 7        A.   I consult with my sales directors.
 8        Q.   But they are beneath you in the
 9   hierarchy, is that correct?
10        A.   That's correct.
11        Q.   I'd like you to -- if you could
12   describe all of the job duties that are entailed
13   in being the project director?
14        A.   I will try.  My job involves the
15   overseeing of the daily sales, coordinating the
16   sales effort with the Marketing Department,
17   basically implementing company policy and
18   procedure.  Pretty much it.
19        Q.   What kind of company procedure do you
20   implement?
21        A.   All the procedures that pertain to
22   sales.
23        Q.   How many people do you directly
24   supervise now?
```

1  than his failure to meet the ratios?
2      A.   No.
3      Q.   How about Michael Massaconi; was there
4  any other reason he was demoted other than his
5  failure to meet the sales ratios?
6      A.   No.
7      Q.   The process you described, was that
8  process used with Michael Massaconi?
9      A.   Yes.
10     Q.   Does Michael Massaconi still work for
11 the company?
12     A.   No.
13     Q.   Why not?
14     A.   He chose to quit.
15     Q.   Michael Massaconi quit, is that
16 correct?
17     A.   Yes.
18     Q.   Did he quit after he was demoted back
19 to salesperson?
20     A.   I'm sorry, Michael Massaconi did not
21 quit.  Michael Massaconi was terminated for -- I
22 think Bill Rauer terminated him.
23     Q.   Were you involved in the process of
24 terminating Michael Massaconi?

# EXHIBIT 7

1    going to do.  He said, Go home.
2             And the next day I found out that I
3    was fired by Bill Rauer for passing up a tour,
4    missing a tour.
5         Q.   You say you didn't feel right.  What
6    did you mean?
7         A.   Emotionally and mentally.  Step one
8    is a positive mental attitude when you sell for
9    this company, PMA, and I didn't have it.
10        Q.   Did you ever have it?
11        A.   Oh, yes.
12        Q.   When?
13        A.   All through my first year and a half,
14   two years.
15        Q.   I'm sorry.  Did you say you told
16   Paul?  Is that yes?
17        A.   Yes.
18        Q.   And he instructed you to go home?
19        A.   He said, Yeah, why don't you go home.
20        Q.   Anyone else present during this
21   conversation?
22        A.   It happened right in the pit, so
23   whoever was in the pit at that time.
24        Q.   Do you remember anyone being there?

```
 1      A.    No, I don't.
 2      Q.    Is that everything you can recall
 3  from that conversation?
 4      A.    Yes.
 5      Q.    Do you know what time that happened?
 6      A.    No.
 7      Q.    Was it the morning, afternoon?
 8      A.    It was morning.
 9      Q.    Had anything happened prior to that
10  that made you feel particularly not in a positive
11  attitude that day?
12      A.    Just coming to work, knowing that I'm
13  not going to get paid again.
14      Q.    Were you actually offered a tour that
15  you passed on or did you just leave?
16      A.    No, I asked Paul to leave and he said
17  leave.  That's what they're claiming, that I
18  actually had the tour physically in my hand.
19  That's not the case.
20      Q.    Where were you on the list that day
21  or the wheel?
22      A.    I couldn't tell.
23      Q.    You have no idea?
24      A.    I have no idea.
```

```
 1           Q.    Has your attitude improved since you
 2   are no longer working at Vacation Village?
 3           A.    Absolutely.
 4           Q.    How did you learn that you had been
 5   terminated?
 6           A.    Phone call.
 7           Q.    From whom?
 8           A.    Stensland and my immediate sales
 9   manager, which was, I believe at the time, Todd
10   Bendars.
11           Q.    What did they say?
12           A.    They said, You got to talk.  You got
13   to give Paul -- Todd left a voice mail on my cell
14   phone and said, You got to give Paul a call.
15   Looks like you've been fired for passing a tour
16   up.
17           Q.    Did you call Paul?
18           A.    Oh, yes.
19           Q.    And what did Paul say?
20           A.    Paul said, You have to talk to Bill
21   Rauer.
22           Q.    Did you call Bill?
23           A.    Yes.
24           Q.    What time did Todd call you and leave
```

1  a voice mail?
2       A.   I couldn't tell you the time.  It was
3  a general voice mail.
4       Q.   What time did you call him back or
5  call Paul?
6       A.   Roughly about two, maybe three
7  o'clock in the afternoon.
8       Q.   The following day?
9       A.   No, the same day.
10      Q.   What time did you speak to Bill?
11      A.   I was to meet with him at 8:30 the
12 following morning.
13      Q.   Did you call him and he told you to
14 meet with him?
15      A.   No, I called Paul and Paul told me to
16 come in at 8:30 in the morning to talk to him.
17      Q.   Did you do that?
18      A.   No.
19      Q.   Why not?
20      A.   I went in at 8:30 and Paul met me at
21 my car door, pretty much told me that I'm going to
22 have to, you know, beg for my job, and I couldn't
23 do it anymore, so I passed up and said, No, I'm
24 not going to do it.  I'm all set.  See you later.