Case 3:04-cv-30091-MAP    Document 181    Filed 05/29/2007    Page 1 of 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-cv-30091-MAP

LACRISHA WISE, MICHAEL
MASSACONI, ROGER MARTIN and
PETER CORBIN, on behalf of
themselves and on behalf of others
who are similarly situated,

        Plaintiffs,

v.

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO, III
REBECCA A FOSTER. and JAMES E.
LAMBERT,

        Defendants.

## AFFIDAVIT OF JOEL FELDMAN IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLASS CLAIM

1. I am counsel for the plaintiffs in this case.

2. Exhibit 1, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition of Faith Lippert.

3. Exhibit 2, attached to this Affidavit, is a true and accurate copy of selected pages of the deposition of Rebecca Foster Campagna.



Case 3:04-cv-30091-MAP   Document 181   Filed 05/29/2007   Page 2 of 2

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS DAY

DATE: 5/29/07

/s/ Joel Feldman
JOEL FELDMAN

THE PLAINTIFFS
By their attorney,

I hereby certify that a
true copy of the above
document was served upon
counsel of record
by mail

/s/ Joel Feldman
Joel Feldman
BBO # 552963
Heisler, Feldman,
McCormick & Garrow, P.C.
1145 Main Street, Suite 508
Springfield MA 01103
(413)788-7988
(413)788-7996 (fax)

_____.

_____

Dated:_____

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic File (NEF).

/s/ Joel Feldman
Joel Feldman

2