Case 3:04-cv-30091-MAP Document 181-2 Filed 05/29/2007 Page 1 of 3

Case 3:04-cv-30091-MAP Document 181-2 Filed 05/29/2007 Page 1 of 3

1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-CV-30091-MAP

LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN, and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated
Plaintiffs

vs

PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO III, REBECCA A. FOSTER, and JAMES E. LAMBERT
Defendants

# DEPOSITION OF FAITH LIPPERT

May 17, 2005, 10:00

Heisler, Feldman and McCormick, PC

1145 Main Street

Springfield, Massachusetts

Ann A. Preston
Certified Shorthand Reporter

REAL-TIME COURT REPORTING
244 Bridge Street, Springfield, MA 01108, 413.732.1157
807 Main Street, Worcester, MA 01610, 508.612.3432

Case 3:04-cv-30091-MAP Document 181-2 Filed 05/29/2007 Page 2 of 3

Ledger.

Q. So that would be the [illegible] part [illegible]?

A. Yes.

Q. What are [illegible]?

A. There would be a few different charge backs. Are you talking about commission charge backs?

Q. Well, why don't you tell me what the types of charge-backs are?

A. I don't know whether you mean [illegible] charge-back [illegible], you know, we give them [illegible] and we have to charge them for miscellaneous like $10 to get the [illegible] that, a commission charge-back would happen if for some reason [illegible] has gone [illegible] check has [illegible], we don't have to compensate [illegible] rep. until we get that money back. A charge-back can occur if people are not making their payments.

Q. Could that happen at any time during the life of the contract, to your knowledge?

A. [illegible] haven't [illegible] [illegible], yes.

Case 3:04-cv-30091-MAP Document 181-2 Filed 05/29/2007 Page 3 of 3

Q. At any time during the contract?

A. That's my understanding.

Q. Do you know what happens to the money that has already been collected on that contract if at some point, let's say a year after the contract has been in force -- what happens to the money that's already been collected?

A. No, I don't.

Q. Do you know who would know that?

A. In Fort Lauderdale. I don't know who.

Q. Do you get paid by commission at all?

A. Me?

Q. Yes.

A. No.

Q. How are you paid?

A. Salary.

Q. What is your salary?

A. 1,391 a week.

Q. That's your take-home?

A. No.

Q. So that's gross?

A. Yes.

Q. Is there an hourly wage for people who are employed as salespeople at Patriot in