1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 04-CV-30091-MAP

LACRISHA WISE, MICHAEL MASSACONI,
ROGER MARTIN, and PETER CORBIN, on
behalf of themselves and on behalf
of others who are similarly situated
            Plaintiffs

vs

PATRIOT RESORTS CORP.,
THE BERKLEY GROUP, INC.,
MARC J. LANDAU, J.P. OTTINO III,
REBECCA A. FOSTER, and
JAMES E. LAMBERT
            Defendants

DEPOSITION OF REBECCA FOSTER CAMPAGNA

May 23, 2005, 10:10

Heisler, Feldman and McCormick, PC

1145 Main Street

Springfield, Massachusetts

Ann A. Preston
Certified Shorthand Reporter

REAL-TIME COURT REPORTING
244 Bridge Street                    807 Main Street
Springfield, MA  01108         Worcester, MA  01610
413.732.1157                              508.612.3432

101

electronically in the corporate office of Berkley in Fort Lauderdale.

Q. Would the salesperson get this weekly?

A. It would come with his paycheck, yes.

Q. Just so we finish up these columns here, "Commission Pending," what does that mean?

A. Where is that?

Q. The next one after "Earned Date" -- I'm sorry, after "Commission Earned"?

A. I don't believe that we use commission pending -- commission chargeback and commission chargeback date we would use, but I don't believe we use those columns unless they're using it for something I'm not aware of.

Q. "Commission Charge-back" is what?

A. If later on the sale were to cancel before it made the three payments, then that commission would be subject to chargeback.

Q. And chargeback date, I assume is self-explanatory?

A. Correct, the date it was actually...

Q. Taken back?

A. Correct.

Q. Just so I have a full understanding of


place.

A. It changes from time to time, and I am not sure what is in effect at Patriot Resorts.

Q. Do you have any information as to what's been in effect at Patriot Resorts at any time as you sit here today?

A. I would be reluctant to say exactly what plan they have utilized.

Q. Do you have any role in overseeing the payment of commissions?

A. Yes.

Q. What is your role?

A. My signature is on every commission check for Patriot Resorts, and I oversee the manager of the Commissions Department, whose department prepares those commissions.

Q. Is the manager of the Commission Department -- I'm sure you've told me their name, but if you could tell me again, that would be great.

A. He manages in the corporate office, not based in Patriot. His name is, I believe, Ted Winchell.

Q. And he's a Berkley Group employee?

REAL-TIME COURT REPORTING
244 Bridge Street                807 Main Street
Springfield, MA  01108           Worcester, MA  01610
413.732.1157                     508.612.3432

Date: 12-16-03                              VACATION VILLAGE IN THE BERKSHIRES                                      Page 13

Detailed Salesman Commission Report
From 11-25-03 To 12-01-03
Salesman CORBIN, PETER C. CORBIN 4462

| Purchase | Name | ContNum | Net Price | NetD Price | P T | Date Contract | Current Status | Comm Total | Comm % Net | Comm Earned | When Earn Stat,Date | Comm Pending | When Earn Stat,Date | Comm ChrgBak | ChargBak Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108A-20 | BAYER | 74226 | 3990 | 3990 | F | 11-14-03 | C 11-26-03 | 50.00 | 1.253 | 50.00 | C 11-26-03 | | | | |

| | Sales | Weeks | NetPrice | NetDPric | Deduct | Comm Tot | % Comm | Com Earn | Com Pend | ChrgBack |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 1 | 1 | 3990 | 3990 | | 50.00 | 1.253 | 50.00 | | |
| Per Sale | | | 3990 | 3990 | | 50.00 | 1.253 | 50.00 | | |
| Per Week | | | 3990 | 3990 | | 50.00 | 1.253 | 50.00 | | |
| Earned | 1 | 1 | 3990 | 3990 | | 50.00 | 1.253 | 50.00 | | |
| Per Sale | | | 3990 | 3990 | | 50.00 | 1.253 | 50.00 | | |
| Per Week | | | 3990 | 3990 | | 50.00 | 1.253 | 50.00 | | |

| GROSS PAY: | 50.00 | |
|---|---|---|
| | DEDUCTIONS | |
| TAX | 6 48 | **NET PAID** |
| INSURANCE | | |
| ADVANCE | | 43.52 |
| LEVY | | **CHECK NO.** |
| MISC. | | 1449 |

