UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : : : : : : |
| Plaintiffs, | : DOCKET NO. 04-CV-30091-MAP : |
| v. | : : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : : : : : |
| Defendants. | : |

### AFFIDAVIT OF KIMBERLY A. KLIMCZUK

I, Kimberly A. Klimczuk, being duly sworn, state as follows:

1. I am counsel for Defendants in this case.

2. Attached hereto as Exhibit 1 is a true and accurate copy of excerpts of the June 3, 2005 deposition of William Rauer.

3. Attached hereto as Exhibit 2 is a true and accurate copy of excerpts of the May 23, 2005 deposition of Rebecca Foster.

Signed under the pains and penalties of perjury this 29th day of May, 2007.

_____
Kimberly A. Klimczuk

On this 29th day of May, 2007, before me, the undersigned notary public, personally appeared Kimberly A. Klimczuk, known to me or proved to me through satisfactory evidence of identification, which is that Ms. Klimczuk is this notary public's employer, to be the person whose name is signed on the preceding or attached document in my presence.

_____
Notary Public   Ann-Marie Marcil
My Commission Expires: March 24, 2011

ANN-MARIE MARCIL
NOTARY PUBLIC
COMMONWEALTH OF MASSACHUSETTS
MY COMMISSION EXPIRES ON MARCH 24, 2011