UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT,<br>                Defendants. | :<br>:<br>:<br>:<br>:<br>: DOCKET NO. 04-CV-30091-MAP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### AFFIDAVIT OF LAUREN POWELL

I, Lauren Powell, being duly sworn, state as follows:

1. I am over 18 years old and believe in the obligation of an oath. I have personal knowledge of the facts set forth in this affidavit.

2. I have been the Director of Sales and Administration for The Berkley Group ("Berkley") since 2003. I currently remain in that position.

3. As Director of Sales and Administration, I supervise the payment, administration and distribution of Patriot's commissions.

4. Patriot's Detailed Salesman Commission Reports ("Reports") reflect the status of a salesperson's current sales.

5. Anytime a sale is canceled, negative amounts automatically appear on these Reports to indicate that the sale has been canceled.

6. The negative amounts reflected on these Reports do not in any way indicate that Patriot has initiated, or will initiate, a chargeback on the commission earned from that sale.

7. A sale becomes "canceled" when an owner is taken out of the title to the timeshare interest. A cancellation is distinguished from a chargeback.

8. Negative amounts will appear on a Report any time a sale is canceled. However, if a sale is canceled after the purchaser made three timely monthly payments the commission on the sale cannot be charged back unless the sale is canceled due to a misrepresentation by the salesperson.

9. Over the course of Michael Massaconi's entire career with Patriot, Patriot charged back commissions from Mr. Massaconi totaling $1,593.82.

10. Over the course of Mark LePine's entire career with Patriot, Patriot charged back commissions from Mr. Lepine, totaling $1,603.26.

11. Exhibit A to this affidavit is a true and correct copy of the Patriot Commissions Totals report for Michael Massaconi, which shows the total number and amount of all chargebacks recovered from Mr. Massaconi's commissions from August 4, 2001 to the present.

12. Exhibit B to this affidavit is a true and correct copy of the Patriot Commissions Totals report for William Steele, which shows the total number and amount of all chargebacks recovered from Mr. Steele's commissions from August 13, 2001 to the present.

13. Exhibit C to this affidavit is a true and correct copy of the Patriot Commissions Totals report for Mark LePine, which shows the total number and amount of all chargebacks recovered from Mr. LePine's commissions from September 19, 2001 to the present.

Signed under the pains and penalties of perjury this 29 day of May, 2007.

Lauren Powell

Sworn and Subscribed to before me this day of May, 2007.

Notary Public
My Commission Expires: 8-14-07    JEAN E. THORNTON

Jean E. Thornton
Commission #DD228329
Expires: Aug 14, 2007
Bonded Thru
Atlantic Bonding Co., Inc.