# EXHIBIT A

## Patriot Commissions Totals

**Employee ID:** 95  
**Employee Number:** 7735  
**First Name:** MICHAEL  **Last Name:** MASSACONI  
**Start Date:** 8/4/2001  
**End Date:** 5/28/2007

| | | | |
|---|---:|---|---:|
| Curent: | $148,440.37 | Chargeback: | $1,593.82 |
| Bonus: | $1,454.70 | Old Adv. Recovery: | $0.00 |
| Repay: | $32,879.20 | Adv. Recovered: | $0.00 |
| Per Diem: | $0.00 | Insurance: | $0.00 |
| Spiff: | $0.00 | Garnish: | $0.00 |
| Salary: | $0.00 | RCI: | $0.00 |
| AP Paid: | $3,833.97 | Sales Promo: | $0.00 |
| Adv. Isuued: | $0.00 | Misc Spiff: | $0.00 |
| | | Misc: | $0.00 |
| | | AP Hold: | $3,833.97 |
| | | Taxes: | $0.00 |
| | | Taxes: | $53,962.55 |

| | |
|---|---:|
| **Gross Commissions:** | $179,725.75 |
| **Net Pay-Regular:** | $126,576.59 |
| **Net Pay-Manual:** | $641.31 |
| **Total Net Pay:** | $127,217.90 |

Michael Massaconi

| Sale Date | Charge-back date | Name | Cont # | Net Purch Price | C/B Amount | |
|---|---|---|---|---|---|---|
| 2/23/2003 | 12/1/03 | Robinson | 71436 | | 118.50 | |
| 2/23/2003 | 12/1/03 | Robinson | 71436 | | 118.50 | |
| 3/25/2002 | 6/21/04 | Petrovit | 70467 | | 200.00 | |
| 7/16/2004 | 2/14/05 | Blancard | 75888 | | 113.86 | |
| 7/16/2004 | 2/14/05 | Blancard | 75888 | | 113.86 | |
| 9/25/2004 | 6/13/05 | Salvat | 74941 | | 149.85 | |
| 8/13/2004 | 6/13/05 | Viccaro | 74783 | | 119.85 | |
| 8/13/2004 | 6/13/05 | William | 76093 | | 164.85 | |
| 3/5/2004 | 6/13/05 | Kottary | 74673 | | 119.85 | |
| 9/25/2004 | 6/20/05 | Salvat | 74941 | | (149.85) | repaid |
| 8/13/2004 | 6/20/05 | Viccaro | 74783 | | (119.85) | repaid |
| 8/13/2004 | 6/20/05 | William | 76093 | | (164.85) | repaid |
| 3/5/2004 | 6/20/05 | Kottary | 74673 | | (119.85) | repaid |
| 9/25/2004 | 5/30/06 | Walker | 76344 | | 119.85 | |
| 9/25/2004 | 7/11/06 | Salvat | 74941 | | 149.85 | |
| 8/13/2004 | 7/11/06 | Viccaro | 74783 | | 119.85 | |
| 8/13/2004 | 7/11/06 | William | 76093 | | 164.85 | |
| 3/5/2004 | 7/11/06 | Kottary | 74673 | | 119.85 | |

1,593.82