# EXHIBIT B

# Patriot Commissions Totals

| | | | |
|---|---|---|---|
| **Employee ID:** | 46 | **Start Date:** | 8/13/2001 |
| **Employee Number:** | 3939 | **End Date:** | 5/28/2007 |
| **First Name:** | WILLIAM | **Last Name:** | STEELE |

| | | | |
|---|---|---|---|
| Curent: | $201,417.02 | Chargeback: | $4,871.61 |
| Bonus: | $2,575.50 | Old Adv. Recovery: | $0.00 |
| Repay: | $18,240.53 | Adv. Recovered: | $0.00 |
| Per Diem: | $0.00 | Insurance: | $30.50 |
| Spiff: | $0.00 | Garnish: | $19,610.00 |
| Salary: | $0.00 | RCI: | $0.00 |
| AP Paid: | $6,484.87 | Sales Promo: | $0.00 |
| Adv. Isuued: | $0.00 | Misc Spiff: | $0.00 |
| | | Misc: | $191.27 |
| | | AP Hold: | $6,844.16 |
| | | Taxes: | $0.00 |
| | | Taxes: | $56,232.36 |

| | |
|---|---|
| Gross Commissions: | $214,426.65 |
| Net Pay-Regular: | $139,026.12 |
| Net Pay-Manual: | $1,911.90 |
| Total Net Pay: | $140,938.02 |

William Steele

| Sale Date | Charge-back date | Name | Cont # | Net Purch Price | C/B Amount |
|---|---|---|---|---|---|
| 7/16/2002 | 8/26/2002 | Marshall | 70602 | 10900 | 828.40 |
| 6/1/2002 | 10/7/2002 | Eyasimon | 7345 | 13900 | 208.50 |
| 8/23/2002 | 10/14/2002 | Taubin | 7535 | 16900 | 676.25 |
| 8/23/2002 | 10/21/2002 | Taubin | 7535 | 16900 | 929.25 |
| 9/9/2002 | 1/6/2003 | Vazquez | 7570 | 16900 | 253.50 |
| 11/29/2002 | 1/20/2003 | Loo/Tang | 7804 | 13990 | 209.85 |
| 1/3/2003 | 2/3/2003 | Chisholm | 7876 | 14990 | 224.85 |
| 5/23/2003 | 6/30/2003 | Dap | 8211 | 16990 | 254.85 |
| 11/29/2002 | 8/30/2004 | Loo/Tang | 7804 | 13990 | (209.85) |
| 1/3/2003 | 8/30/2004 | Chisholm | 7876 | 14990 | (224.85) |
| 5/23/2003 | 8/30/2004 | Dap | 8211 | 16990 | (254.85) |
| | 8/30/2004 | overpayment on repay of deals | | | (109.65) |
| 5/15/2004 | 9/6/2004 | Omar | 8962 | 16990 | 254.85 |
| 5/15/2004 | 9/27/2004 | Omar | 8962 | 16990 | 1,359.20 |
| 11/14/2004 | 12/20/2004 | Bataille | 76916 | 10440.5 | 156.61 |
| 11/19/2004 | 12/20/2004 | Kakane | 76911 | 12990 | 194.85 |
| 9/24/2004 | 6/6/2005 | Seropian | 76449 | 7990 | 119.85 |
| 9/24/2004 | 6/20/2005 | Seropian | 76449 | 7990 | (119.85) |
| 12/20/2005 | 6/20/2005 | Seropian | 76449 | 7990 | 119.85 |

4,871.61