# EXHIBIT C

## Patriot Commissions Totals

| | | | |
|---|---|---|---|
| Employee ID: | 70 | Start Date: | 9/19/2001 |
| Employee Number: | 6086 | End Date: | 5/28/2007 |
| First Name: MARK | | Last Name: LEPINE | |

| | | | |
|---|---|---|---|
| Curent: | $227,439.18 | Chargeback: | $1,603.26 |
| Bonus: | $691.40 | Old Adv. Recovery: | $0.00 |
| Repay: | $26,687.49 | Adv. Recovered: | $2,281.95 |
| Per Diem: | $0.00 | Insurance: | $18,335.68 |
| Spiff: | $0.00 | Garnish: | $44,121.32 |
| Salary: | $0.00 | RCI: | $0.00 |
| AP Paid: | $10,313.27 | Sales Promo: | $0.00 |
| Adv. Isuued: | $2,281.95 | Misc Spiff: | $0.00 |
| | | Misc: | $0.00 |
| | | AP Hold: | $11,741.72 |
| | | Taxes: | $0.00 |
| | | Taxes: | $81,540.10 |

| | |
|---|---|
| Gross Commissions: | $251,094.96 |
| Net Pay-Regular: | $107,789.26 |
| Net Pay-Manual: | $0.00 |
| Total Net Pay: | $107,789.26 |

Mark Lepine

| Sale Date | Charge-back date | Name | Cont # | Net Purch Price | C/B Amount |
|---|---|---|---|---|---|
| 6/17/2002 | 8/12/2002 | Evans | 70997 | 6950 | 52.13 |
| 5/1/2002 | 9/9/2002 | Johnson | 7132 | 14900 | 223.50 |
| 8/16/2002 | 10/14/2002 | Novella | 71386 | 5950 | 77.00 |
| 8/16/2002 | 10/21/2002 | Novella | 71386 | 5950 | 77.00 |
| 8/16/2002 | 10/28/2002 | Novella | 71386 | 5950 | 322.00 |
| 11/1/2002 | 2/17/2003 | Enser | 71531 | 10900 | 163.50 |
| 3/30/2003 | 1/26/2004 | Lanfair | 7992 | 11990 | 89.93 |
| 3/19/2004 | 6/7/2004 | Ryan | 74971 | 10990 | 164.85 |
| 7/28/2002 | 6/21/2004 | Ruiz | 7240 | 11900 | 178.50 |
| 2/23/2004 | 2/21/2005 | Moukarzel | 8795 | 16990 | 254.85 |

1,603.26