```
              UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
```

LACRISHA WISE, ET AL,           )
        Plaintiffs       )
                          )
        v.                ) C.A. NO. 04-30091-MAP
                          )
PATRIOT RESORTS CORP., ET AL, )
        Defendants        )

## MEMORANDUM AND ORDER REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING COUNTS I-IV
(Dkt. No. 142)

June 11, 2007

PONSOR, D.J.

    Plaintiff, an African-American woman, charges Defendants with discriminating against her based upon her race, and with retaliation.[1]  Defendants have moved for summary judgment on all counts, as to all parties.

    Counsel appeared before the court for argument on the motion on June 7, 2007.  Based on counsel's submissions and their oral argument, the court will allow Defendants' Motion for Summary Judgment as to the individual defendants and as to the corporate co-defendant, The Berkley Group, Inc. ("Berkley").  The Motion for Summary Judgment will be

---

[1] By separate memorandum, the court has dismissed without prejudice Counts V and VI of this complaint, which deal with other parties, and Count VIII, a class action claim under state law.  Given the settlement of Counts VII and IX, the only remaining claims are Counts I-IV, offered by Plaintiff Lacrisha Wise.

otherwise denied.

The rationale for the court's decision, in summary, is as follows.

First, as to Plaintiff's substantive claims, disputed issues of fact render summary judgment inappropriate.  A reasonable jury could find that, in several significant areas, white employees of Defendant received preferential treatment compared to Plaintiff.  Although the claim is not as strong, a reasonable jury could also find that Defendant Patriot, in terminating Plaintiff, retaliated against her for exercising her rights under federal and state law.

Plaintiffs agree with Defendants that the individual Defendants in this case are not proper defendants under either Mass. Gen. Laws ch. 151B or Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq.  Plaintiffs do not agree, but the court finds, that no reasonable jury could conclude that Co-defendant Berkley may be found liable under either state or federal law.  Berkley exercised no day to day supervision over Plaintiff or over its subsidiaries' employment practices. Romano v. U-Haul Int'l, 233 F.3d 655, 666 (1st Cir. 2000).

Based on the foregoing, the court hereby ALLOWS Defendants' Motion for Summary Judgment as to the individual defendants and as to the corporate co-defendant, Berkley.

The Motion for Summary Judgment is otherwise denied. The result of this ruling will be that Counts I-IV will survive against Defendant Patriot only.

Counsel will appear again before this court for a final pretrial conference solely on the claims of Plaintiff Lacrisha Wise against Defendant Patriot on August 30, 2007 at 2:30 p.m. At least five (5) days prior to the conference, counsel will file final pretrial memoranda in accordance with the attached order. Please note: failure to file a final pretrial memorandum as ordered may result in default or dismissal. Trial in this matter will commence on October 15, 2007 at 9:00 a.m.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge