UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LACRISHA WISE, MICHAEL MASSACONI, ROGER MARTIN and PETER CORBIN, on behalf of themselves and on behalf of others who are similarly situated, | : <br> : <br> : <br> : <br> : <br> : DOCKET NO.  04-cv-30091-MAP |
| Plaintiffs, | : |
| v. | : <br> : |
| PATRIOT RESORTS CORP., THE BERKLEY GROUP, INC., MARC J. LANDAU, J.P. OTTINO, III REBECCA A FOSTER. and JAMES E. LAMBERT, | : <br> : <br> : <br> : <br> : |
| Defendants. | : |

**JOINT MOTION TO CONTINUE TRIAL**

The parties respectfully move this Court for a continuance of the trial in this matter which is currently scheduled to begin on October 15, 2007.  As grounds for this motion, the parties state:

1.	The trial in this matter was set down by the Court for October 15, 2007, prior to the parties appearing on August 30, 2007, for a final pretrial conference regarding the remaining claims that are going to trial.

2.	The parties anticipate that the trial in this matter will last for at least 10 trial days.

3.	Counsel for the plaintiff has a pre-paid vacation out of the country set to begin during the second week of trial and a work related conference immediately thereafter and will not return to state and the office until November 19, 2007.

4. Counsel for the defendant is engaged to present a seminar on *Sexual Orientation Discrimination: Emerging Protections* in Nashville, Tennessee during the first scheduled week of trial.

5. Prior to October 15, 2007, counsel for the plaintiff has a previously scheduled trial starting on September 11, 2007, that could last for up to two weeks in the matter of <u>Caride v. Sullivan</u>, Hampden Superior Court, Civil Action 04-905 and will then be on trial before this Court until October 12, 2007.

6. The parties have not requested any previous trial continuances in this matter.

WHEREFORE**,** the parties request that the trial in this matter be scheduled for a two week period after November 19, 2007.

                                                                                 Respectfully submitted,

                                                                                 PLAINTIFF LACRISHA WISE
By her Attorney,

Dated: June 13, 2007                      /s/ Suzanne Garrow
                                                                     Suzanne Garrow
                                                                     BBO# 636548
                                                                     Heisler, Feldman, McCormick
                                                                         & Garrow, P.C.
                                                                     1145 Main Street, Suite 508
                                                                     Springfield, MA 01103
                                                                     (413) 788-7988

                                                                     DEFENDANT PATRIOT RESORTS
                                                                     By its Attorney,

                                                                     /s/_Marylou Fabbo
                                                                    Marylou Fabbo
                                                                    BBO# 636548
                                                                   Skoler, Abbott & Presser, P.C.
                                                                   One Monarch Place
                                                                   Springfield, MA 01144
                                                                   Phone 413.737.4753