

# Skoler, Abbott & Presser, P.C.
*Exclusively Representing Management in Labor and Employment Law*

Kimberly A. Klimczuk, Esq.*  
KKlimczuk@skoler-abbott.com

*also admitted in Connecticut

October 3, 2007

Clerk's Office - Civil  
United States District Court, District of Massachusetts  
Federal Building and Courthouse  
1550 Main Street, 5th Floor  
Springfield, MA  01103

                                          Re:  Lacrisha Wise v. Patriot Resorts Corp.  
                                                   Civil Action No. 04-30091-MAP

Dear Sir or Madam:

    Please be advised that this matter can be reported as settled.  The parties request a thirty day notice.  Thank you.

                                                          Very truly yours,

                                                          Kimberly A. Klimczuk

KAK:ls

Suite 2000 • One Monarch Place • Springfield, MA 01144 • 413-737-4753 • Fax 413-787-1941 • *www.skoler-abbott.com*  
255 Park Avenue • Worcester, MA 01605 • 508-757-5335  
Affiliate of Worklaw Network: The nationwide network of management labor and employment law firms.