## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LACRISHA WISE, ET AL,
        Plaintiff

V.　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 04-30091-MAP

PATRIOT RESORTS CORP., ET AL

        Defendant

## SETTLEMENT ORDER OF DISMISSAL

PONSOR, D.J.

    The Court having been advised on  October 3, 2007  that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within Thirty  (30) days if settlement is not consummated.

                                        By the Court,

 October 3 , 2007　　　　　　　　　　/s/   Mary Finn
Date　　　　　　　　　　　　　　　　Deputy Clerk

(Dismissal Settlement.wpd - 12/98)　　　　　　　　　　　　　　　　[stlmtodism.]